Israel David
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, New York 10004
(212) 859-8000
israel.david@friedfrank.com

*Attorney for Defendants*
*CIT Group Inc., Jeffrey M. Peek and Joseph M. Leone*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | | |
|---|---|---|
| PLUMBERS, PIPEFITTERS AND APPRENTICES LOCAL NO. 112 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | 08-CV-6613 (BSJ) **ECF CASE** |
| Plaintiff, | : : | **NOTICE OF APPEARANCE** |
| v. | : : : | |
| CIT GROUP INC., JEFFREY M. PEEK and JOSEPH M. LEONE, | : : : | |
| Defendants. | : | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned attorney hereby appears for defendants CIT Group Inc., Jeffrey M. Peek and Joseph M. Leone and should be served with copies of all papers in this action.

Dated: New York, New York
        August 12, 2008

-2-

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP


By: /s Israel David
     Israel David
      (A Member of the Firm)

One New York Plaza
New York, New York  10004-1980
(212) 859-8000
israel.david@friedfrank.com

Attorney for Defendants
CIT Group Inc., Jeffrey M. Peek and Joseph M. Leone

7088831