Jones

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

PLUMBERS, PIPEFITTERS AND APPRENTICES
LOCAL NO. 112, Individually and on Behalf of All
Others Similarly Situated

                           Plaintiff,

         - against -

CIT GROUP INC., JEFFREY M. PEEK, and JOSEPH
M. LEONE,

                           Defendants.
---------------------------------------------------------------x

08-CV-6613 (BSJ)

ECF CASE

**STIPULATION
EXTENDING TIME TO
ANSWER, MOVE, OR
OTHERWISE RESPOND**

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, under the PSLRA, the Court must appoint a lead plaintiff and lead counsel for the class;

WHEREAS, the parties agree that responding to the pending complaint is appropriately deferred in light of the requisite Court action described above;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the Defendants' time to answer, move against, or otherwise respond to the Complaint in the above action shall be extended through and including the sixtieth (60th) day after the lead plaintiff has served its Consolidated and Amended Complaint on the Defendants' undersigned counsel.

IT IS FURTHER STIPULATED AND AGREED by and among counsel for the respective parties hereto, that the Consolidated and Amended Complaint shall be served within sixty (60) days of entry of the order appointing the lead plaintiff and lead counsel.

IT IS FURTHER STIPULATED AND AGREED by and among counsel for the respective parties hereto, that if the Defendants make a motion to dismiss with respect to the Consolidated and Amended Complaint, the lead plaintiff's response to such motion to dismiss shall be served within sixty (60) days after such motion to dismiss is served, and that any reply papers in support of such motion to dismiss shall be served within thirty (30) days of the service of the response to the motion to dismiss.

Dated: 8/19, 2008

                FRIED, FRANK, HARRIS, SHRIVER
                     & JACOBSON LLP
                     Douglas H. Flaum
                     Israel David

                By: _____
                One New York Plaza
                New York, New York 10004-1980
                Tel. (212) 859-8000
                Fax (212) 859-4000

                Attorneys for Defendants
                CIT Group Inc., Jeffrey M. Peek, and Joseph M. Leone

                COUGHLIN STOIA GELLER RUDMAN &
                     ROBBINS LLP
                Samuel H. Rudman

                By: _____
                53 South Service Road, Suite 200
                Melville, NY 11747
                Tel. (631) 367-7100
                Fax (631) 367-1173

COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
Darren J. Robbins
Matthew P. Montgomery
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel. (619) 231-1058
Fax (619) 231-7423

Attorneys for Plaintiff

IT IS SO ORDERED.

Date: Aug 25, 2008

By: *[signature]*
UNITED STATES DISTRICT JUDGE

7090757