| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al
Defendant: CIT Group Inc., et al

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CIV6613 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:  CIT Group Inc.
   b. Person served: Aixa Flores, Person Authorized to Accept Legal Process, Hispanic, Female, 40-50 Years Old, Black Hair, 5 Feet 8 Inches, 130-160 Pounds

4. Address where the party was served: c/o CT Corporation System
   111 Eight Avenue
   New York, NY 10011

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 31, 2008 (2) at: 12:40PM

7. Person Who Served Papers:
   a. Joseph Sanchez
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

08-12-08         (signature)
(Date)           (Signature)

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 02/03/10
                       (Date)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 2010

AFFIDAVIT OF SERVICE          (Notary Public)
Summons & Complaint                              sarud.10375