| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court - Southern District Of New York |

| Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al |
|---|
| Defendant: CIT Group Inc., et al |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CIV6613 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint

3. a. Party served:                              Jeffrey M. Peek

4. Address where the party was served:          895 Park Avenue, PH 1920C
                                                 New York, NY 10075

5. I served the party:
   b. **by substituted service.** On: Fri., Aug. 22, 2008 at: 1:10PM by leaving the copies with or in the presence of:
      John Doe, Doorman at Defendants Buildling, White, Male, 35 Years Old, Brown Hair, 5 Feet 9 Inches, 170 Pounds
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Aug. 27, 2008 from: New York City, NY

7. Person Who Served Papers:                    Fee for Service:
   a. Joseph Sanchez                             I Declare under penalty of perjury under the laws of the State of
   b. **Class Action Research & Litigation**    New York that the foregoing is true and correct.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955         08-28-08            Joseph Sanchez
                                                  (Date)                (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  02/03/10
                           (Date)

                              AFFIDAVIT OF SERVICE                    (Notary Public)
                              Summons & Complaint                                      sarud.103717

| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX: No: 631-367-1173 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | | |
| Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al <br> Defendant: CIT Group Inc., et al | | |

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CIV6613 |
|---|---|---|---|---|

1. I, Joseph Sanchez, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Jeffrey M. Peek as follows:

2. Documents:     Summons in a Civil Case; Class Action Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 07/31/08 | 10:00pm | Home | I asked the doorman to call the residence via the lobby phone. The doorman stated that Mr. Peek is on vacation in Long Island and should be returning sometime next week. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |
| Mon | 08/11/08 | 10:30pm | Home | I asked the doorman to call Mr. Peek's residence via the lobby phone. The doorman claimed that Mr. Peek is still on vacation in Long Island. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |
| Sat | 08/16/08 | 2:35pm | Home | I asked the doorman to call Mr. Peek's residence via the lobby phone. The doorman claimed that Mr. Peek is still on vacation. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |
| Tue | 08/19/08 | 8:15pm | Home | I asked the doorman to call Mr. Peek's residence via the lobby phone. The doorman claimed that Mr. Peek is out of town. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |
| Fri | 08/22/08 | 1:10pm | Home | I asked the doorman to call Mr. Peek's residence via the lobby phone. The doorman claimed that Mr. Peek is not available at this time. the doorman did not allow me access to the apartment building so I was not able to affix the documents to the defendants apartment door. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |
| Fri | 08/22/08 | 1:10pm | Home | I left the documents with the doorman who refused to provide his name. Attempt made by: Joseph Sanchez. Attempt at: 895 Park Avenue, PH 1920C New York NY 10075. |

| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX: No: 631-367-1173 | Ref. No or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: United States District Court - Southern District Of New York |
|---|
| Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al |
| Defendant: CIT Group Inc., et al |

| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CIV6613 |
|---|---|---|---|---|

Summons & Complaint

| Day | Date | Time | Location | **R e s u l t s** |
|---|---|---|---|---|
| Fri | 08/22/08 | 1:10pm | Home | Substituted Service on: Jeffrey M. Peek Home - 895 Park Avenue, PH 1920C New York, NY. 10075 by leaving a copy of the document(s) with: John Doe, Doorman at Defendants Buildling, White, Male, 35 Years Old, Brown Hair, 5 Feet 9 Inches, 170 Pounds.  Served by: Joseph  Sanchez |
| Wed | 08/27/08 | | | I served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a sealed and postpaid wrapped with the words "PERSONAL AND CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:<br><br>Jeffrey M. Peek<br>895 Park Avenue, PH 1920-C<br>New York, NY 10075 |

3. *Person Executing*
   a. Joseph  Sanchez
   **b. Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (866) 663-9590, FAX (866) 663-4955

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   *d.. The Fee for service was:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

08-28-08
(Date)                                    (Signature)

4. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 02/03/10

Date: Wed, Aug. 27, 2008                **Affidavit of Reasonable Diligence**   MICHAEL KEATING (Notary)
Page: 2                                                                         Notary Public, State of New York
                                                                                Reg. No. 01-KE-4851559
                                                                                Qualified in New York County
                                                                                Commission Expires February 3, 20 10

le32.103757