| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747 | | |
| Telephone No: 631-367-7100    FAX No: 631-367-1173 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court - Southern District Of New York | | |
| Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al | | |
| Defendant: CIT Group Inc., et al | | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV6613 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served: Joseph M. Leone

4. Address where the party was served: 978 Arapaho Trail<br>Franklin Lakes, NJ 07417

5. I served the party:
   b. **by substituted service.** On: Fri., Aug. 01, 2008 at: 12:10PM by leaving the copies with or in the presence of:
   Eileen Leone, Wife/ Co-Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. Michael Lawlor
   b. Class Action Research &
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

8-6-08    *Michael J. Lawlor*
(Date)    (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires_____
(Date)

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Public)    8/6/08

sarud.103759

ROBERT CIFELLI
Notary Public of New Jersey
My Commission Expires Oct. 6, 2008

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone No: 631-367-7100       FAX No: 631-367-1173 | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Plumbers, Pipefitters and Aprentices Local No. 112 Pension Fund, et al | | | | |
| Defendant: CIT Group Inc., et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV6613 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:              Tue., Aug. 05, 2008
   b. Place of Mailing:             Penryn, CA  95663
   c. Addressed as follows:         Joseph M. Leone
                                    978 Arapaho Trail
                                    Franklin Lakes, NJ  07417

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 05, 2008 in the ordinary course of business.

5. *Person Serving:*                                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Janis  Dingman                                    d. **The Fee** *for Service was:*
   b. Class Action Research & Litigation                e. I am: (3)  registered California process server
      P O Box 740                                              (i)     Independent Contractor
      Penryn, CA  95663                                        (ii)    Registration No.:    2005-27
   c. (866) 663-9590, FAX (866) 663-4955                       (iii)   County:              Sacramento
                                                               (iv)    Expiration Date:     Wed, Apr. 29, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Tue, Aug. 05, 2008

   Judicial Council Form                     PROOF OF SERVICE           (Janis  Dingman)
   Rule 982.9.(a)&(b) Rev January 1, 2007         By Mail                                          sarud.103759