UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x

PLUMBERS, PIPEFITTERS AND           :    Civil Action No. 1:08-cv-06613-BSJ-THK
APPRENTICES LOCAL NO. 112 PENSION   :
FUND, Individually and on Behalf of All  :    CLASS ACTION
Others Similarly Situated,          :
                                    :
                    Plaintiff,      :
                                    :
        vs.                         :
                                    :
CIT GROUP INC., et al.,             :
                                    :
                    Defendants.     :
—————————————————— 

TODD KATZ and KATZ IMPORTS, INC., on    Civil Action No. 1:08-cv-07256-BSJ
Behalf of Themselves and All Others Similarly  :
Situated,                           :    CLASS ACTION
                                    :
                    Plaintiffs,     :
                                    :
        vs.                         :
                                    :
CIT GROUP INC., et al.,             :
                                    :
                    Defendants.     :
—————————————————— 

JAMES APOSTLE, Individually and on Behalf    Civil Action No. 1:08-cv-07431-BSJ
of All Others Similarly Situated,   :
                                    :    CLASS ACTION
                    Plaintiff,      :
                                    :
        vs.                         :
                                    :
CIT GROUP INC., et al.,             :
                                    :
                    Defendants.     :
—————————————————— x

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investors Plumbers, Pipefitters and Apprentices Local No. 112 Pension Fund ("Local 112") and Pensioenfonds Horeca & Catering ("PH&C") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing PH&C as Lead Plaintiff; (iii) approving PH&C's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Local 112 and PH&C submit herewith a Memorandum of Law and Declaration of David A. Rosenfeld, dated September 23, 2008.

DATED:  September 23, 2008                    COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              SAMUEL H. RUDMAN
                                              DAVID A. ROSENFELD
                                              MARIO ALBA, JR.


                                              _____
                                                  /s/ David A. Rosenfeld
                                                  DAVID A. ROSENFELD

                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone:  631/367-7100
                                              631/367-1173 (fax)

                                              COUGHLIN STOIA GELLER RUDMAN &
                                                ROBBINS LLP
                                              RANDI D. BANDMAN
                                              52 Duane Street, 7th Floor
                                              New York, NY 10007
                                              Telephone: 212/693-1058
                                              212/693-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK DANIELS
TOR GRONBORG
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*[Proposed] Lead Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.


_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail:DRosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-06613-BSJ-THK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Israel David**
  israel.david@friedfrank.com

- **Douglas H. Flaum**
  FlaumDo@ffhsj.com,nydocketclrk@ffhsj.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren J. Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
```

CIT GROUP
Service List - 9/22/2008    (08-0145)
Page 1 of  1

**Counsel For Defendant(s)**

Douglas H. Flaum
Israel  David
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004-1980
  212/859-8000
  212/859-4000 (Fax)


**Counsel For Plaintiff(s)**

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
  516/741-4977
  516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario  Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Michael E. Criden
Criden & Love, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL  33143
  305/357-9000
  305/357-9050 (Fax)

Robert N. Kaplan
Jeffrey P. Campisi
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
  212/687-1980
  212/687-7714 (Fax)

D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
  610/667-7706
  610/667-7056 (Fax)