UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

In re:

CIT GROUP INC. SECURITIES LITIGATION

This Document Applies to All Actions

------------------------------------ x

MASTER FILE
08 CV 6613 (BSJ)

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 7/23/09*

## ORDER

Barbara S. Jones, *District Judge.*

The Court received the letter from Lead Plaintiff dated July 20, 2009, requesting that the Court approve a revised preservation letter to be sent to the trustee in the Silver State Helicopters, LLC bankruptcy proceedings.

The Court instructs Lead Plaintiff that the clause "and alert counsel in the matter prior to the destruction of any materials" must be deleted from the third paragraph of the letter. The Lead Plaintiff need not delete the first sentence of the final paragraph of the letter: "We would appreciate your confirmation of receipt of this letter to all counsel within ten business days."

When these revisions are complete, the letter may be sent to the trustee.

**SO ORDERED:**

Dated: July 22, 2009

_____
Barbara S. Jones
United States District Judge