# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re CIT GROUP INC. SECURITIES LITIGATION | Master File No. 1:08-cv-06613-BSJ-THK |

**AMENDED EXPERT REPORT AND DECLARATION OF VINITA M. JUNEJA PH.D.**

**JANUARY 12, 2012**

# CONTENTS

Contents ..................................................................................................................................i

List of Exhibits ..................................................................................................................... iii

I.      Introduction and Assignment ....................................................................................1

II.     Qualifications ...........................................................................................................2

III.    Remuneration ...........................................................................................................3

IV.     Materials Relied Upon ...............................................................................................4

V.      Summary of Opinions ...............................................................................................4
        A. Market Efficiency ...............................................................................................4
        B. The Impact of Silver State Related Alleged Disclosures on CIT Common Stock Prices
           and Potential Implications for Market Efficiency ..................................................5

VI.     The Theory of Market Efficiency ...............................................................................7
        A. The Efficient Market Hypothesis ........................................................................7
        B. Challenges to the Efficient Market Hypothesis ....................................................8
        C. Informational Versus Fundamental Efficiency....................................................10
        D. Academic Tests for Market Efficiency ...............................................................11
        E. Legally Identified Tests for Market Efficiency ...................................................12
        F. The Importance of Price Reaction to News as a Criterion For Market Efficiency ...........13

VII.    Results of Market Efficiency Tests for CIT Common Stock...........................................15
        A. The Market for CIT Common Stock Appeared to Be Open and Well-Developed ...........15
        B. Bid-Ask Spread....................................................................................................16
        C. CIT Common Stock Does Not Consistently Respond to Market News in a Timely
           Fashion ...............................................................................................................17
        D. CIT Common Stock Appeared to Follow a Random Walk Which is Consistent with
           Market Efficiency.................................................................................................23
        E. There is Evidence of Overreaction and Negative Serial Correlation in CIT Common
           Stock During the Alleged Class Period....................................................................24

VIII.   The Impact of Silver State Related Alleged Disclosures on CIT Common Stock Prices
        and Potential Implications for Market Efficiency ..........................................................26
        A. The CIT Common Stock Price Did Not Experience a Statistically Significant
           Reaction Immediately Following the Filing of the 10-K on February 29, 2008 ...............26
        B. At Least Two Securities Analysts Attribute At Least Part of CIT's Common Stock
           Price Decline on March 6, 2008 to Factors Other Than Silver State ................................30
        C. The Magnitude of the Price Reaction from March 5 to March 7, 2008 is Substantially
           Larger than the Value of the Silver State Loans................................................................31

D.  If the Entirety of the CIT Common Stock Price Reaction on March 6, 2008
    Represents the Impact of the Silver State Loans, the Stock Price Reaction is
    Inconsistent With Market Efficiency ................................................................32

IX.  Miscellaneous ....................................................................................................33

## LIST OF EXHIBITS

Exhibit 1.    Curriculum Vitae of Vinita M. Juneja ........................................................................ 3

Exhibit 2.    Materials Relied Upon ........................................................................................... 4

Exhibit 3.    CIT Common Stock Bid-Ask Spread .................................................................. 16

Exhibit 4.    CIT Common Stock Market Models with Rolling Regression Periods ................ 20

Exhibit 5.    CIT Common Stock Price Reactions using Market Models with Rolling
Regression Periods ............................................................................................ 20

Exhibit 6.    CIT Common Stock Proportion Analysis of Statistically Significant Movements
in Daily Stock Price Returns in Response to News............................................. 21

Exhibit 7.    CIT Common Stock Kruskal-Wallis Test Results............................................... 22

Exhibit 8.    CIT Common Stock Kolmogorov-Smirnov Test Results .................................... 23

Exhibit 9.    CIT Common Stock Lo-MacKinlay Test Results................................................. 24

Exhibit 10.   CIT Common Stock Overreaction Test Results.................................................. 24

Exhibit 11.   CIT Common Stock Regression Testing Serial Correlation of Log Returns ($R_t$
with $R_{t-1}$)............................................................................................................. 25

Exhibit 12.   CIT Common Stock Price Response on March 5, 2008 – March 7, 2008 ........... 30

Exhibit 13.   Equity Analyst Quotations Related to Silver State Loans.................................... 32

# I.   INTRODUCTION AND ASSIGNMENT

1.      The Consolidated Class Action Complaint ("Complaint")[1] in this matter alleges that defendant CIT Group Inc. ("CIT" or the "Company") and certain current and former directors and officers of CIT violated Section 10(b) of the Securities Exchange Act of 1934 by making "materially false and misleading statements that caused the price of CIT securities to be artificially inflated over the course of December 12, 2006 through March 5, 2008"[2] (the "Alleged Class Period").  Plaintiffs seek to certify a class consisting of "All persons and entities who purchased or otherwise acquired: (i) the publicly-traded securities of [CIT during the Alleged Class Period]; or (ii) CIT-Z securities pursuant or traceable to the October 17, 2007 registration statement and prospectus, and who were damaged thereby."[3]

2.      Counsel for CIT has asked me to address two issues:

      a.   I have been asked to determine whether plaintiffs have established the efficiency of the market for CIT common stock during the Alleged Class Period. I have evaluated plaintiffs' basis for their conclusion regarding efficiency, the market efficiency-related analyses put forth by Tor Gronborg in his declaration (the "Gronborg Declaration") in support of plaintiffs' motion for class certification filed on November 19, 2010.[4]  In addition, I have performed independent analyses pertaining to market efficiency, based both on criteria set forth by the courts, and from the body of knowledge in the financial economics literature.

---

[1] Consolidated Complaint for Violations of the Federal Securities Laws, *In re CIT Group Inc. Securities Litigation*, Master File No. 1:08-cv-06613-BSJ-THK, filed July 16, 2009.

[2] Complaint, ¶4.  Note that CIT was dismissed by Plaintiffs as a defendant in this action on Nov. 16, 2009 following CIT's bankruptcy filing.  See Opinion and Order of the Court on Defendants' Motion to Dismiss, dated June 10, 2010.

[3] Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, *In re CIT Group Inc. Securities Litigation*, November 19, 2010.

[4] Declaration of Tor Gronborg in Support of Plaintiff's Motion for Class Certification, *In re CIT Group Inc. Securities Litigation*, November 19, 2010.

b.  I have also been asked to determine whether the price drops of CIT common stock from February 28 to March 6, 2008 (including the price reaction from February 28 to 29) accurately reflect a measure of investors' response to the news surrounding the collectability of certain loans that CIT extended to students of Silver State Helicopters LLC ("Silver State"). Plaintiffs allege that "defendants failed to disclose the known risks and impairments associated with… non-guaranteed, private loans to students of the sham Silver State Helicopters LLC"[5] (the "Silver State Allegations").  Plaintiffs imply that the common stock price reactions on February 29, March 3 and March 6 (presumably net of market factors) represent the impact of the Silver State related alleged disclosures on the CIT common stock price and that it is indicated to be material.[6]

## II.   QUALIFICATIONS

3.      I am a Senior Vice President at NERA Economic Consulting ("NERA").  From 2006 through 2009, I was the Chair of the Global Securities and Finance Practice of NERA ("Securities Practice").  NERA was established in 1961 and now employs over 500 people in over 20 offices worldwide.  The Securities Practice dates from the early 1970s, and employs a research staff of about 150 professionals with degrees in economics, finance, accounting and mathematics.  Our clients include: major securities exchanges; securities regulators; risk managers; principals requiring valuation services; and, parties involved in litigation, mediation and arbitration disputes.

4.      I have a B.A. in economics from the University of Western Ontario.  I also have an M.A. and a Ph.D. in economics from Harvard University.  I have taught courses in economics and business regulation.  My publications include chapters in books on the topics of securities litigation, arbitration and event studies.  I have authored papers on the extent and nature of shareholder claims.  I also have served as an arbitrator for FINRA.  I have testified at trials and at

---

[5] Complaint, ¶3.

[6] Complaint, ¶123 and ¶199.

2

depositions and have submitted expert affidavits in both state and federal courts in the United States.  I have also appeared as an expert witness in Canadian courts and in arbitrations before the New York Stock Exchange, the National Association for Securities Dealers, the American Arbitration Association, and the International Center for Dispute Resolution, among others.

5.    My testimony, affidavits and depositions have covered numerous economic issues arising in many securities, financial economics and valuation-related lawsuits—including many shareholder litigation and derivative actions.  Some of the subjects covered in my testimony, affidavits and depositions include: the evaluation of market efficiency; the materiality of news to reasonable investors; the impact of news on company share prices; class conflicts; causation and damage analyses; and, other issues related to shareholder litigations and derivative actions.  I have spoken frequently on the topics of event studies, shareholder litigation and derivative actions to audiences, including risk managers, regulators, executives from publicly traded corporations, insurance industry participants and lawyers.

6.    My curriculum vitae listing publications from the past ten years and testifying experience from the past four years is attached as Exhibit 1.  Other professionals employed by NERA assisted me in preparing this report.[7]  Throughout this process, these professionals worked under my supervision and review.

*Exhibit 1.    Curriculum Vitae of Vinita M. Juneja*

## III.  REMUNERATION

7.    NERA is compensated through hourly billing rates.  My hourly billing rate is $675.  The hourly rates for other NERA professionals involved in this case range from $245 to $685.  Payments to NERA are not contingent in any way on the opinions expressed in this report, or on the outcome of this matter.

---

[7] I refer to the present Amended Expert Report and Declaration as my "report."

## IV.    MATERIALS RELIED UPON

8.    The materials relied upon in forming the opinions expressed in this report are listed in Exhibit 2.

*Exhibit 2.    Materials Relied Upon*

## V.    SUMMARY OF OPINIONS

### A.  Market Efficiency

9.    During the Alleged Class Period, CIT common stock appeared to trade in an open and well-developed market, generally considered a necessary, but not sufficient, condition for market efficiency.  The size of the market for CIT common stock, the amount of trading, analyst coverage, and the substantial presence of institutional investors, all indicate that CIT common stock appeared to have a large public float that was traded frequently.

10.    However, econometric tests indicate that the prices of CIT common stock may not have consistently incorporated company-specific news in a timely fashion during the Alleged Class Period.  Both academic literature and legal precedent support the fact that in the absence of consistent, timely, and appropriate price reactions to news, a security that trades in an open and well-developed market may nonetheless fail to meet the standard of market efficiency typically used for the purposes of class certification in a securities class action.  Large movements in CIT's common stock price often appear to be overreactions, with statistically significant[8] price movements in the opposite direction following the initial statistically significant stock price movements.  Indeed, evidence of negative serial correlation (the relationship of one day's stock price change with the previous day's stock price change) during the Alleged Class Period also supports this observed tendency towards stock price overreaction.  As these findings of consistent overreaction and persistent serial correlation are inconsistent with weak form market efficiency, they cast substantial doubt on an ultimate conclusion of market efficiency.

---

[8]  Throughout this report "statistically significant" refers to statistical significance at the 5 percent level evaluated using the market model that I describe in Section VII.

11.     I have also reviewed the conclusions put forward in the Gronborg Declaration regarding the efficiency of the market for CIT common stock during the Alleged Class Period. I find that Mr. Gronborg's method of assessing whether the market for CIT common stock reacted to unexpected new information is incomplete and conceptually flawed, as it uses only three subjectively selected dates, and does not incorporate any scientific rigor or statistical analysis. Plaintiffs have failed to establish that the market for CIT shares was efficient.

## B. The Impact of Silver State Related Alleged Disclosures on CIT Common Stock Prices and Potential Implications for Market Efficiency

12.     The Complaint suggests that the CIT common stock price drops from February 28 to March 6, 2008, including the price reaction from February 28 to 29, represent the impact of the disclosure of the Silver State Allegations.[9] However, the actual news cited by the Complaint as released on February 29, 2008 was released after the close of stock market trading,[10] indicating that it could not have caused any stock price declines from February 28 to February 29, 2008 (whether or not the market for CIT common stock was efficient).[11]

13.     The Friday, February 29, 2008 news was a 10-K filed with the SEC by CIT that disclosed the potential losses in connection with the Silver State loans. This news was not followed by a statistically significant stock price response on the first date that the stock market would have been able to react to such news – Monday, March 3, 2008. Indeed by then, one analyst had acknowledged the news about the student loans from the 10-K and had issued a report mentioning the issue.[12] Another analyst commented on the news on March 4.[13] The common stock price did not decline in a statistically significant manner until March 6, 2008, which plaintiffs attribute to the release of an analyst report that referenced obtaining additional

---

[9] E.g. Complaint page 106.

[10] SEC EDGAR System Filing Detail. CIT Form 10-K time accepted 2/29/2008 5:28 PM. Available online at http://www.sec.gov/Archives/edgar/data/1171825/000089109208001339/0000891092-08-001339-index.htm.

[11] This conclusion assumes that there was no prior leakage of the same information on February 28. I have not found any evidence of such leakage.

[12] "More Write-downs in Private Student Loan Portfolio Seem Likely," *KBW*, March 3, 2008.

[13] "Funding Costs High but Liquidity Stable," *Lehman Brothers*, March 4, 2008.

detail regarding the loans (what those details were is unclear however).[14]  It is not at all clear though, that the stock price reaction on March 6 was solely in response to the Silver State Allegations.  The market-adjusted stock price decline on March 6 was almost five times larger in magnitude than analysts' expectations of the one-time maximum potential losses of the Silver State loan portfolio, indicating a large part of the reaction on March 6 may have been due to factors unrelated to the Silver State Allegations.  At least one analyst voiced doubts that the Silver States loan portfolio was the main driver of the March 6, 2008 price decline, and explicitly attributed most of the March 6, 2008 decline in CIT's stock price to other factors.  Another analyst attributed part of the decline to non-Silver State factors.

14.     There was a substantial rebound in CIT's common stock price on March 7, 2008, which is consistent with the results of my econometric test for evidence of CIT stock price overreactions.  However, even with the partial stock price recovery on March 7, the market-adjusted price reaction from March 5 through March 7 is almost three times larger in magnitude than analysts' expectations of the one-time maximum potential losses of the Silver State loan portfolio.

15.     There is also no indication that investors interpreted the disclosure of the Silver State exposure at the time as indicative of any potential wrongdoing or additional hidden losses on the part of CIT.  Assuming the market for CIT common stock *was* efficient, this means that the excess loss in CIT market capitalization over and above the theoretical value of the Silver State loans may have been in part or wholly due to factors unrelated to the allegations.  Alternatively, the stock price movement on March 6 is not consistent with an efficient market if the full stock price reaction on March 6 is attributable only to the market learning about the extent of the Silver State exposure, (i.e. if we assume that any other factors affecting the outlook for CIT did not drive the stock price reaction on March 6), given the magnitude of the reaction

---

[14] Complaint, ¶120, "On March 6, 2008… securities analysts identified the negative, material impact that the previously undisclosed private student loans had on the Company's financial results."  The "additional detail" that the KBW report referred to is unclear, but likely included the fact that the loans were for students pursuing career opportunities as opposed to taking classes for leisure.  No additional information that KBW may have obtained was disclosed in the analyst report.

and the fact that the CIT stock failed to react in a statistically significant manner for several days prior.

# VI.   THE THEORY OF MARKET EFFICIENCY

16.    Market efficiency in the context of capital markets involves the concept that an open and well-developed market for a security will help ensure that information relevant to the value of that security will be reflected in its price at any given time.  Market efficiency has been a topic of intense interest in recent decades among both financial economists and courts. Academic economists developed the construct and researched its general applicability, while the courts have made it the centerpiece of the "fraud-on-the-market" doctrine.  A presumption of fraud-on-the-market, based on an assumption of market efficiency, is a very common method to meet the reliance requirement to certify a class.

## A.  The Efficient Market Hypothesis

17.    Deferring to academic authority, the Court in *Cammer v. Bloom* offered the following definition of market efficiency:

> The leading academic study on the efficient market hypothesis was conducted by Eugene Fama.  He predicated his analysis on the "assumption that security prices at any time 'fully reflect' all available information.  A market in which prices always 'fully reflect' available information is called 'efficient.'" Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (1970): 383.[15]

18.    If prices always reflect all available information, academics have pointed out, it follows that prices will rapidly adjust to reflect new material information once it is made publicly available.[16]  It also follows that, in an efficient market, future price movements should not be predictable based on information relevant to a security's price, because such information already is promptly and fully reflected in the price.  Financial economists distinguish three types of market efficiency, differing according to the sort of information that must be impounded in a security's price for the market to be deemed efficient:

---

[15] *Cammer v. Bloom*, 711 F. Supp. 1264, 1280, note 25 (D.N.J. 1989).

[16] See, for example, Burton G. Malkiel, "Efficient Market Hypothesis," New Palgrave Dictionary of Money and Finance, Vol. 1 (New York, Stockton Press, 1992).

a. "Weak form" efficiency requires merely that a security's price fully impound past price data. If a stock is at least weak form efficient, it is impossible to predict future price movements based on information about the stock's price history.

b. "Semi-strong form" efficiency requires that a security's price fully impounds all publicly available information: not only past prices but such things as reported company financials, new product developments, industry events and macroeconomic conditions. If a stock is at least semi-strong form efficient, it is impossible to predict future price movements based on any publicly available information.

c. "Strong form" efficiency requires that price fully impound all information, including that of a non-public nature. If a stock is strong form efficient, even insider information does not enable one to predict future price movements.[17]

19.     The version of the efficient market hypothesis that is most commonly subscribed to by academics when referring to the stock market, and that the Supreme Court had in mind in its *Basic v. Levinson* decision endorsing the "fraud-on-the-market" doctrine, is the "semi-strong" version.[18] However if a security is not weak form efficient, it cannot be semi-strong form efficient.

### B. Challenges to the Efficient Market Hypothesis

20.     Recently, a growing body of academic literature has questioned the efficient market hypothesis. From a theoretical perspective, one alternative to the efficient market hypothesis is that, even in the case of a heavily traded stock on a major market, uninformed traders may establish a stock price trend that is inconsistent with a company's fundamentals but is nonetheless rational for informed traders to follow (or at least not to fight). The uninformed "noise traders" are said to be "not fully rational and their demand for risky assets is affected by

---

[17] For a textbook description of the common three-part classification system, see: Stephen A. Ross, Randolph W. Westerfield & Jeffrey Jaffe, Corporate Finance (7th ed., Irwin, 2005), 354-357.

[18] *Basic v. Levinson*, 485 U.S. 224, 241, 242, 108 S. Ct. 978, 99 L.Ed.2d. 194 (1988). For example: "Semi-strong efficiency, which … [holds] that most information about a company is reflected in its price fairly quickly, appears to be the form assumed to exist by the United States Supreme Court in *Basic*." *Kaufman v. i-Stat. Corp.*, *754 A.2d 1188, 1198 (N.J. 2000)*.

beliefs or sentiments that are not fully justified by fundamental news."[19]  The unwarrantedly high stock prices that noise traders can generate are said to constitute a "bubble."  Observing such a "bubble," fully rational investors must decide whether to attempt to arbitrage it away by selling the securities short.  They may rationally decide not to sell because it is impossible to predict how long the noise traders' fad will persist, and the rational investors' willingness and ability to sustain "temporary" losses may be limited.  Rather than assume a potentially unacceptable arbitrage risk, informed investors may opt to ride the "bubble" (i.e., continue to hold or even buy the overpriced stock) with the intention of selling before it eventually bursts.  Until then, the stock's returns may be unrelated to changes in the issuer's fundamentals.[20]

21.     Academic challenges to the efficient market hypothesis are of special interest because they are accompanied by peer-reviewed arguments and evidence, but the parlance of securities analysts, the financial press and investor "chat rooms" is also telling because it reflects the mindset of market participants.  In recent years, the notion of "momentum trading" by speculators who seek to profit by rapid-fire, high-volume activity has been given broad credence in these quarters, as an explanation for stock price run-ups that are obviously divorced from company fundamentals.  Momentum investing involves buying stocks that have recently risen sharply, in the expectation that they will continue to do so.  Such a tendency would be inconsistent with efficiency because it would imply that some publicly known information (the recent rise) was not already fully impounded in current price.[21]

22.     Although no authoritative numbers exist, it is widely acknowledged that the role of day traders has increased in equity markets in recent years.  This trend has been fueled by the

---

[19] Andrei Shleifer and Lawrence H. Summers, "The Noise Trader Approach to Finance," *Journal of Economic Perspectives* (Spring 1990): 19-33.

[20] See, e.g., Bradford DeLong, Andrei Shleifer, Lawrence H. Summers and Robert J. Waldman, "Positive Feedback Investment Strategies and Destabilizing Rational Expectations," *The Journal of Finance* 45, no. 2 (June 1990): 379-94; also John Y. Campbell and Albert S. Kyle, "Smart Money, Noise Trading and Stock Price Behavior," *Review of Economic Studies* 60 (1993): 1-34.

[21] According to an article on a popular investing website, "Momentum traders look to find stocks that are moving significantly in one direction on high volume and try to jump on board to ride the momentum train to a desired profit." See Jason Van Bergen, "Introduction To Trading: Momentum Traders" at Investopedia.com (see http://www.investopedia.com/articles/trading/02/090302.asp).  This casual definition resonates with the

widespread dissemination of company information (and misinformation) over the Internet and by the development of electronic brokerage, which offers retail customers a quick, convenient, automated and low-cost way to trade.  Professional brokerage houses may advise their customers about the risks of aggressive short-term trading, but the ability to earn large short-term profits offers a strong lure.

23.    Under the noise trader or momentum trading hypothesis (or indeed any other theory that has the stock price responding in non-trivial ways to factors unrelated to discounted expected future cash flows), the efficiency of a market cannot safely be assumed.

24.    Accordingly, it is possible that even an otherwise efficiently traded stock can experience periods during which it exhibits behavior that is inconsistent with market efficiency due to general market turmoil or extreme uncertainty.  This can occur because of impediments to market mechanisms that facilitate efficiency, such as arbitrage, as well as the collective behavior of certain market participants that can either magnify irregularities or attempt to take advantage of them.

### C.  Informational Versus Fundamental Efficiency

25.    In the *PolyMedica* matter, the First Circuit distinguished "informational efficiency," which it described as "best understood 'as a prediction or implication about the speed with which prices respond to information,'" from "fundamental value efficiency," in which the "market prices mirror the best possible estimates, in light of all available information, of the actual economic values of securities in terms of their expected risks and returns."[22]  The opinion noted that "[d]etermining whether a market is informationally efficient, therefore, involves analysis of the structure of the market and the speed with which all publicly available information is impounded in price. … Determining whether a market is fundamental value efficient is a much more technical inquiry than determining informational efficiency."[23]  The

---

description, in an academic article, of "positive feedback strategies" as "buy when prices rise and sell when prices fall. It may pay to jump on the bandwagon…."  DeLong, et al. (1990), op. cit., p. 379.

[22] *In re PolyMedica Corp. Sec. Litig.,* 432 F.3d 1, 14-15 (1st Cir. 2005).

[23] *Ibid.*

*PolyMedica* Court stated, "a market can be information efficient without also being fundamental value efficient."[24]

26.     The tests I describe below are generally tests of informational efficiency, which even if passed would be insufficient to show that a stock price accurately portrayed a company's true value.  However, if a company's stock fails the weaker informational efficiency requirements, then one could not argue that it would be fundamental value efficient (which entails also being informationally efficient), meaning that one could not necessarily rely on the stock price to represent the fair value of the company, nor on stock price changes to reflect the value of information disclosed.

### D. Academic Tests for Market Efficiency

27.     Academic economists have developed a large body of empirical literature testing the efficient market hypothesis.[25]  Broadly, the lesson of these studies is that informational efficiency cannot simply be assumed—even for stocks that trade on major markets such as the New York Stock Exchange ("NYSE").  Instead, the efficiency of the market for individual securities must be analyzed on a case-by-case basis.  Even the market for a single security can exhibit signs of inefficiency over some time periods and not others.  As the authors of one study put it, "Efficiency is not a market or an exchange attribute, but rather a characteristic of a given security during a given period of time."[26]

28.     The empirical literature has produced a wide variety of statistical and econometric tests for market efficiency.[27]  There is a consensus among researchers that, no matter where a

---

[24] *In re PolyMedica Corp. Sec. Litig.,* 432 F.3d 1, 16 (1st Cir. 2005)

[25] For a discussion of this literature, see Frederick C. Dunbar and Dana Heller, "Fraud on the Market Meets Behavioral Finance," *The Delaware Journal of Corporate Law* 31, No. 2 (2006).

[26] Brad M. Barber, Paul A. Griffin, Baruch Lev, "The fraud-on-the-market theory and the indicators of common stock's efficiency," *Journal of Corporation Law* 19, No. 2 (1994): 290.

[27] Tests of all three forms of market efficiency are described by Eugene Fama, a highly respected scholar whose observation 34 years ago remains true today: "All the empirical research on the theory of efficient markets has been concerned with whether prices 'fully reflect' particular subsets of available information," Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (1970): 383, 388. Subsequently, Fama broadened the concept of weak form tests such that they became *tests for return predictability* generally, and he relabeled semi-strong form tests and strong form tests as *event studies* and *tests*

stock trades, certain basic criteria must be met for a market to be considered informationally efficient.  The most fundamental of these is that, in an efficient market, future price movements should not be predictable on the basis of past price movements.  Amongst other things, this means that "technical analysis," which attempts to identify profitable trades on the basis of past prices, should not be feasible.  As described above, this is required under all three forms of the efficient market hypothesis.

29.     For "semi-strong" form efficiency—which, as noted above, is the concept of market efficiency underlying the "fraud-on-the-market" doctrine in the U.S.—the key criteria are (a) that the market for a security be weak form efficient and (b) that the price of a security also fully and rapidly reflect all other material, relevant, publicly available information.

30.     Below, I discuss and apply tests both developed in the academic financial economics literature and proposed in legal decisions, in order to assess whether plaintiffs have shown and whether it is independently apparent that the price of CIT common stock fully and quickly reflected past prices and other relevant public information.

### E. Legally Identified Tests for Market Efficiency

31.     Decisions in shareholder class action suits have also set forth efficiency indicia. The seminal decision, invoked in numerous subsequent opinions, is *Cammer v. Bloom*.  In *Cammer*, the Court rejected the notion that efficiency can be determined simply by considering the market on which a stock trades:

> It would be illogical to apply a presumption of reliance merely because a security is traded within a certain "whole market", without considering the trading characteristics of the individual stock itself.  Some well-followed stocks, such as Apple Computer and MCI Telecommunications, have chosen to trade in the over-the-counter market rather than on a national exchange.  On the other hand, some companies listed on national stock exchanges are relatively unknown and trade there only because they met the eligibility requirements.  While the location of where a stock trades might be relevant, it is not dispositive of whether the "current price reflects all available information."[28]

---

for private information, respectively.  Eugene F. Fama, "Efficient Capital Markets: II," *Journal of Finance* 46 (1991): 1575, 1575-617.

[28] *Cammer v. Bloom*, 711 F. Supp. 1264, 1281, note 11 (D.N.J. 1989).

32.      Instead, the Court articulated five factors that would be indicative of efficiency: (1) weekly trading volume in excess of 2 percent of shares outstanding; (2) the existence of a significant number of securities analysts following and reporting on the stock; (3) the existence of market makers and arbitrageurs; (4) the eligibility of the company to file an S-3 Registration Statement (which depends on sufficient float and track record of filing with the SEC); and (5) "a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[29]  Following *Cammer*, *Unger, et al. v. Amedisys, Inc., et al.*[30] listed the five *Cammer* factors and an additional three factors: 6) market capitalization; 7) the bid-ask spread; and 8) the float.

## F.  The Importance of Price Reaction to News as a Criterion For Market Efficiency

33.      Economists have pointed out that, of the five *Cammer* factors, the first four are indirect tests: they ask whether conditions exist that may be conducive to or consistent with efficiency, but do not directly assess whether the market for a security is efficient.[31]  However, the fifth *Cammer* factor—whether a stock's price responds quickly to relevant news—can be assessed by direct tests for semi-strong form efficiency.  As market capitalization, bid-ask spread, and float are all characteristics that might be conducive to or consistent with efficiency rather than being indicative of it, these three tests suggested by *Unger* are also indirect tests.

34.      Recent court decisions have supported the idea that, even when conditions exist that appear conducive to efficiency, rigorous statistical analysis is required to determine whether the market for a security is efficient.  In *PolyMedica*, for example, the Court based its determination regarding efficiency on the results of statistical and econometric tests.  In particular, the *PolyMedica* order notes:

---

[29] *Ibid* at 1286-87.

[30] *Unger v. Amedisys, Inc.,* 401 F.3d 316, 323 (5th Cir. 2005).

[31] Some of these indirect tests for efficiency are better indicators than others. There is empirical evidence that, among the *Cammer* factors, the level of trading volume and analyst coverage are the most reliable indirect tests of efficiency.  See, e.g., Barber et al. (1994), op. cit., p. 285-312.  Barber et al. find that trading volume and analyst coverage tend to be predictive of semi-strong form efficiency as assessed by a statistical test.

A cause-and-effect relationship, over time, between unexpected corporate events or financial releases and an immediate response in stock price…is 'in many ways, the most important,'… and was recognized in Cammer itself as 'the essence of an efficient market and the foundation for the fraud on the market theory[.]'[32]

35.     Academic economists and legal scholars agree, and there is ample supporting commentary in this regard:

> In an efficient market, all publicly released information should be quickly and fully reflected in the price of a security.[33]

> In an efficient market, all economically relevant, public information about a security is quickly reflected in an unbiased manner in the price of the security.  As soon as news about a security hits Wall Street, traders act on it.[34]

> Of the eight factors articulated by the *Cammer* and *Krogman* courts, arguably only two – the number of analysts reporting on the stock and whether there is a cause-and-effect relationship between information disclosures and price movements – directly speak to whether a market is efficient, i.e., whether information is readily disseminated and fully and accurately incorporated into market price.  The other factors focus on the nature of the company and the trading of its stock and therefore speak to whether a market is "open and developed" rather than efficient.  Further, even the question of whether there is a cause-and-effect relationship between disclosures and price movement is not, strictly speaking, directly probative of efficiency.  Certainly a stock price failing to react to meaningful news would demonstrate inefficiency, but the mere fact of a response does not demonstrate efficiency.  A stock can be significantly mispriced and still respond promptly to news.[35]

36.     The last excerpt is particularly pertinent, as it highlights the fact that merely showing that a large stock price movement has occurred in response to news – for example, to a disclosure of alleged fraud in a securities class action – is not sufficient to fulfill market efficiency criteria.  A finding of consistent, timely, and appropriate reactions to news items over the relevant time frame must be obtained.

---

[32] *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 265-266 (D. Mass. 2006).

[33] Barber (1994), op. cit., p. 294.

[34] Russell Robinson, "Fraud-on-the-Market Theory and Thinly-Traded Securities Under Rule 10b-5: How Does a Court Decide if a Stock Market is Efficient?"  *Wake Forest L. Rev.* 25 (1990): 223-252.

[35] Bradford Cornell and James C. Rutten, "Market Efficiency, Crashes, and Securities Litigation," *Tulane Law Review* 81 (2006): 443-471.

37.     As these excerpts show, market efficiency tests are not limited to identifying and classifying simple characteristics in the market for any given security.  Indeed, summary statistics such as trading volume or market capitalization are merely a starting point.  More sophisticated analyses are required to evaluate market efficiency, even for securities that may otherwise exhibit the general characteristics conducive to efficiency.

## VII.   RESULTS OF MARKET EFFICIENCY TESTS FOR CIT COMMON STOCK

38.     The results of most of the indirect tests (i.e., of conditions conducive to efficiency) are all consistent with market efficiency during the Alleged Class Period.  (The one exception is the analysis of the bid-ask spread which I will address in more detail below).  These tests indicate that CIT common stock traded in an open and well-developed market, with high volume, a large number of shares traded between investors unaffiliated with the company, etc.  However, certain of the more direct tests of market efficiency suggest that, during the Alleged Class Period, CIT common stock did not react consistently to public news, and had a pattern of overreacting in the positive or negative direction on certain days, only to experience a recovery in the opposite direction on the following day.  This is evidence against weak form market efficiency (which is a prerequisite of semi-strong form efficiency), highlighting the fact that plaintiffs have not demonstrated that the market for CIT common stock was efficient, and casting substantial doubt on any ultimate conclusion of market efficiency during the Alleged Class Period.

### A.   The Market for CIT Common Stock Appeared to Be Open and Well-Developed

39.     The Gronborg Declaration conducted tests involving the five *Cammer* factors.  Mr. Gronborg assessed weekly trading volume for CIT's common stock, the number of securities analysts following CIT, the existence of market makers and arbitrageurs, the eligibility of CIT to file an S-3 Registration Statement, and the immediacy of responses of CIT's common stock price to news events (or "unexpected corporate events or financial releases" as defined by *Cammer*).  I have also independently conducted these tests (and two others of conditions conducive to efficiency – looking at market capitalization and float), and with the exception of the last test – that of CIT's common stock price reactions to news events – my conclusions do not differ

15

substantively from Mr. Gronborg's, keeping in mind that some of the particulars of my analysis correct for the incomplete analysis performed by Mr. Gronborg.[36]

40.     While, the results of the first four of the five *Cammer* factors are consistent with CIT's common stock trading in an open and well-developed market, which is consistent with market efficiency, these tests are not sufficient by themselves to demonstrate market efficiency. I have conducted additional analyses, which I describe below. The results of those additional analyses indicate that plaintiffs have not demonstrated that the market for CIT common stock was efficient, and cast substantial doubt on plaintiffs' conclusion of efficiency.

## B. Bid-Ask Spread

41.     One of the criteria for market efficiency suggested by the *Unger* decision is bid-ask spreads.  The average and median bid-ask spread of CIT common stock over the Alleged Class Period was 17 cents, or 0.41 percent of closing price, and 3 cents, or 0.07 percent of the closing price, respectively.[37]  The NYSE average is 3 cents for the most recently available period of data, 2004.[38]  Court decisions do not provide a concrete threshold on what level of bid-ask spread suggests market efficiency.  While the CIT median bid-ask spread is similar to the NYSE average bid-ask spread, note that CIT's average bid-ask spread over the Alleged Class Period was more than five times larger than the NYSE average in 2004.  While CIT's average bid-ask spread may be relatively high due to the extreme volatility of the market in general during the financial crisis, a thorough examination of CIT's bid-ask spreads would be required for a more robust conclusion of efficiency with regards to this particular test.

*Exhibit 3.        CIT Common Stock Bid-Ask Spread*

---

[36] I have included exhibits summarizing my results for the *Cammer* and *Unger* factors (with the exception of the bid-ask spread and the news-related tests, which I perform in subsequent sections) as Appendix A to this report.

[37] Calculated using closing prices, and bid and ask prices as of 4:00 PM EST.

[38] NYSE provides monthly bid-ask spread weighted and unweighted averages through the end of 2004. Calculating the averages over 2004 of the unweighted, trade-weighted, and volume-weighted monthly averages results in $0.05, $0.03, and $0.03, respectively. These data were retrieved from http://www.nyxdata.com/factbook.

### C. CIT Common Stock Does Not Consistently Respond to Market News in a Timely Fashion

#### 1. Mr. Gronborg's Analysis of CIT Common Stock Price Reactions to Market News is Insufficient to Demonstrate Market Efficiency

42.     Mr. Gronborg purports to conduct an analysis of CIT's common stock price reactions to market news.  Mr. Gronborg's analysis is limited to a general description of news events on three dates – January 17, 2007, July 18, 2007, and March 6, 2008, combined with information on CIT's common stock absolute and percentage price movements on these dates, trading volume in CIT common stock, and analogous movements in the S&P 500 and S&P 500 Financial indices.  Without relying on a statistical test to establish the materiality of CIT's stock price reactions, Mr. Gronborg states that "the price of CIT's common stock price reacted to Company-related disclosures in a manner demonstrating market efficiency."[39]

43.     Even assuming Mr. Gronborg were able to establish that the three stock price reactions he relies on are material, his review of stock price reactions on selected news dates without any use of a control group of non-news dates dooms his "test" to irrelevancy as to any review of market efficiency.  Mr. Gronborg fails to follow the standard statistical procedure of creating an independent list of events (i.e., determining the group to be studied without knowing the outcome such as the stock price movement), a basic concept seen in statistics, discussed in the *PolyMedica* order, and present in common-sense knowledge about statistical analyses such as medical studies that use a control group.[40]  Mr. Gronborg's analysis here is the equivalent of a pharmaceutical company asking the FDA to approve a drug for controlling blood pressure based not on a study with a treatment group that was given the drug and a control group that was not, but based on a company-selected list of three patients whose blood pressure went down after taking the drug.

44.     It is also worth noting that in his analysis of market efficiency for CIT's common stock, Mr. Gronborg makes the same basic methodological error rejected in *PolyMedica*,

---

[39] Declaration of Tor Gronborg in Support of Plaintiff's Motion for Class Certification, *In re CIT Group Inc. Securities Litigation*, executed November 19, 2010, paragraph 7.

[40] *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 269-270 (D. Mass. 2006).

discussing the price movements on three arbitrary days of his choosing with no use of a control group or independent list of events. An excerpt from the *PolyMedica* decision is particularly pertinent:

> Miller's mere listing of five days on which news was released and which exhibited large price fluctuations proves nothing. Miller's only marginally useful analysis… is his unscientific comparison of PolyMedica Stock to the NASDAQ Index… [t]hese proffers barely identify (let alone control for) any of the myriad variables other than news that might explain the movements in PolyMedica's stock…[i]t is not sufficient simply to report movement on significant days. To approach usefulness, an analysis should statistically compare all news days with all non-news days.[41]

45.     The parallels between the criticisms of the *PolyMedica* Court and Mr. Gronborg's analysis are clear. Moreover, Mr. Gronborg's "results" are also consistent with market *inefficiency*, as even if news and stock price movements were matched up completely randomly, we should not be surprised to find three dates in which there was both news and a stock price movement. Accordingly, plaintiffs have failed to demonstrate that the market for CIT's common stock was efficient. And as I will show below, a properly conducted study of price reactions to news is not supportive of the efficiency of CIT's common stock.

## 2. A Properly Conducted Study of CIT Common Stock Price Reactions to Market News is Not Supportive of Market Efficiency

46.     As I explained above, a properly conducted assessment of CIT's common stock price reactions to news requires the establishment of a control group (days without news), a definition for days with news, and a standard of materiality for price reactions in order to compare the two groups. To ensure robustness of results, I have examined three possible definitions of what constitutes news, and have conducted relevant tests comparing news day and non-news days under each definition.

47.     For the first definition of news, I conducted an automated search for the term "CIT Group*" in the headline or lead paragraph of articles in Dow Jones Factiva.[42] A day was

---

[41] *In re PolyMedica Corp. Sec. Litig.*, 453 F. Supp. 2d 260, 270 (D. Mass. 2006)

[42] I limited this search to the "Top Sources" as specified by Dow Jones Factiva. The "Top Sources" are Dow Jones Newswires, Major News and Business Publications, Press Release Wires, and Reuters Newswires. I also ran a sensitivity analysis of these tests by including stories from Bloomberg News in addition to those from Dow

classified as a news day if a relevant news item was disseminated after the close of the previous trading day but before the close of trading on that day.[43]  I will refer to the news days thus designated by this method to be the "General News Days."

48.     For my second approach, I started with my results from the first approach, and narrowed the definition of news to include news concerning only: 1) earnings and earnings guidance; 2) executive stock transactions; 3) ratings assignments and decisions; 4) buyback of common stock or other security; 5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; 6) opening new offices in new locations or office expansions; 7) official investigations or subpoenas into CIT and its subsidiaries; 8) official company statements on strategy, liquidity, etc.; 9) issues of new CIT securities or funds, or sale of stock; and 10) dividend announcements. I will refer to the news days designated by this method to be the "10 Categories of News Days."

49.     Finally, I considered a third approach in which I started with the 10 Categories of News Days, and added an additional category of news items in which a Dow Jones Factiva news article commented on a securities analyst report released on the same day.[44]  I will refer to the news days thus designated by this method to be the "10 Categories of News Days Plus Analyst Report References."

50.     For the last two categories of news days, I had two possible categorizations of corresponding non-news days.  Non-news days were defined either as the days that were not General News Days or as all days in the Alleged Class Period that were not classified as news days for a particular definition.

---

Jones Factiva.  While the statistical results are slightly different, the inclusion of Bloomberg News stories does not alter my general conclusions with respect to the efficiency of CIT common stock.  In fact, including the Bloomberg News stories provides a very slightly stronger basis for my conclusions as stock price movements on news days are no longer statistically different from those on non-news days for news days defined as the "10 Categories of News Days Plus Analyst Report References."

[43] Stories from daily newspapers, which are not time stamped, are assumed to have been disseminated in the morning.  So if the date of publication was a trading day, then that day is classified as a news day.  If the date of publication was not a trading day, then the following trading day is classified as a news day.

[44] I did not include news articles that referenced securities analyst reports that had been issued on dates prior to the news articles.

51.     To assess and distinguish the stock price movements on news days and non-news days, we first isolate company-related stock price movements on each day.  To do this, I calculate a daily excess return, which controls for market and/or industry-related stock price movement.  This is done by estimating a "market model" based on the historical relationship of CIT's stock price with the market and the industry. The market model measures the relationship between the daily log change in CIT's stock price and the daily log change in one or more stock indices.  For any particular day, this relationship and the actual movements in those stock indices are used to estimate what proportion of the movement in CIT's stock price was specific to the company, as opposed to being driven by factors affecting the broad market.  One can then use the market model to determine whether the portion of a given day's price movement which is left unexplained by the model is statistically significantly different from zero.

52.     As Exhibit 4 shows, I estimated a market model to explain daily changes in CIT's common stock.  For each date I examined, I estimated the model using a rolling regression period of about one year prior to the date.  The reason to use a different model for each date is that CIT's stock volatility changes over the Alleged Class Period.[45]  I used the S&P 500 Total Return Index to capture the factors affecting the entire market.

> *Exhibit 4.       CIT Common Stock Market Models with Rolling Regression Periods*
>
> *Exhibit 5.       CIT Common Stock Price Reactions using Market Models with Rolling Regression Periods*

53.     I then calculated (see Exhibit 5) and compared the proportion of statistically significant excess stock price movements on news days to the proportion of statistically significant excess stock price movements on non-news days (where an "excess" price movement is the daily change (measured as a log return) in the stock's price net of market factors that influence price that day).

---

[45] Due to the extreme market volatility and continuously changing market conditions during the period of the subprime and financial crises, a market model estimated using data too far in the past may be less relevant for the purposes of examining the materiality and magnitude of any given price reaction.  Accordingly, to test the significance of each day's price movement, I use a market model using trading data from one year prior to that date.

54.     Using two of the three definitions of news days, the proportion of statistically significant price movements of the CIT common stock on days with company announcements is not consistently statistically different from the proportion of such movements on days without news, a result which does not support market efficiency.  The results for each of my three different approaches to defining news days – General News Days, 10 Categories of News Days, and 10 Categories of News Days With Analyst Report References – are shown in Exhibit 6.

> *Exhibit 6.*     *CIT Common Stock Proportion Analysis of Statistically Significant Movements in Daily Stock Price Returns in Response to News*

55.     When news days are defined to include the 10 Categories of News Days With Analyst Report References, the stock price movements on news days are statistically significantly different from non-news days, if non-news days are limited to all dates in the Alleged Class Period not assumed to be news days but this result is reversed if non-news days are defined as all days which are not General News Days.  However, note that by definition the news days added into this category tend to be days where the reporting of the "news" is due to the fact that the CIT stock price moved that day.  A typical such news story is "CIT gains on Keefe, Bruyette upgrade but rally does not extend across sector."[46]  One tends not to see news stories about analyst reports on days when the CIT stock price did not move in response.  Due to this tendency for news items to reference analyst reports only when they are accompanied by relatively large stock price movements, adding this category of news to the analysis may lead to biased results, especially for a simple test of proportions of defined news dates with statistically significant price movements.

56.     To look at the news day versus non-news day reactions another way and also to further explore the potential impact of this bias with respect to analyst report stories, I applied two additional non-parametric statistical tests to test whether the price of CIT common stock responded consistently to company-specific news.   The first test, the Kruskal-Wallis test, is used to determine whether the median of the magnitude of excess returns was different on news days than on non-news days.  Unlike a test of proportions, the Kruskal-Wallis test incorporates the

---

[46] "CIT gains on Keefe, Bruyette upgrade but rally does not extend across sector," *Associated Press Newswires*, July 9, 2007.

magnitude of price movements in addition to simply determining whether each price movement is statistically significant or not.  For this test, regardless of the definition of news days, the results show that the price movements of the CIT common stock on days with company announcements are not statistically different from days without, meaning that these results are inconsistent with, and therefore cast substantial doubt on an ultimate conclusion of, market efficiency.  Exhibit 7 provides these results for each of my three different approaches to defining news days – General News Days, 10 Categories of News Days, and 10 Categories of News Days With Analyst Report References.[47]

*Exhibit 7.       CIT Common Stock Kruskal-Wallis Test Results*

57.     The next test I applied was the Kolmogorov-Smirnov test, to assess whether the distribution of excess returns was substantially different on news days and non-news days.  Like the Kruskal-Wallis test, the Kolmogorov-Smirnov test also incorporates the magnitude of price movements in addition to simply determining whether each price movement is statistically significant or not.  Regardless of the definition of news days, the results show that the price movements of the CIT common stock on days with company announcements are not statistically different from days without, meaning that these results are inconsistent with, and therefore cast substantial doubt on an ultimate conclusion of, market efficiency.  Exhibit 8 provides these results for each of my three different approaches to defining news days – General News Days, 10 Categories of News Days, and 10 Categories of News Days With Analyst Report References.[48]

---

[47] As a sensitivity analysis, I also ran the Kruskal-Wallis test using the absolute value of the excess returns.  The results are similar to the original Kruskal-Wallis test and do not alter my general conclusions with respect to the efficiency of CIT common stock.

[48] As another sensitivity analysis, I redid these tests limiting news dates to earnings announcements only.  We know from financial economics that the types of news most likely to affect stock prices are corporate developments such as mergers and acquisitions and earnings announcements.  (See, e.g.  Stewart C. Myers, Richard A. Bradley, *Principles of Corporate Finance* (7th ed., McGraw-Hill Companies, 2003), 351: "[i]f markets are [semi-strong efficient], then prices will adjust immediately to public information such as the announcement of the last quarter's earnings, a new issue of stock, a proposal to merge two companies, and so on.").  If we limit the definition of news dates to only those with earnings related announcements, we find that both the Kruskal-Wallis test and the Kolmogorov-Smirnov test yielded similar results to those with the broader news categories in that the price movements of the CIT common stock on days with earnings-related announcements were not statistically different from days without.  That is the findings do not support market efficiency.  However, the proportion analysis, indicated that price movements of the CIT common stock on days with earnings-related announcements were statistically different from days without.  The Kruskal-Wallis test using the absolute value

*Exhibit 8.        CIT Common Stock Kolmogorov-Smirnov Test Results*

58.    As the results of the proportion analysis, the Kruskal-Wallis test, and the Kolmogorov-Smirnov test show, the prices of CIT common stock display evidence of not consistently incorporating company-specific news in a timely fashion during the Alleged Class Period.  In fact, with the exception of the proportion analysis applied to the 10 Categories of News Days With Analyst Report References, all the results for all definitions of news across all three tests show that the price movements of the CIT common stock on days with company related news are not statistically different from days without.[49]  Timely response to publicly-available news is a potential indication of semi-strong form market efficiency.  While these results do not necessarily prove market inefficiency according to the semi-strong form, they do demonstrate that plaintiffs have not demonstrated the CIT common stock traded in an efficient market, and are inconsistent with, and therefore raise substantial doubts about an ultimate conclusion of, market efficiency.  Further, subsequent analysis using other econometric tests supports the fact that CIT's common stock was not weak form efficient as detailed below.  Note that weak form efficiency is required for semi-strong form efficiency.

## D.  CIT Common Stock Appeared to Follow a Random Walk Which is Consistent with Market Efficiency

59.    Many academic articles have argued for the use of a random walk process to model stock prices.  In finance, a random walk is simply a name for the path of prices formed from a repeated process that generates non-predictable returns, each with the same expected variance.  To illustrate a simple random walk, consider the following scenario.  A stock price can go up by a dollar or down by a dollar every day.  The probability of going up is equal to the

---

of the excess returns gave similar results to the proportion analysis.  Although the results of the proportion analysis and the absolute value version of the Kruskal-Wallis test render any conclusions relating to earnings news more ambiguous, it is important to note that there were only eight dates relating to earnings during the Alleged Class Period, and two of these dates are alleged by the Complaint as being disclosures of the allegations.  That is, the Alleged Class Period is to some degree defined to include dates with earnings news and associated stock price movements.  The small sample of "news dates" under this definition renders the test very sensitive to the specific circumstances during the Alleged Class Period.

[49] And as explained above, there is reason to suspect that the incorporation of news references to analyst reports may bias the results.

probability of going down, each being 0.5, or fifty percent.  Such a stock price would then follow a random walk.

60.     One characteristic of the random walk process is that the variance of a sample of stock returns must be linearly related to the length of the sampling interval.  That is, the variance of the returns two days out should be approximately twice the variance of the returns one day ahead.  Consequently, in order to test whether stock prices follow a random walk, academics have compared the ratio of return variances measured over time periods of different length. These tests are also known as Lo-MacKinlay tests.

61.     Exhibit 9 contains the results of the Lo-MacKinlay tests for CIT common stock. Based on the result of these tests, which were conducted both for daily and weekly returns, it appears that the stock price followed a random walk, which is consistent with efficiency.

Exhibit 9.     *CIT Common Stock Lo-MacKinlay Test Results*

## E.  There is Evidence of Overreaction and Negative Serial Correlation in CIT Common Stock During the Alleged Class Period

62.     During the Alleged Class Period, CIT common stock exhibited a tendency to overreact on significant price movements as shown in Exhibit 10.  Looking at days with the most significant, that is the largest, price returns,[50] on average, the stock tends to overturn its price change from the previous day.

Exhibit 10.     *CIT Common Stock Overreaction Test Results*

63.     During the Alleged Class Period, CIT common stock also exhibited a significant negative serial correlation as shown in Exhibit 11.  This indicates that, during this period, the future stock price could be predicted by past price movements.  This is inconsistent with the

---

[50] Only days with an absolute log return of 0.075 or more were considered. A log return of 0.075 or more in absolute value is 1.96 standard deviations from zero.  The daily return is calculated as the natural logarithm of the quantity: current day's stock price divided by the previous day's stock price.  Natural logarithms are similar to percentage returns, but have desirable mathematical properties that make them commonly used in the financial economics literature.

weak form of market efficiency.  This negative serial correlation implies that the stock has a tendency to fall after an uptick day and to rise after a downtick day.[51]

> *Exhibit 11.     CIT Common Stock Regression Testing Serial Correlation of Log Returns ($R_t$ with $R_{t-1}$)*

64.     This finding is consistent with results from testing the stock for overreactions. Both the serial correlation test and the overreaction test suggest that CIT common stock has a tendency to experience reversals of price movements, and fails these tests for weak form market efficiency.

65.     Note that while the two tests are somewhat related, the results of the overreaction test indicate the tendency for the largest daily movements in CIT's common stock price during the Alleged Class Period to reverse themselves the next day, while the serial correlation test indicates a general tendency over the entire Alleged Class Period for CIT common stock price movements to be negatively correlated with price movements on the previous day.[52]  It is theoretically possible for the results of the overreaction test to not indicate a tendency for overreaction, and the serial correlation test to nonetheless indicate a general negative correlation between stock price movements from day to day, and vice versa.  The fact that the two tests indicate both a tendency for large price movements to reverse themselves, and that there is a general negative correlation between stock price movements from day to day provides greater support that CIT common stock was not weak form efficient during the Alleged Class Period. Plaintiffs have made no attempt to test for these phenomena.  As weak form efficiency is required for semi-strong form efficiency, these results confirm my conclusions drawn from the tests of CIT common stock price reactions to news – that plaintiffs have failed to demonstrate market efficiency, and that the results of my analyses are inconsistent with, and therefore cast substantial doubt on an ultimate conclusion of, market efficiency.

---

[51] See Exhibit 11, which estimates the relationship between the previous day's log return and the present day's log return.

[52] A negative correlation between daily stock price changes refers to the tendency for a positive stock price change on one day to be followed by a negative stock price movement on the next day and vice versa.

## VIII. THE IMPACT OF SILVER STATE RELATED ALLEGED DISCLOSURES ON CIT COMMON STOCK PRICES AND POTENTIAL IMPLICATIONS FOR MARKET EFFICIENCY

66.     The Complaint states in paragraph 123 that "[a]s a result of the February 29 and March 6, 2008 disclosures, CIT's already battered stock price fell precipitously. On February 29, 2008, CIT's stock price declined $2.21 per share, to $22.22, and continued to decline on the following trading day to below $21.30 per share. On March 6, 2008, CIT's stock price plummeted further, on huge trading volume of over 24 million shares, dropping $4.50 per share, to close at $15.86. CIT's stock price has never recovered, and the Company is currently on the verge of bankruptcy."

67.     However, the full stock price reactions on these dates do not accurately represent the impact of the Silver State Allegations.

### A. The CIT Common Stock Price Did Not Experience a Statistically Significant Reaction Immediately Following the Filing of the 10-K on February 29, 2008

68.     In particular, the CIT 10-K filed on February 29, 2008 was filed after the market had closed for the day.[53]  Plaintiffs are incorrect to attribute the price decline on February 29, 2008 to the disclosure about private pilot training school loans in the 10-K filing.

69.     Notwithstanding plaintiffs' error, the 10-K filing was not followed by a statistically significant price response on the appropriate date that the market would have first been able to react to such news, March 3, 2008,[54] despite the fact that the 10-K did disclose substantial information about the potential private student loan write-down.

70.     CIT's 10-K disclosed in a note on subsequent events:

> The Company ceased originating private (unguaranteed) student loans in late 2007 based on an evaluation of the return and risk characteristics of this student lending product, but has continued to fund pre-existing loan commitments. In February 2008, a private pilot training school filed bankruptcy. Our student lending business had

---

[53] SEC EDGAR System Filing Detail. CIT Form 10-K time accepted 2/29/2008 5:28 PM.  Available online at http://www.sec.gov/Archives/edgar/data/1171825/000089109208001339/0000891092-08-001339-index.htm.

[54] See Exhibit 5.

originated private (unguaranteed) loans to students of the school, which totaled approximately $196 million in total principal and accrued interest as of December 31, 2007. We ceased originating new loans to students of this school in mid-2007. Approximately $17 million of the total loans represents loans to students who have completed their education (loans in "repayment"); the remainder is to students who have not yet completed their training. Loans in repayment to students of this school that were past due loans 60 days or more were approximately $2.0 million at December 31, 2007. Collectibility of the outstanding principal and interest balance of loans that have both reached, and have not yet reached repayment status, will depend on a number of factors, including the student's current ability to repay the loan, whether a student has completed the licensing requirements, whether a student can complete any remaining education requirements at another institution (including making further tuition payments and accessing previous education records) and satisfy any remaining licensing requirements.

Management is currently evaluating the collectibility and projected cash flows related to these loans. Given that the loans are unsecured and that uncertainties exist regarding collection, management currently expects that additional reserves may be required in 2008 in connection with these loans.[55]

71.     The 10-K clearly disclosed the fact that CIT had provided loans to students of a private pilot training school that had gone bankrupt.  Importantly, it also disclosed the maximum exposure to a potential write-down of $196 million, because CIT disclosed that it had ceased originating new loans to students of the school in mid-2007.  Market concern regarding these loans was therefore limited to the $196 million in outstanding loans.  Analysts generally did not question other loans in CIT's portfolio following the disclosure about the private pilot training school.[56]

72.     The CIT 10-K did not specifically disclose the name of Silver State Helicopters. However, there was information connecting CIT and Silver State prior to the 10-K, such that an

---

[55] CIT Group Inc. SEC Form 10-K filed February 29, 2008, p. 118.

[56] Of the six analysts that mention the private pilot training school loans potential write-down following the 10-K filing, two state that the potential write-down raises concerns about the remainder of CIT's loan portfolio.

One analyst comments over a week after CIT's 10-K filing: "While this exposure, in and of itself, is not particularly alarming, accounting for only 2.8 percent of total equity, it does raise concerns about other potential concentrations and exposure in CIT's loan portfolio and the extent of any future credit."  "Moving to Neutral on Increased Liquidity Pressures," *Bank of America*, March 11, 2008.

Another analyst comments: "There may be more write-offs, but we do not expect the amount to be significant." "Reduce EPS on higher funding costs; Maintain Neutral," *Merrill Lynch*, March 7, 2008.

investor may have been able to make the connection following the 10-K and prior to the March 6, 2008 statistically significant price response. For example, a February 8 article in the South Florida Sun-Sentinel stated that Silver State Helicopters had filed for bankruptcy, leaving Fort Lauderdale students with large tuition bills and incomplete training. This article stated that the "high-interest" loans of the Fort Lauderdale students were from Student Loan Xpress, which was owned by CIT.[57]

73.     The 10-K also disclosed that the majority of the loans were to students who had not completed the program and that about 12 percent of students who had completed the program were currently past due. Management further stated that the loans were unsecured and that they expected that "additional reserves may be required… in connection with these loans." Despite the information disclosed in the 10-K, the price did not statistically significantly decline on the next trading day after the 10-K was filed.

74.     Following the 10-K filing, a Credit Sights equity analyst report issued on March 2, 2008 did mention potential losses in private student loans in general, but did not mention the potential losses on private pilot training school loans. However, a March 3, 2008 Keefe, Bruyette & Woods ("KBW") report noted, "In our view, the remaining $179 million of [private pilot training school] loans have a high likelihood of charging off as the students have not completed their training and it is unclear whether new flight schools will give them any credit for training received at the bankrupt school. If the entire $179 million of loans were written off, we calculate that the charge would impact 2008 EPS by $0.68."[58] While the report does not amend its earnings projections on that day, the tone of this statement suggests that this will likely happen soon.

75.     A Lehman Brothers equity analyst report issued on March 4, 2008 reiterated the information in the 10-K regarding the private pilot training school loans. The Lehman Brothers report focused primarily on CIT's funding costs, liquidity, and credit quality, but also stated that

---

[57] Pounds, Marcia Heroux, "Loans Up in the Air After School Closes," *South Florida Sun-Sentinel*, February 8, 2008. See also Gollan, Jennifer, "Helicopter Students Grounded and in Debt," *South Florida Sun-Sentinel*, February 10, 2008.

[58] "More Write-downs in Private Student Loan Portfolio Seem Likely," *KBW*, March 3, 2008.

"CIT's 10K also suggested that the company may need incremental reserves for roughly $175 million in private student loans due to an education company that filed bankruptcy in February."[59]  The Lehman Brothers report did not adjust its earnings expectations based on a potential write-down in the private student loans.

76.    CIT's common stock price did not experience any statistically significant stock price declines following the 10-K filing until March 6, 2008, four trading dates after the 10-K was filed.  However, on the morning of March 6, 2008, an equity analyst at KBW issued a report on CIT titled "Adjusting Q108 Estimate for Likely Student Loan Write-down."  KBW reported receiving "additional detail" on the student loans at issue and opined that the company will have to take losses on the majority of the loans.  The "additional detail" that the KBW report referred to is unclear, but likely included the fact that the loans were for students pursuing career opportunities as opposed to taking classes for leisure.  No additional information that KBW may have obtained was disclosed in the analyst report.

77.    CIT's common stock declined $3.60 on March 6 after adjusting for the market, which was statistically significant, as shown in Exhibit 12.  After the market closed on March 6, 2008, Bear Stearns issued a report stating that CIT shares had fallen 22 percent that day and that the "current valuation [seemed] irrational."  This is consistent with the fact that analysts expected the impact of the private pilot training school student loans to be $0.75 at a maximum, as discussed in Section VIII C.  The Bear Stearns report also commented on the student loans and stated that the analyst was conservatively assuming that almost all of the loans would not be repaid.  Notably, neither Bear Stearns nor KBW adjusted their earnings targets in connection with the Silver State loans beyond a one-time adjustment for the first quarter of 2008.[60]  This

---

[59] "Funding Costs High but Liquidity Stable," *Lehman Brothers*, March 4, 2008.

[60] Bear Stearns revised its earnings estimates for only the first quarter of 2008, by $0.69 assuming a write-down of $180 million in the Silver State loans.  Similarly, KBW revised its earnings estimates for only the first quarter of 2008, by $0.68 assuming a write-down of $179 million in the Silver State loans.  See "CIT: Adjusting Q108 Estimate for Likely Student Loan Write-down Event," *KBW*, March 6, 2008 and "CIT Shares Fall 22%; Current Valuation Seems Irrational," *Bear Stearns,* March 6, 2008.

suggests that neither Bear Stearns nor KBW viewed the Silver State issues as having an impact beyond the potential or probable write-down of the remaining Silver State loan balance.[61]

> Exhibit 12.    *CIT Common Stock Price Response on March 5, 2008 – March 7, 2008*

78.    The Bear Stearns analyst report was followed by a statistically significant market-adjusted positive price reaction of $1.54 on the next trading day, March 7, resulting in a cumulative statistically significant market-adjusted price decline from March 5-7 of $2.06, as shown in Exhibit 12.  This type of stock price recovery is an example of CIT's overreaction to news that I noted in the market efficiency section of this report and which is consistent with inefficiency.  Indeed if there was no real additional news in the March 6th KBW report and the CIT stock reacted statistically significantly to a reiteration of the same news that had been revealed in the 10-K four trading days earlier, this would be also be consistent with inefficiency.

## B.  At Least Two Securities Analysts Attribute At Least Part of CIT's Common Stock Price Decline on March 6, 2008 to Factors Other Than Silver State

79.    As shown above, there is some evidence that the incremental information regarding the Silver State loans released on March 6, 2008 may have been minimal, and a Lehman Brothers analyst report released on March 4, 2008 cited concerns such as CIT's funding costs, liquidity, and credit quality that may have overshadowed any concerns about the Silver State loans.  A March 7, 2008 Lehman Brothers analyst report further elaborates, explicitly noting that the Silver State issues were unlikely to be the main driver of the March 6, 2008 decline:

> Yesterday, concerns around credit quality and liquidity put pressure on shares of CIT. The main driver around credit concerns related to renewed concerns regarding the company's home lending portfolio as well as approximately $175 million in private student loans that CIT had outstanding to students of a pilot training school that filed for bankruptcy protection during February. While these concerns may have weighed on shares to some extent yesterday, we find it unlikely that they were the main driver since these issues have been out in the market for at least a few days through disclosures in the company's 10K (released last Friday) and a discussion on the topic in our note titled

---

[61] As I will note below, this conclusion is not limited to Bear Stearns and KBW, but also extends to other analysts that commented on the Silver State loans.

"CIT: Funding Costs High but Liquidity Stable", which was published on [March] 4th. However, we believe that the main driver around pressure on shares was due to liquidity concerns, stemming from considerable volatility in credit markets. For reference, CIT's CDS spreads reached more than 700 bps yesterday, heightening concerns around the company's ability to obtain unsecured financing near term.[62]

80.     A March 7, 2008 Merrill Lynch analyst report also stated that "CIT's share price dropped over 20% yesterday on the speculation of further writedowns of its student lending portfolio and the continued turmoil in the capital markets."[63]

## C. The Magnitude of the Price Reaction from March 5 to March 7, 2008 is Substantially Larger than the Value of the Silver State Loans

81.     Finally, even with the price recovery on March 7, 2008, the net market-adjusted stock price reaction to the Silver State Allegations from March 5 to March 7, 2008 was a decline of $2.06.  The maximum magnitude of the Silver State loans was $196 million.  According to a March 7, 2008 Merrill Lynch analyst report, the impact per share due to a write-down of this amount would be $0.75 per share in the first quarter of 2008.[64]  This figure is consistent with other analysts' calculations of the impact per share.[65]  As was true with the March 6, 2008 Bear Stearns and KBW analyst reports, none of these analysts adjusted future earnings estimates beyond the first quarter of 2008 in connection with the Silver State loans.  A March 7, 2008 Credit Suisse analyst report elaborates further:

Separately, concerns arose based upon a disclosure in the 10-K (filed February 29th) that a private helicopter pilot training school (Silver State Helicopters) with $196 million of private student loans originated by CIT, filed for Chapter 7 bankruptcy. While some have

---

[62] "Mortgage Finance Market Monitor: Credit Market Roils Equity Market," *Lehman Brothers*, March 7, 2008. Note that the original report includes a typographical error indicating that the note entitled "CIT: Funding Costs High But Liquidity Stable" was published on February 4, 2008.  The note was actually published on March 4, 2008.

[63] "Reduce EPS on higher funding; Maintain Neutral," *Merrill Lynch*, March 7, 2008.

[64] "A complete write-off of the $196M loans linked to the bankrupt pilot training school could reduce CIT's Q1'08 EPS by $0.75." "Reduce EPS on higher funding costs; Maintain Neutral," *Merrill Lynch*, March 7, 2008.  This figure is also consistent with my calculation dividing $196 million by the number of shares outstanding, and adjusting for taxes.

[65] Other analysts who provide figures on impact per share of a potential Silver State loan write-down provide figures for a write-down of less than the total $196 million outstanding.  Scaling these figures up to determine the impact per share had the analyst assumed the total amount would be written down provides figures consistent with Merrill Lynch's stated figure of $0.75 per share.

assumed that the portfolio would likely be a total loss, we believe that CIT will be able to recover a substantial portion of these loans. Every 10% write-down is about $0.07 in reported earnings and book value. While disappointing, this should not be an ongoing earnings issue, and will likely be less than 2% of book value.[66]

82.     The news and equity analyst reports at the time did not associate the Silver State loans with any sort of wrongdoing or cover up on the part of CIT.  Analysts also generally did not mention concern that similar issues with non-Silver State student loans would occur.[67]  In addition, several analyst reports around this time mention general market concerns about CIT's funding costs, credit quality, and liquidity.

*Exhibit 13.     Equity Analyst Quotations Related to Silver State Loans*

83.     Assuming that publicly available information at the time was an accurate representation of investor sentiment (which is consistent with an efficient market), any loss in CIT's market capitalization in excess of the $0.75 impact per share cited by analysts may have been due to factors unrelated to the Silver State Allegations or to market inefficiency.[68]

## D.  If the Entirety of the CIT Common Stock Price Reaction on March 6, 2008 Represents the Impact of the Silver State Loans, the Stock Price Reaction is Inconsistent With Market Efficiency

84.     As I have shown above:

a.  Most of the information regarding the Silver State loans was released in CIT's 10-K filed after trading hours on February 29, 2008.  This information included the magnitude of the Silver State loans, and the suggestion that a substantial write-off was likely.  At least one analyst report subsequently released, and prior to market close on March 5, 2008, emphasized the "high likelihood" of write-down of almost all of the Silver State loan balance.

---

[66] "CIT Group: Management Meeting," *Credit Suisse*, March 7, 2008.

[67] See above in paragraph 71 and footnote 56.

[68] Due to the time value of money, the actual dollar value impact would be somewhat less than $0.75 per share, but I have not made this adjustment, as the purpose of this report is not to quantify potential damage claims.

b. Most of the securities analysts commenting on Silver State acknowledged the one-time nature of the Silver State loan write-off. One securities analyst explicitly attributed the main driver of CIT's March 6, 2008 common stock price reaction to factors unrelated to Silver State, while another securities analyst attributed at least part of the reaction to continued turmoil in the capital markets.

c. Securities analysts generally attributed a value to the Silver State loans of around $0.75 per share or less. If the $0.75 write-down represented a one-time loss to CIT, the maximum per share impact on CIT's common stock on an undiscounted basis would be $0.75.

d. As most of the Silver State loan information was released prior to March 6, 2008, any additional information released on March 6, 2008 would theoretically represent less than a $0.75 per share impact on CIT's common stock price – probably much less considering that the information appears to be incrementally small – if the market for CIT common stock was efficient during the Alleged Class Period. The alternative explanations for the magnitude of the March 6 CIT stock price reaction are that a good portion of the drop was unrelated to Silver State and/or that the market for CIT common stock was not efficient in this instance.

## IX.  MISCELLANEOUS

85.    Our work in this matter is ongoing, and I reserve the right to supplement this analysis in response to any new information I receive.

86.    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


_____
Vinita M. Juneja, Ph.D.

33

**NERA**
Economic Consulting

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 3000 Fax +1 212 345 4650
Direct dial: +1 212 345 3148
vinita.juneja@nera.com
www.nera.com

**Exhibit 1**

# Vinita M. Juneja
## Senior Vice President

## Education

### Harvard University
Ph.D., Economics, 1988
Social Sciences and Humanities Research Council of Canada
Doctoral Fellow, 1982-1985
A.M., Economics, 1983

### University of Western Ontario
B.A., Honors, Economics, 1980
U.W.O. Continuing Scholar, 1976-1980
Dean's Honors List, 1976-1979

## Professional Experience

**NERA Economic Consulting**

2006-2011    Board of Directors
2006-2009    Chair, Global Securities & Finance Practice
2000-    Senior Vice President
     Directs projects in the areas of securities economics, finance, and valuation.
1995-2000    Vice President
1988-1995    Senior Consultant
1988    Senior Economic Analyst
1985-1987    Economic Analyst

**Harvard University**

1983-1985    Assistant Head Tutor, Department of Economics
     Helped to coordinate and administer the undergraduate program in economics at Harvard College; advised undergraduates on their course of study.

1982-1985      Teaching Fellow, Department of Economics
               Participated in teaching courses on microeconomics, economics of business
               regulation, and economics of bureaucracy.

1982-1985      Resident Tutor, Cabot House, Harvard College
               Served as economics tutor and academic advisor.

**Shell Canada**
1981-1982      Economic Consultant, Strategic Planning Department
               Responsible for a study of multinationals and foreign investment with focus
               on the oil and natural gas sectors.

Summer 1981 Junior Economist, Strategic Planning Department
               Responsible for economic forecasting of the world oil market, policy
               analysis, and macroeconomic research.

**University of Western Ontario**
1979-1980      Teaching Assistant, Department of Economics
               Taught microeconomics and labor economics.

**Toronto Investment Management**
Summer 1979 Economic Consultant
               Conducted research for various projects, including reports on forecasting and
               the size of the market sector in Canada.

**University of Toronto**
Summer 1979 Teaching Assistant, Department of Economics
               Taught introductory economics.


# Honors and Professional Activities

Member, FINRA Board of Arbitrators, 2007 - Present

Member, NASD Board of Arbitrators, 1990 - 2007

Member, American Economic Association

Member, American Finance Association

American Bar Association, Industrial Organization Economist Associate; member
of Business Law and Litigation Sections

## Testimony (Last Four Years)

Deposition before the United States District Court Southern District of New York in the matter of *In re CIT Group Inc. Securities Litigation*, 2011.

Deposition before the United States District Court Southern District of New York in the matter of *In re American International Group, Inc. 2008 Securities Litigation*, 2011.

Deposition before the United States District Court for the Northern District of California, San Jose Division in the matter of *In re Maxim Integrated Products, Inc. Securities Litigation*, 2010.

Testimony at the International Dispute Resolution Centre in London in the matter of an arbitration between *Oracle Corporation and Lawrence J. Ellison, Claimants, and Corporate Officers & Directors Assurance, Ltd., Respondent*, 2009.

Deposition before the United States District Court District of Eastern Pennsylvania, *In Re: Comcast Corporation ERISA Litigation*, 2009.

Deposition before the United States District Court District of Colorado in the matter between *Amy. J. Straily et al. v. UBS Financial Services, Inc.,* 2009.

Deposition before the United States District Court Southern District of New York in the matter of: *Kingsway Financial Services, Inc., et al. v. PricewaterhouseCoopers, LLP., John A. Dore, et al.*, 2009.

Cross examination before the Court of Queen's Bench of Alberta, in the matter between *William B. Wheeler v. 1000128 Alberta LTD., CNPC International (Canada) Ltd., China National Oil & Gas Exploration & Development Corp., CNPC International Ltd. and China National Petroleum Corporation*, 2009.

Cross examination before the Superior Court of Ontario, in the matter between *Paul Lawrence et al. and Atlas Cold Storage Holdings Inc. et al*., 2007.

Deposition before the United States District Court Southern District of New York, in the matter of: *In Re Veeco Instruments Inc., et al. Securities Litigation*, 2007.

Deposition before the United States District Court for the Eastern District of Texas, Texarkana Division, in the matter of: *In Re Fleming Companies Securities Litigation*, 2007.

## Publications (Last Ten Years)

with John H. Johnson, "The Use of Event Studies in Intellectual Property Litigation," in *Economic Approaches to Intellectual Property Policy, Litigation, and Management*, ed. Gregory K. Leonard and Lauren J. Stiroh (New York: National Economic Research Associates, 2005).

12/16/11

**Exhibit 2**
**Materials Relied Upon**

| Number | Item |
|:------:|------|
| (1) | (2) |

**Legal Documents** *In re CIT Group Inc. Securities Litigation*

1    Consolidated Complaint for Violations of the Federal Securities Laws, Master File No. 1:08-cv-06613-BSJ-THK filed July 16, 2009

2    Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, filed September 11, 2009

3    Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws, filed October 23, 2009

4    Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint, filed November 24, 2009

5    Opinion and Order - Motion to Dismiss, filed June 10, 2010

6    Declaration of Tor Gronborg in Support of Plaintiffs' Motion for Class Certification, executed November 19, 2010

7    Memorandum of Law in Support of Plaintiff's Motion for Class Certification, filed November 19, 2010


**SEC Filings**

8    CIT Group Inc. SEC Forms filed between January 1, 2006 and May 31, 2008

9    Form S-3 Registration Statement under the Securities Act of 1933, retrieved from: http://www.sec.gov/about/forms/forms-3.pdf

10   SEC EDGAR System Filing Detail. CIT Form 10-K filed on 2/29/2008 retrieved from http://www.sec.gov/Archives/edgar/data/1171825/000089109208001339/0000891092-08-001339-index.htm.


**News, Data, and Miscellaneous**

11   Daily price, trading volume, dividend and bid-ask data from FactSet Research Systems, Inc.

12   Earnings call transcripts slides obtained from Dow Jones Factiva

13   Equity coverage data from Thomson Reuters Investext and Reuters Knowledge

14   Institutional holdings data from Thomson Financial

15   News stories from Dow Jones Factiva, Bloomberg Finance L.P., and the internet from December 2006 through March 2008

16   NYSE Bid-Ask Spread for 2004 retrieved from http://www.nyxdata.com/factbook

17   Shares outstanding and insider holdings data from SEC filings

18   Short interest data obtained from Bloomberg Finance L.P.

| Number | Item |
|--------|------|
| **(1)** | **(2)** |

**Analyst Reports**

19 Various company and industry equity analyst reports obtained from Thomson Reuters Investext, Reuters Knowledge, and Counsel.

**Academic Literature and Legal Decisions**

20 Barber, Brad M., Paul A. Griffin, Baruch Lev, "The fraud-on-the-market theory and the indicators of common stock's efficiency," *Journal of Corporation Law* 19, No. 2 (1994): 290

21 *Basic v. Levinson* , 485 U.S. 224, 241, 242, 108 S. Ct. 978, 99 L.Ed.2d. 194 (1988)

22 *Cammer v. Bloom* , 711 F. Supp. 1264, 1280, note 25, 1281, note 11 (D.N.J. 1989)

23 Campbell, John Y., and Albert S. Kyle, "Smart Money, Noise Trading and Stock Price Behavior," *Review of Economic Studies* 60 (1993): 1-34

24 Cornell, Bradford, and James C. Rutten, "Market Efficiency, Crashes, and Securities Litigation," *Tulane Law Review* 81 (2006): 443-471.

25 DeLong, Bradford, Andrei Shleifer, Lawrence H. Summers and Robert J. Waldman, "Positive Feedback Investment Strategies and Destabilizing Rational Expectations," *The Journal of Finance* 45, no. 2 (June 1990): 179-94

26 Dunbar, Frederick C., and Dana Heller, "Fraud on the Market Meets Behavioral Finance," *The Delaware Journal of Corporate Law* 31, No. 2 (2006)

27 Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance* 25 (1970): 383, 388

28 Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance* 46 (1991): 1575, 1575-617

29 *In re PolyMedica Corp. Sec. Litig.* , 432 F.3d 1 (1st Cir. 2005)

30 *In re PolyMedica Corp. Sec. Litig.,* 453 F. Supp. 2d 260 (D. Mass. 2006).

31 *Kaufman v. i-Stat. Corp.* , 754 A.2d 1188, 1198 (N.J. 2000)

32 Kolmogorov, A.N., "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91

33 Kruskal, W. H., and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621

34 Lo, Andrew W., and A. Craig MacKinlay, "Stock Market Prices Do Not Follow Random Walks: Evidence from a Simple Specification Test," *The Review of Financial Studies* 1, no. 1 (1988): 41-46

35 Malkiel, Burton G., "Efficient Market Hypothesis," *New Palgrave Dictionary of Money and Finance* , Vol. 1 (New York, Stockton Press, 1992)

36 Myers, Stewart C., Richard A. Bradley, *Principles of Corporate Finance* (7th ed., McGraw-Hill Companies, 2003), 351

| Number | Item |
|--------|------|
| (1) | (2) |
| 37 | Robinson, Russell, "Fraud-on-the-Market Theory and Thinly-Traded Securities Under Rule 10b-5: How Does a Court Decide if a Stock Market is Efficient?" *Wake Forest L. Rev.* 25 (1990): 223-252 |
| 38 | Ross, Stephen A., Randolph W. Westerfield & Jeffrey Jaffe, *Corporate Finance* (7th ed., Irwin, 2005), 354-357 |
| 39 | Shleifer, Andrei, and Lawrence H. Summers, "The Noise Trader Approach to Finance," *Journal of Economic Perspectives* (Spring 1990): 19-33 |
| 40 | Smirnov, N.V., "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16 |
| 41 | *Unger v. Amedisys, Inc.,* 401 F.3d 316 (5th Cir. 2005) |
| 42 | Van Bergen, Jason, "Introduction To Trading: Momentum Traders," at *Forbes Investopedia.com* , retrieved from: http://www.investopedia.com/articles/trading/02/090302.asp |

**Exhibit 3**
**CIT Group Inc.**
**Common Stock Bid-Ask Spread**
**December 12, 2006 through March 5, 2008**

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 12/12/2006 | $53.41 | $53.44 | $53.42 | $0.02 | 0.04% |
| 12/13/2006 | 53.29 | 53.36 | 53.35 | 0.01 | 0.02% |
| 12/14/2006 | 53.13 | 53.17 | 53.13 | 0.04 | 0.08% |
| 12/15/2006 | 53.69 | 53.70 | 53.69 | 0.01 | 0.02% |
| 12/18/2006 | 53.21 | 53.26 | 53.25 | 0.01 | 0.02% |
| 12/19/2006 | 54.05 | 54.08 | 54.02 | 0.06 | 0.11% |
| 12/20/2006 | 55.32 | 55.31 | 55.30 | 0.01 | 0.02% |
| 12/21/2006 | 55.50 | 55.50 | 55.45 | 0.05 | 0.09% |
| 12/22/2006 | 55.56 | 55.56 | 55.55 | 0.01 | 0.02% |
| 12/26/2006 | 56.12 | 56.22 | 56.13 | 0.09 | 0.16% |
| 12/27/2006 | 56.35 | 56.36 | 56.32 | 0.04 | 0.07% |
| 12/28/2006 | 56.27 | 56.22 | 56.14 | 0.08 | 0.14% |
| 12/29/2006 | 55.77 | 55.78 | 55.77 | 0.01 | 0.02% |
| 1/3/2007 | 56.38 | 56.33 | 56.29 | 0.04 | 0.07% |
| 1/4/2007 | 56.31 | 56.32 | 56.31 | 0.01 | 0.02% |
| 1/5/2007 | 55.91 | 55.93 | 55.92 | 0.01 | 0.02% |
| 1/8/2007 | 56.12 | 56.15 | 56.10 | 0.05 | 0.09% |
| 1/9/2007 | 55.79 | 55.86 | 55.59 | 0.27 | 0.48% |
| 1/10/2007 | 55.94 | 56.00 | 55.97 | 0.03 | 0.05% |
| 1/11/2007 | 56.20 | 56.21 | 56.19 | 0.02 | 0.04% |
| 1/12/2007 | 55.93 | 56.12 | 55.70 | 0.42 | 0.75% |
| 1/16/2007 | 55.64 | 55.64 | 55.60 | 0.04 | 0.07% |
| 1/17/2007 | 56.54 | 56.70 | 56.60 | 0.10 | 0.18% |
| 1/18/2007 | 56.52 | 56.53 | 56.50 | 0.03 | 0.05% |
| 1/19/2007 | 57.10 | 57.24 | 56.80 | 0.44 | 0.77% |
| 1/22/2007 | 57.32 | 57.37 | 57.32 | 0.05 | 0.09% |
| 1/23/2007 | 57.67 | 57.73 | 57.66 | 0.07 | 0.12% |
| 1/24/2007 | 58.02 | 58.03 | 57.93 | 0.10 | 0.17% |
| 1/25/2007 | 58.05 | 58.08 | 58.05 | 0.03 | 0.05% |
| 1/26/2007 | 58.33 | 58.57 | 58.35 | 0.22 | 0.38% |
| 1/29/2007 | 58.08 | 58.10 | 58.09 | 0.01 | 0.02% |
| 1/30/2007 | 57.75 | 57.75 | 57.71 | 0.04 | 0.07% |
| 1/31/2007 | 58.96 | 59.06 | 58.95 | 0.11 | 0.19% |
| 2/1/2007 | 60.06 | 60.01 | 60.00 | 0.01 | 0.02% |
| 2/2/2007 | 60.47 | 60.41 | 60.38 | 0.03 | 0.05% |
| 2/5/2007 | 60.26 | 60.26 | 60.24 | 0.02 | 0.03% |
| 2/6/2007 | 60.92 | 60.91 | 60.89 | 0.02 | 0.03% |
| 2/7/2007 | 61.36 | 63.13 | 61.00 | 2.13 | 3.47% |
| 2/8/2007 | 59.89 | 61.90 | 58.30 | 3.60 | 6.01% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 2/9/2007 | 59.00 | 59.18 | 58.73 | 0.45 | 0.76% |
| 2/12/2007 | 58.90 | 58.93 | 58.85 | 0.08 | 0.14% |
| 2/13/2007 | 59.12 | 59.17 | 59.11 | 0.06 | 0.10% |
| 2/14/2007 | 59.82 | 59.88 | 59.80 | 0.08 | 0.13% |
| 2/15/2007 | 60.20 | 60.22 | 60.21 | 0.01 | 0.02% |
| 2/16/2007 | 59.83 | 59.87 | 59.86 | 0.01 | 0.02% |
| 2/20/2007 | 60.55 | 60.59 | 60.57 | 0.02 | 0.03% |
| 2/21/2007 | 60.34 | 60.44 | 60.35 | 0.09 | 0.15% |
| 2/22/2007 | 59.92 | 59.91 | 59.90 | 0.01 | 0.02% |
| 2/23/2007 | 59.14 | 59.21 | 59.12 | 0.09 | 0.15% |
| 2/26/2007 | 58.48 | 58.49 | 58.48 | 0.01 | 0.02% |
| 2/27/2007 | 56.62 | 56.66 | 56.65 | 0.01 | 0.02% |
| 2/28/2007 | 56.48 | 56.46 | 56.45 | 0.01 | 0.02% |
| 3/1/2007 | 56.30 | 56.24 | 56.23 | 0.01 | 0.02% |
| 3/2/2007 | 55.76 | 55.68 | 55.66 | 0.02 | 0.04% |
| 3/5/2007 | 52.34 | 52.50 | 52.31 | 0.19 | 0.36% |
| 3/6/2007 | 53.68 | 53.63 | 53.62 | 0.01 | 0.02% |
| 3/7/2007 | 53.73 | 53.80 | 53.74 | 0.06 | 0.11% |
| 3/8/2007 | 53.66 | 53.64 | 53.63 | 0.01 | 0.02% |
| 3/9/2007 | 53.69 | 53.67 | 53.63 | 0.04 | 0.07% |
| 3/12/2007 | 53.60 | 53.76 | 53.53 | 0.23 | 0.43% |
| 3/13/2007 | 50.96 | 51.02 | 51.01 | 0.01 | 0.02% |
| 3/14/2007 | 51.17 | 51.17 | 51.16 | 0.01 | 0.02% |
| 3/15/2007 | 52.22 | 52.19 | 52.16 | 0.03 | 0.06% |
| 3/16/2007 | 51.19 | 51.19 | 51.16 | 0.03 | 0.06% |
| 3/19/2007 | 51.35 | 51.44 | 51.34 | 0.10 | 0.19% |
| 3/20/2007 | 51.53 | 51.56 | 51.52 | 0.04 | 0.08% |
| 3/21/2007 | 53.56 | 53.60 | 53.49 | 0.11 | 0.21% |
| 3/22/2007 | 53.32 | 53.37 | 53.36 | 0.01 | 0.02% |
| 3/23/2007 | 53.69 | 53.74 | 53.73 | 0.01 | 0.02% |
| 3/26/2007 | 53.51 | 53.55 | 53.52 | 0.03 | 0.06% |
| 3/27/2007 | 53.29 | 53.27 | 53.25 | 0.02 | 0.04% |
| 3/28/2007 | 52.51 | 52.48 | 52.47 | 0.01 | 0.02% |
| 3/29/2007 | 53.21 | 53.16 | 53.15 | 0.01 | 0.02% |
| 3/30/2007 | 52.92 | 52.86 | 52.85 | 0.01 | 0.02% |
| 4/2/2007 | 53.31 | 53.19 | 53.25 | -0.06 | -0.11% |
| 4/3/2007 | 53.88 | 53.90 | 53.76 | 0.14 | 0.26% |
| 4/4/2007 | 54.08 | 54.05 | 54.01 | 0.04 | 0.07% |
| 4/5/2007 | 54.10 | 54.08 | 54.07 | 0.01 | 0.02% |
| 4/9/2007 | 53.94 | 53.96 | 53.92 | 0.04 | 0.07% |
| 4/10/2007 | 53.54 | 53.61 | 53.58 | 0.03 | 0.06% |
| 4/11/2007 | 52.80 | 52.81 | 52.79 | 0.02 | 0.04% |
| 4/12/2007 | 52.91 | 52.96 | 52.95 | 0.01 | 0.02% |
| 4/13/2007 | 52.99 | 53.01 | 52.99 | 0.02 | 0.04% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
|  |  |  |  | (3) - (4) | (5) / (2) |
| 4/16/2007 | 55.62 | 55.59 | 55.57 | 0.02 | 0.04% |
| 4/17/2007 | 55.15 | 54.93 | 55.16 | -0.23 | -0.42% |
| 4/18/2007 | 56.97 | 59.69 | 56.89 | 2.80 | 4.91% |
| 4/19/2007 | 57.87 | 57.84 | 57.83 | 0.01 | 0.02% |
| 4/20/2007 | 58.27 | 58.30 | 58.28 | 0.02 | 0.03% |
| 4/23/2007 | 58.31 | 59.21 | 58.31 | 0.90 | 1.54% |
| 4/24/2007 | 58.67 | 58.69 | 58.68 | 0.01 | 0.02% |
| 4/25/2007 | 59.35 | 60.25 | 58.81 | 1.44 | 2.43% |
| 4/26/2007 | 60.02 | 60.04 | 60.03 | 0.01 | 0.02% |
| 4/27/2007 | 60.40 | 60.41 | 60.40 | 0.01 | 0.02% |
| 4/30/2007 | 59.65 | 59.62 | 59.61 | 0.01 | 0.02% |
| 5/1/2007 | 60.15 | 60.12 | 60.10 | 0.02 | 0.03% |
| 5/2/2007 | 60.12 | 60.07 | 60.04 | 0.03 | 0.05% |
| 5/3/2007 | 59.71 | 59.74 | 59.72 | 0.02 | 0.03% |
| 5/4/2007 | 59.90 | 59.94 | 59.91 | 0.03 | 0.05% |
| 5/7/2007 | 60.43 | 60.50 | 60.48 | 0.02 | 0.03% |
| 5/8/2007 | 60.22 | 60.18 | 60.14 | 0.04 | 0.07% |
| 5/9/2007 | 60.98 | 60.98 | 60.93 | 0.05 | 0.08% |
| 5/10/2007 | 59.20 | 59.29 | 59.00 | 0.29 | 0.49% |
| 5/11/2007 | 59.83 | 60.39 | 59.03 | 1.36 | 2.27% |
| 5/14/2007 | 59.19 | 59.20 | 59.15 | 0.05 | 0.08% |
| 5/15/2007 | 59.03 | 59.11 | 59.07 | 0.04 | 0.07% |
| 5/16/2007 | 59.90 | 59.88 | 59.87 | 0.01 | 0.02% |
| 5/17/2007 | 59.87 | 60.03 | 59.83 | 0.20 | 0.33% |
| 5/18/2007 | 59.80 | 59.75 | 59.68 | 0.07 | 0.12% |
| 5/21/2007 | 60.10 | 60.04 | 60.03 | 0.01 | 0.02% |
| 5/22/2007 | 60.43 | 60.41 | 60.39 | 0.02 | 0.03% |
| 5/23/2007 | 59.94 | 59.93 | 59.24 | 0.69 | 1.15% |
| 5/24/2007 | 59.56 | 59.63 | 59.59 | 0.04 | 0.07% |
| 5/25/2007 | 59.39 | 59.45 | 59.41 | 0.04 | 0.07% |
| 5/29/2007 | 59.43 | 59.41 | 59.39 | 0.02 | 0.03% |
| 5/30/2007 | 59.94 | 60.00 | 59.93 | 0.07 | 0.12% |
| 5/31/2007 | 59.93 | 60.10 | 59.87 | 0.23 | 0.38% |
| 6/1/2007 | 61.11 | 61.17 | 61.12 | 0.05 | 0.08% |
| 6/4/2007 | 61.16 | 61.15 | 61.14 | 0.01 | 0.02% |
| 6/5/2007 | 61.13 | 61.17 | 61.13 | 0.04 | 0.07% |
| 6/6/2007 | 60.24 | 61.13 | 59.56 | 1.57 | 2.61% |
| 6/7/2007 | 59.25 | 60.26 | 58.59 | 1.67 | 2.82% |
| 6/8/2007 | 59.50 | 59.45 | 59.40 | 0.05 | 0.08% |
| 6/11/2007 | 59.18 | 60.05 | 58.27 | 1.78 | 3.01% |
| 6/12/2007 | 58.17 | 58.23 | 58.22 | 0.01 | 0.02% |
| 6/13/2007 | 58.54 | 58.50 | 58.46 | 0.04 | 0.07% |
| 6/14/2007 | 58.17 | 58.17 | 58.16 | 0.01 | 0.02% |
| 6/15/2007 | 58.08 | 58.02 | 57.99 | 0.03 | 0.05% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 6/18/2007 | 57.61 | 58.26 | 57.01 | 1.25 | 2.17% |
| 6/19/2007 | 57.65 | 57.70 | 57.65 | 0.05 | 0.09% |
| 6/20/2007 | 56.56 | 56.67 | 56.64 | 0.03 | 0.05% |
| 6/21/2007 | 57.23 | 57.21 | 57.18 | 0.03 | 0.05% |
| 6/22/2007 | 55.78 | 55.87 | 55.85 | 0.02 | 0.04% |
| 6/25/2007 | 55.35 | 55.41 | 55.39 | 0.02 | 0.04% |
| 6/26/2007 | 55.10 | 55.21 | 55.18 | 0.03 | 0.05% |
| 6/27/2007 | 54.98 | 55.08 | 55.06 | 0.02 | 0.04% |
| 6/28/2007 | 55.50 | 55.63 | 55.44 | 0.19 | 0.34% |
| 6/29/2007 | 54.83 | 54.82 | 54.79 | 0.03 | 0.05% |
| 7/2/2007 | 55.96 | 55.92 | 55.87 | 0.05 | 0.09% |
| 7/3/2007 | 56.74 | 57.61 | 55.82 | 1.79 | 3.15% |
| 7/5/2007 | 55.81 | 55.79 | 55.77 | 0.02 | 0.04% |
| 7/6/2007 | 55.72 | 55.76 | 55.74 | 0.02 | 0.04% |
| 7/9/2007 | 57.63 | 57.56 | 57.54 | 0.02 | 0.03% |
| 7/10/2007 | 55.32 | 55.40 | 55.36 | 0.04 | 0.07% |
| 7/11/2007 | 55.41 | 56.01 | 55.39 | 0.62 | 1.12% |
| 7/12/2007 | 56.80 | 56.76 | 56.72 | 0.04 | 0.07% |
| 7/13/2007 | 54.88 | 54.91 | 54.80 | 0.11 | 0.20% |
| 7/16/2007 | 55.19 | 55.19 | 55.17 | 0.02 | 0.04% |
| 7/17/2007 | 55.43 | 55.39 | 55.05 | 0.34 | 0.61% |
| 7/18/2007 | 49.17 | 49.30 | 49.28 | 0.02 | 0.04% |
| 7/19/2007 | 48.55 | 48.51 | 48.46 | 0.05 | 0.10% |
| 7/20/2007 | 46.95 | 46.97 | 46.96 | 0.01 | 0.02% |
| 7/23/2007 | 46.66 | 46.85 | 46.35 | 0.50 | 1.07% |
| 7/24/2007 | 44.85 | 45.10 | 44.50 | 0.60 | 1.34% |
| 7/25/2007 | 44.79 | 44.84 | 44.80 | 0.04 | 0.09% |
| 7/26/2007 | 43.47 | 43.51 | 43.50 | 0.01 | 0.02% |
| 7/27/2007 | 42.23 | 42.27 | 42.25 | 0.02 | 0.05% |
| 7/30/2007 | 41.82 | 41.75 | 41.74 | 0.01 | 0.02% |
| 7/31/2007 | 41.18 | 41.26 | 41.23 | 0.03 | 0.07% |
| 8/1/2007 | 40.00 | 39.98 | 39.96 | 0.02 | 0.05% |
| 8/2/2007 | 38.55 | 39.37 | 38.00 | 1.37 | 3.55% |
| 8/3/2007 | 36.68 | 36.77 | 36.75 | 0.02 | 0.05% |
| 8/6/2007 | 34.38 | 34.33 | 34.30 | 0.03 | 0.09% |
| 8/7/2007 | 33.60 | 33.95 | 33.57 | 0.38 | 1.13% |
| 8/8/2007 | 37.22 | 38.80 | 35.85 | 2.95 | 7.93% |
| 8/9/2007 | 34.81 | 34.87 | 34.50 | 0.37 | 1.06% |
| 8/10/2007 | 34.29 | 34.42 | 34.40 | 0.02 | 0.06% |
| 8/13/2007 | 35.86 | 35.84 | 35.79 | 0.05 | 0.14% |
| 8/14/2007 | 34.06 | 34.11 | 34.09 | 0.02 | 0.06% |
| 8/15/2007 | 33.80 | 33.85 | 33.81 | 0.04 | 0.12% |
| 8/16/2007 | 33.28 | 33.27 | 33.18 | 0.09 | 0.27% |
| 8/17/2007 | 34.80 | 34.84 | 34.83 | 0.01 | 0.03% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 8/20/2007 | 34.03 | 34.02 | 34.00 | 0.02 | 0.06% |
| 8/21/2007 | 35.05 | 35.01 | 35.00 | 0.01 | 0.03% |
| 8/22/2007 | 37.56 | 37.55 | 37.38 | 0.17 | 0.45% |
| 8/23/2007 | 37.37 | 37.37 | 37.34 | 0.03 | 0.08% |
| 8/24/2007 | 37.85 | 37.90 | 37.87 | 0.03 | 0.08% |
| 8/27/2007 | 37.20 | 37.21 | 37.20 | 0.01 | 0.03% |
| 8/28/2007 | 36.46 | 36.58 | 36.56 | 0.02 | 0.05% |
| 8/29/2007 | 36.93 | 37.08 | 36.68 | 0.40 | 1.08% |
| 8/30/2007 | 36.89 | 37.01 | 36.97 | 0.04 | 0.11% |
| 8/31/2007 | 37.57 | 37.58 | 37.57 | 0.01 | 0.03% |
| 9/4/2007 | 38.01 | 38.05 | 38.04 | 0.01 | 0.03% |
| 9/5/2007 | 36.58 | 36.60 | 36.59 | 0.01 | 0.03% |
| 9/6/2007 | 36.48 | 36.45 | 36.44 | 0.01 | 0.03% |
| 9/7/2007 | 35.65 | 35.70 | 35.50 | 0.20 | 0.56% |
| 9/10/2007 | 36.02 | 36.04 | 36.02 | 0.02 | 0.06% |
| 9/11/2007 | 36.70 | 36.69 | 36.67 | 0.02 | 0.05% |
| 9/12/2007 | 36.46 | 36.80 | 36.00 | 0.80 | 2.19% |
| 9/13/2007 | 37.40 | 37.46 | 37.44 | 0.02 | 0.05% |
| 9/14/2007 | 38.33 | 38.31 | 38.14 | 0.17 | 0.44% |
| 9/17/2007 | 38.02 | 38.00 | 37.99 | 0.01 | 0.03% |
| 9/18/2007 | 40.83 | 40.83 | 40.82 | 0.01 | 0.02% |
| 9/19/2007 | 41.89 | 42.47 | 41.45 | 1.02 | 2.43% |
| 9/20/2007 | 40.43 | 40.49 | 40.44 | 0.05 | 0.12% |
| 9/21/2007 | 40.02 | 40.71 | 39.93 | 0.78 | 1.95% |
| 9/24/2007 | 38.55 | 38.56 | 38.55 | 0.01 | 0.03% |
| 9/25/2007 | 38.92 | 38.93 | 38.93 | 0.00 | 0.00% |
| 9/26/2007 | 40.25 | 40.21 | 40.19 | 0.02 | 0.05% |
| 9/27/2007 | 40.10 | 40.30 | 40.11 | 0.19 | 0.47% |
| 9/28/2007 | 40.20 | 40.20 | 40.16 | 0.04 | 0.10% |
| 10/1/2007 | 41.26 | 41.24 | 41.20 | 0.04 | 0.10% |
| 10/2/2007 | 41.05 | 41.00 | 40.96 | 0.04 | 0.10% |
| 10/3/2007 | 40.48 | 40.49 | 40.49 | 0.00 | 0.00% |
| 10/4/2007 | 40.47 | 40.56 | 40.36 | 0.20 | 0.49% |
| 10/5/2007 | 41.85 | 41.73 | 41.72 | 0.01 | 0.02% |
| 10/8/2007 | 40.27 | 40.32 | 40.30 | 0.02 | 0.05% |
| 10/9/2007 | 39.94 | 40.01 | 39.89 | 0.12 | 0.30% |
| 10/10/2007 | 39.31 | 39.35 | 39.10 | 0.25 | 0.64% |
| 10/11/2007 | 39.92 | 39.99 | 39.90 | 0.09 | 0.23% |
| 10/12/2007 | 40.35 | 40.32 | 40.28 | 0.04 | 0.10% |
| 10/15/2007 | 38.98 | 39.05 | 39.03 | 0.02 | 0.05% |
| 10/16/2007 | 37.12 | 37.34 | 37.01 | 0.33 | 0.89% |
| 10/17/2007 | 34.98 | 34.78 | 34.68 | 0.10 | 0.29% |
| 10/18/2007 | 34.95 | 34.97 | 34.96 | 0.01 | 0.03% |
| 10/19/2007 | 34.29 | 34.34 | 34.25 | 0.09 | 0.26% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 10/22/2007 | 35.00 | 35.10 | 35.09 | 0.01 | 0.03% |
| 10/23/2007 | 34.45 | 34.33 | 34.32 | 0.01 | 0.03% |
| 10/24/2007 | 34.15 | 34.10 | 34.08 | 0.02 | 0.06% |
| 10/25/2007 | 32.96 | 33.00 | 33.00 | 0.00 | 0.00% |
| 10/26/2007 | 34.26 | 34.29 | 34.28 | 0.01 | 0.03% |
| 10/29/2007 | 34.97 | 35.01 | 35.00 | 0.01 | 0.03% |
| 10/30/2007 | 35.06 | 35.07 | 35.04 | 0.03 | 0.09% |
| 10/31/2007 | 35.24 | 35.21 | 34.99 | 0.22 | 0.62% |
| 11/1/2007 | 33.21 | 33.14 | 33.11 | 0.03 | 0.09% |
| 11/2/2007 | 32.01 | 32.05 | 32.01 | 0.04 | 0.12% |
| 11/5/2007 | 30.60 | 31.51 | 30.60 | 0.91 | 2.97% |
| 11/6/2007 | 31.87 | 31.83 | 31.81 | 0.02 | 0.06% |
| 11/7/2007 | 29.12 | 29.08 | 29.04 | 0.04 | 0.14% |
| 11/8/2007 | 30.79 | 30.76 | 30.75 | 0.01 | 0.03% |
| 11/9/2007 | 30.56 | 30.66 | 30.65 | 0.01 | 0.03% |
| 11/12/2007 | 30.46 | 30.45 | 30.42 | 0.03 | 0.10% |
| 11/13/2007 | 31.53 | 31.53 | 31.49 | 0.04 | 0.13% |
| 11/14/2007 | 31.65 | 32.20 | 31.67 | 0.53 | 1.67% |
| 11/15/2007 | 30.00 | 30.06 | 30.04 | 0.02 | 0.07% |
| 11/16/2007 | 29.52 | 29.54 | 29.53 | 0.01 | 0.03% |
| 11/19/2007 | 27.88 | 27.92 | 27.85 | 0.07 | 0.25% |
| 11/20/2007 | 25.60 | 25.61 | 25.60 | 0.01 | 0.04% |
| 11/21/2007 | 23.84 | 24.00 | 23.70 | 0.30 | 1.26% |
| 11/23/2007 | 28.46 | 28.58 | 28.00 | 0.58 | 2.04% |
| 11/26/2007 | 23.74 | 23.75 | 23.71 | 0.04 | 0.17% |
| 11/27/2007 | 24.47 | 24.44 | 24.40 | 0.04 | 0.16% |
| 11/28/2007 | 26.24 | 26.23 | 26.20 | 0.03 | 0.11% |
| 11/29/2007 | 24.00 | 24.02 | 24.01 | 0.01 | 0.04% |
| 11/30/2007 | 26.60 | 26.67 | 26.63 | 0.04 | 0.15% |
| 12/3/2007 | 26.43 | 26.51 | 26.40 | 0.11 | 0.42% |
| 12/4/2007 | 24.93 | 24.92 | 24.88 | 0.04 | 0.16% |
| 12/5/2007 | 25.36 | 25.35 | 25.32 | 0.03 | 0.12% |
| 12/6/2007 | 27.75 | 27.75 | 27.72 | 0.03 | 0.11% |
| 12/7/2007 | 27.65 | 27.62 | 27.60 | 0.02 | 0.07% |
| 12/10/2007 | 29.40 | 29.43 | 29.41 | 0.02 | 0.07% |
| 12/11/2007 | 26.03 | 26.67 | 26.04 | 0.63 | 2.42% |
| 12/12/2007 | 25.84 | 25.88 | 25.86 | 0.02 | 0.08% |
| 12/13/2007 | 25.96 | 25.93 | 25.92 | 0.01 | 0.04% |
| 12/14/2007 | 24.75 | 24.79 | 24.78 | 0.01 | 0.04% |
| 12/17/2007 | 24.93 | 24.94 | 24.93 | 0.01 | 0.04% |
| 12/18/2007 | 24.49 | 24.45 | 24.43 | 0.02 | 0.08% |
| 12/19/2007 | 23.52 | 23.55 | 23.50 | 0.05 | 0.21% |
| 12/20/2007 | 22.76 | 22.80 | 22.78 | 0.02 | 0.09% |
| 12/21/2007 | 23.78 | 23.78 | 23.76 | 0.02 | 0.08% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 12/24/2007 | 24.68 | 24.81 | 22.85 | 1.96 | 7.94% |
| 12/26/2007 | 24.39 | 24.40 | 24.39 | 0.01 | 0.04% |
| 12/27/2007 | 23.86 | 23.91 | 23.88 | 0.03 | 0.13% |
| 12/28/2007 | 23.37 | 23.41 | 23.37 | 0.04 | 0.17% |
| 12/31/2007 | 24.03 | 24.00 | 23.99 | 0.01 | 0.04% |
| 1/2/2008 | 23.84 | 23.87 | 23.84 | 0.03 | 0.13% |
| 1/3/2008 | 23.26 | 23.26 | 23.25 | 0.01 | 0.04% |
| 1/4/2008 | 21.99 | 22.03 | 21.99 | 0.04 | 0.18% |
| 1/7/2008 | 22.42 | 22.48 | 22.40 | 0.08 | 0.36% |
| 1/8/2008 | 20.00 | 20.01 | 20.00 | 0.01 | 0.05% |
| 1/9/2008 | 21.22 | 21.13 | 21.09 | 0.04 | 0.19% |
| 1/10/2008 | 22.52 | 22.54 | 22.42 | 0.12 | 0.53% |
| 1/11/2008 | 24.52 | 24.58 | 24.40 | 0.18 | 0.73% |
| 1/14/2008 | 23.60 | 23.59 | 23.56 | 0.03 | 0.13% |
| 1/15/2008 | 21.43 | 21.51 | 21.50 | 0.01 | 0.05% |
| 1/16/2008 | 23.11 | 23.08 | 23.07 | 0.01 | 0.04% |
| 1/17/2008 | 21.15 | 21.27 | 21.25 | 0.02 | 0.09% |
| 1/18/2008 | 20.77 | 20.83 | 20.81 | 0.02 | 0.10% |
| 1/22/2008 | 21.25 | 21.29 | 21.26 | 0.03 | 0.14% |
| 1/23/2008 | 25.62 | 25.94 | 25.14 | 0.80 | 3.12% |
| 1/24/2008 | 24.14 | 24.17 | 24.16 | 0.01 | 0.04% |
| 1/25/2008 | 24.05 | 24.01 | 23.99 | 0.02 | 0.08% |
| 1/28/2008 | 25.60 | 25.60 | 25.59 | 0.01 | 0.04% |
| 1/29/2008 | 26.14 | 26.10 | 25.99 | 0.11 | 0.42% |
| 1/30/2008 | 26.03 | 25.94 | 25.92 | 0.02 | 0.08% |
| 1/31/2008 | 27.81 | 27.90 | 27.06 | 0.84 | 3.02% |
| 2/1/2008 | 30.68 | 30.66 | 30.59 | 0.07 | 0.23% |
| 2/4/2008 | 27.65 | 27.65 | 27.64 | 0.01 | 0.04% |
| 2/5/2008 | 25.36 | 25.46 | 25.43 | 0.03 | 0.12% |
| 2/6/2008 | 25.79 | 26.01 | 25.37 | 0.64 | 2.48% |
| 2/7/2008 | 25.97 | 25.92 | 25.90 | 0.02 | 0.08% |
| 2/8/2008 | 24.50 | 24.48 | 24.47 | 0.01 | 0.04% |
| 2/11/2008 | 25.01 | 25.11 | 25.07 | 0.04 | 0.16% |
| 2/12/2008 | 25.64 | 25.72 | 25.49 | 0.23 | 0.90% |
| 2/13/2008 | 25.42 | 25.40 | 25.29 | 0.11 | 0.43% |
| 2/14/2008 | 23.92 | 24.00 | 23.99 | 0.01 | 0.04% |
| 2/15/2008 | 24.20 | 24.36 | 24.11 | 0.25 | 1.03% |
| 2/19/2008 | 24.16 | 24.20 | 24.17 | 0.03 | 0.12% |
| 2/20/2008 | 25.13 | 25.12 | 25.08 | 0.04 | 0.16% |
| 2/21/2008 | 23.82 | 24.40 | 23.84 | 0.56 | 2.35% |
| 2/22/2008 | 24.73 | 24.64 | 24.61 | 0.03 | 0.12% |
| 2/25/2008 | 25.39 | 25.34 | 25.33 | 0.01 | 0.04% |
| 2/26/2008 | 25.41 | 25.39 | 25.38 | 0.01 | 0.04% |
| 2/27/2008 | 25.41 | 25.51 | 25.27 | 0.24 | 0.94% |

| Date | Closing Price | Ask Price[1] | Bid Price[1] | Bid-Ask Spread | Bid-Ask Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (3) - (4) | (5) / (2) |
| 2/28/2008 | 24.43 | 24.47 | 24.45 | 0.02 | 0.08% |
| 2/29/2008 | 22.22 | 22.48 | 22.11 | 0.37 | 1.67% |
| 3/3/2008 | 21.27 | 21.30 | 21.28 | 0.02 | 0.09% |
| 3/4/2008 | 20.57 | 20.61 | 20.58 | 0.03 | 0.15% |
| 3/5/2008 | 20.36 | 20.40 | 20.36 | 0.04 | 0.20% |
| | | | Average | 0.17 | 0.41% |
| | | | Median | 0.03 | 0.07% |
| | | | Minimum | -0.23 | -0.42% |
| | | | Maximum | 3.60 | 7.94% |

**Notes and Sources:**

Common stock data obtained from FactSet Research Systems, Inc.

[1] The bid and ask prices are as of 4:00 PM EST.

**Exhibit 4**
**CIT Group Inc.**
**Common Stock**
**Summary of Market Models Using S&P 500 Total Return Index[1]**
**Using a Rolling Estimation Period of Prior 252 Trading Days[2]**
**December 12, 2006 through March 6, 2008**

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (t-stat)[3] | S&P 500 Total Return Index Coefficient (t-stat)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 12/12/2006 | 12/12/2005 | 12/11/2006 | 0.00 (-0.40) | 1.10 (8.25) | ** | 0.21 | 0.21 | 0.01 |
| 12/13/2006 | 12/13/2005 | 12/12/2006 | 0.00 (-0.38) | 1.10 (8.24) | ** | 0.21 | 0.21 | 0.01 |
| 12/14/2006 | 12/14/2005 | 12/13/2006 | 0.00 (-0.33) | 1.11 (8.31) | ** | 0.22 | 0.21 | 0.01 |
| 12/15/2006 | 12/15/2005 | 12/14/2006 | 0.00 (-0.48) | 1.09 (8.23) | ** | 0.21 | 0.21 | 0.01 |
| 12/18/2006 | 12/16/2005 | 12/15/2006 | 0.00 (-0.47) | 1.09 (8.23) | ** | 0.21 | 0.21 | 0.01 |
| 12/19/2006 | 12/19/2005 | 12/18/2006 | 0.00 (-0.54) | 1.10 (8.28) | ** | 0.22 | 0.21 | 0.01 |
| 12/20/2006 | 12/20/2005 | 12/19/2006 | 0.00 (-0.44) | 1.09 (8.24) | ** | 0.21 | 0.21 | 0.01 |
| 12/21/2006 | 12/21/2005 | 12/20/2006 | 0.00 (-0.31) | 1.09 (8.14) | ** | 0.21 | 0.20 | 0.01 |
| 12/22/2006 | 12/22/2005 | 12/21/2006 | 0.00 (-0.30) | 1.08 (8.12) | ** | 0.21 | 0.20 | 0.01 |
| 12/26/2006 | 12/23/2005 | 12/22/2006 | 0.00 (-0.29) | 1.08 (8.08) | ** | 0.21 | 0.20 | 0.01 |
| 12/27/2006 | 12/27/2005 | 12/26/2006 | 0.00 (-0.28) | 1.08 (8.10) | ** | 0.21 | 0.20 | 0.01 |
| 12/28/2006 | 12/28/2005 | 12/27/2006 | 0.00 (-0.27) | 1.07 (8.03) | ** | 0.20 | 0.20 | 0.01 |
| 12/29/2006 | 12/29/2005 | 12/28/2006 | 0.00 (-0.26) | 1.07 (8.03) | ** | 0.21 | 0.20 | 0.01 |
| 1/3/2007 | 12/30/2005 | 12/29/2006 | 0.00 (-0.28) | 1.08 (8.05) | ** | 0.21 | 0.20 | 0.01 |
| 1/4/2007 | 1/3/2006 | 1/3/2007 | 0.00 (-0.26) | 1.08 (8.05) | ** | 0.21 | 0.20 | 0.01 |
| 1/5/2007 | 1/4/2006 | 1/4/2007 | 0.00 (-0.27) | 1.08 (7.96) | ** | 0.20 | 0.20 | 0.01 |
| 1/8/2007 | 1/5/2006 | 1/5/2007 | 0.00 (-0.20) | 1.09 (8.04) | ** | 0.21 | 0.20 | 0.01 |
| 1/9/2007 | 1/6/2006 | 1/8/2007 | 0.00 (-0.17) | 1.09 (8.04) | ** | 0.21 | 0.20 | 0.01 |
| 1/10/2007 | 1/9/2006 | 1/9/2007 | 0.00 (-0.19) | 1.09 (8.02) | ** | 0.20 | 0.20 | 0.01 |
| 1/11/2007 | 1/10/2006 | 1/10/2007 | 0.00 (-0.20) | 1.09 (8.01) | ** | 0.20 | 0.20 | 0.01 |
| 1/12/2007 | 1/11/2006 | 1/11/2007 | 0.00 (-0.38) | 1.09 (8.15) | ** | 0.21 | 0.20 | 0.01 |
| 1/16/2007 | 1/12/2006 | 1/12/2007 | 0.00 (-0.37) | 1.09 (8.15) | ** | 0.21 | 0.20 | 0.01 |
| 1/17/2007 | 1/13/2006 | 1/16/2007 | 0.00 (-0.46) | 1.10 (8.20) | ** | 0.21 | 0.21 | 0.01 |
| 1/18/2007 | 1/17/2006 | 1/17/2007 | 0.00 (-0.35) | 1.09 (8.16) | ** | 0.21 | 0.20 | 0.01 |
| 1/19/2007 | 1/18/2006 | 1/18/2007 | 0.00 (-0.26) | 1.09 (8.12) | ** | 0.21 | 0.20 | 0.01 |
| 1/22/2007 | 1/19/2006 | 1/19/2007 | 0.00 (-0.10) | 1.08 (8.10) | ** | 0.21 | 0.20 | 0.01 |
| 1/23/2007 | 1/20/2006 | 1/22/2007 | 0.00 (-0.02) | 1.07 (8.08) | ** | 0.21 | 0.20 | 0.01 |
| 1/24/2007 | 1/23/2006 | 1/23/2007 | 0.00 (-0.30) | 1.17 (8.83) | ** | 0.24 | 0.23 | 0.01 |
| 1/25/2007 | 1/24/2006 | 1/24/2007 | 0.00 (-0.25) | 1.17 (8.86) | ** | 0.24 | 0.23 | 0.01 |
| 1/26/2007 | 1/25/2006 | 1/25/2007 | 0.00 (-0.19) | 1.15 (8.77) | ** | 0.24 | 0.23 | 0.01 |
| 1/29/2007 | 1/26/2006 | 1/26/2007 | 0.00 (-0.18) | 1.15 (8.77) | ** | 0.24 | 0.23 | 0.01 |
| 1/30/2007 | 1/27/2006 | 1/29/2007 | 0.00 (-0.16) | 1.15 (8.81) | ** | 0.24 | 0.23 | 0.01 |
| 1/31/2007 | 1/30/2006 | 1/30/2007 | 0.00 (-0.24) | 1.14 (8.70) | ** | 0.23 | 0.23 | 0.01 |
| 2/1/2007 | 1/31/2006 | 1/31/2007 | 0.00 (-0.22) | 1.15 (8.76) | ** | 0.23 | 0.23 | 0.01 |
| 2/2/2007 | 2/1/2006 | 2/1/2007 | 0.00 (-0.14) | 1.15 (8.78) | ** | 0.24 | 0.23 | 0.01 |
| 2/5/2007 | 2/2/2006 | 2/2/2007 | 0.00 (-0.03) | 1.16 (8.84) | ** | 0.24 | 0.23 | 0.01 |
| 2/6/2007 | 2/3/2006 | 2/5/2007 | 0.00 (-0.11) | 1.17 (8.91) | ** | 0.24 | 0.24 | 0.01 |
| 2/7/2007 | 2/6/2006 | 2/6/2007 | 0.00 (-0.04) | 1.17 (8.87) | ** | 0.24 | 0.23 | 0.01 |
| 2/8/2007 | 2/7/2006 | 2/7/2007 | 0.00 (-0.01) | 1.17 (8.88) | ** | 0.24 | 0.23 | 0.01 |
| 2/9/2007 | 2/8/2006 | 2/8/2007 | 0.00 (-0.16) | 1.18 (8.87) | ** | 0.24 | 0.23 | 0.01 |
| 2/12/2007 | 2/9/2006 | 2/9/2007 | 0.00 (-0.12) | 1.20 (9.05) | ** | 0.25 | 0.24 | 0.01 |
| 2/13/2007 | 2/10/2006 | 2/12/2007 | 0.00 (-0.19) | 1.20 (9.11) | ** | 0.25 | 0.24 | 0.01 |
| 2/14/2007 | 2/13/2006 | 2/13/2007 | 0.00 (-0.17) | 1.20 (9.13) | ** | 0.25 | 0.24 | 0.01 |
| 2/15/2007 | 2/14/2006 | 2/14/2007 | 0.00 (-0.17) | 1.21 (9.17) | ** | 0.25 | 0.25 | 0.01 |
| 2/16/2007 | 2/15/2006 | 2/15/2007 | 0.00 (-0.18) | 1.20 (9.07) | ** | 0.25 | 0.24 | 0.01 |
| 2/20/2007 | 2/16/2006 | 2/16/2007 | 0.00 (-0.19) | 1.20 (9.08) | ** | 0.25 | 0.24 | 0.01 |
| 2/21/2007 | 2/17/2006 | 2/20/2007 | 0.00 (-0.20) | 1.19 (9.02) | ** | 0.25 | 0.24 | 0.01 |
| 2/22/2007 | 2/21/2006 | 2/21/2007 | 0.00 (-0.18) | 1.19 (9.01) | ** | 0.25 | 0.24 | 0.01 |
| 2/23/2007 | 2/22/2006 | 2/22/2007 | 0.00 (-0.25) | 1.20 (9.04) | ** | 0.25 | 0.24 | 0.01 |
| 2/26/2007 | 2/23/2006 | 2/23/2007 | 0.00 (-0.31) | 1.20 (9.03) | ** | 0.25 | 0.24 | 0.01 |
| 2/27/2007 | 2/24/2006 | 2/26/2007 | 0.00 (-0.32) | 1.20 (9.01) | ** | 0.25 | 0.24 | 0.01 |
| 2/28/2007 | 2/27/2006 | 2/27/2007 | 0.00 (-0.23) | 1.16 (9.33) | ** | 0.26 | 0.25 | 0.01 |
| 3/1/2007 | 2/28/2006 | 2/28/2007 | 0.00 (-0.28) | 1.16 (9.29) | ** | 0.26 | 0.25 | 0.01 |

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (t-stat)[3] | S&P 500 Total Return Index Coefficient (t-stat)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 3/2/2007 | 3/1/2006 | 3/1/2007 | 0.00 (-0.33) | 1.17 (9.33) | ** | 0.26 | 0.25 | 0.01 |
| 3/5/2007 | 3/2/2006 | 3/2/2007 | 0.00 (-0.28) | 1.17 (9.36) | ** | 0.26 | 0.25 | 0.01 |
| 3/6/2007 | 3/3/2006 | 3/5/2007 | 0.00 (-0.56) | 1.22 (9.49) | ** | 0.26 | 0.26 | 0.01 |
| 3/7/2007 | 3/6/2006 | 3/6/2007 | 0.00 (-0.52) | 1.23 (9.66) | ** | 0.27 | 0.27 | 0.01 |
| 3/8/2007 | 3/7/2006 | 3/7/2007 | 0.00 (-0.52) | 1.23 (9.65) | ** | 0.27 | 0.27 | 0.01 |
| 3/9/2007 | 3/8/2006 | 3/8/2007 | 0.00 (-0.58) | 1.22 (9.61) | ** | 0.27 | 0.26 | 0.01 |
| 3/12/2007 | 3/9/2006 | 3/9/2007 | 0.00 (-0.56) | 1.22 (9.62) | ** | 0.27 | 0.26 | 0.01 |
| 3/13/2007 | 3/10/2006 | 3/12/2007 | 0.00 (-0.63) | 1.23 (9.65) | ** | 0.27 | 0.27 | 0.01 |
| 3/14/2007 | 3/13/2006 | 3/13/2007 | 0.00 (-0.77) | 1.27 (10.12) | ** | 0.29 | 0.28 | 0.01 |
| 3/15/2007 | 3/14/2006 | 3/14/2007 | 0.00 (-0.76) | 1.27 (10.13) | ** | 0.29 | 0.29 | 0.01 |
| 3/16/2007 | 3/15/2006 | 3/15/2007 | 0.00 (-0.66) | 1.28 (10.14) | ** | 0.29 | 0.29 | 0.01 |
| 3/19/2007 | 3/16/2006 | 3/16/2007 | 0.00 (-0.74) | 1.29 (10.15) | ** | 0.29 | 0.29 | 0.01 |
| 3/20/2007 | 3/17/2006 | 3/19/2007 | 0.00 (-0.80) | 1.28 (10.11) | ** | 0.29 | 0.28 | 0.01 |
| 3/21/2007 | 3/20/2006 | 3/20/2007 | 0.00 (-0.77) | 1.27 (10.13) | ** | 0.29 | 0.29 | 0.01 |
| 3/22/2007 | 3/21/2006 | 3/21/2007 | 0.00 (-0.69) | 1.30 (10.42) | ** | 0.30 | 0.30 | 0.01 |
| 3/23/2007 | 3/22/2006 | 3/22/2007 | 0.00 (-0.72) | 1.30 (10.41) | ** | 0.30 | 0.30 | 0.01 |
| 3/26/2007 | 3/23/2006 | 3/23/2007 | 0.00 (-0.67) | 1.30 (10.42) | ** | 0.30 | 0.30 | 0.01 |
| 3/27/2007 | 3/24/2006 | 3/26/2007 | 0.00 (-0.67) | 1.30 (10.41) | ** | 0.30 | 0.30 | 0.01 |
| 3/28/2007 | 3/27/2006 | 3/27/2007 | 0.00 (-0.64) | 1.30 (10.40) | ** | 0.30 | 0.30 | 0.01 |
| 3/29/2007 | 3/28/2006 | 3/28/2007 | 0.00 (-0.72) | 1.31 (10.49) | ** | 0.31 | 0.30 | 0.01 |
| 3/30/2007 | 3/29/2006 | 3/29/2007 | 0.00 (-0.70) | 1.31 (10.50) | ** | 0.31 | 0.30 | 0.01 |
| 4/2/2007 | 3/30/2006 | 3/30/2007 | 0.00 (-0.69) | 1.31 (10.52) | ** | 0.31 | 0.30 | 0.01 |
| 4/3/2007 | 3/31/2006 | 4/2/2007 | 0.00 (-0.64) | 1.31 (10.52) | ** | 0.31 | 0.30 | 0.01 |
| 4/4/2007 | 4/3/2006 | 4/3/2007 | 0.00 (-0.66) | 1.31 (10.54) | ** | 0.31 | 0.30 | 0.01 |
| 4/5/2007 | 4/4/2006 | 4/4/2007 | 0.00 (-0.77) | 1.31 (10.59) | ** | 0.31 | 0.30 | 0.01 |
| 4/9/2007 | 4/5/2006 | 4/5/2007 | 0.00 (-0.71) | 1.32 (10.69) | ** | 0.31 | 0.31 | 0.01 |
| 4/10/2007 | 4/6/2006 | 4/9/2007 | 0.00 (-0.71) | 1.32 (10.69) | ** | 0.31 | 0.31 | 0.01 |
| 4/11/2007 | 4/7/2006 | 4/10/2007 | 0.00 (-0.77) | 1.32 (10.67) | ** | 0.31 | 0.31 | 0.01 |
| 4/12/2007 | 4/10/2006 | 4/11/2007 | 0.00 (-0.83) | 1.33 (10.71) | ** | 0.31 | 0.31 | 0.01 |
| 4/13/2007 | 4/11/2006 | 4/12/2007 | 0.00 (-0.88) | 1.32 (10.70) | ** | 0.31 | 0.31 | 0.01 |
| 4/16/2007 | 4/12/2006 | 4/13/2007 | 0.00 (-0.88) | 1.32 (10.67) | ** | 0.31 | 0.31 | 0.01 |
| 4/17/2007 | 4/13/2006 | 4/16/2007 | 0.00 (-0.71) | 1.35 (10.82) | ** | 0.32 | 0.31 | 0.01 |
| 4/18/2007 | 4/17/2006 | 4/17/2007 | 0.00 (-0.74) | 1.35 (10.80) | ** | 0.32 | 0.31 | 0.01 |
| 4/19/2007 | 4/18/2006 | 4/18/2007 | 0.00 (-0.66) | 1.36 (10.74) | ** | 0.32 | 0.31 | 0.01 |
| 4/20/2007 | 4/19/2006 | 4/19/2007 | 0.00 (-0.61) | 1.34 (10.44) | ** | 0.30 | 0.30 | 0.01 |
| 4/23/2007 | 4/20/2006 | 4/20/2007 | 0.00 (-0.61) | 1.34 (10.45) | ** | 0.30 | 0.30 | 0.01 |
| 4/24/2007 | 4/21/2006 | 4/23/2007 | 0.00 (-0.40) | 1.34 (10.67) | ** | 0.31 | 0.31 | 0.01 |
| 4/25/2007 | 4/24/2006 | 4/24/2007 | 0.00 (-0.38) | 1.34 (10.66) | ** | 0.31 | 0.31 | 0.01 |
| 4/26/2007 | 4/25/2006 | 4/25/2007 | 0.00 (-0.44) | 1.34 (10.72) | ** | 0.31 | 0.31 | 0.01 |
| 4/27/2007 | 4/26/2006 | 4/26/2007 | 0.00 (-0.35) | 1.33 (10.66) | ** | 0.31 | 0.31 | 0.01 |
| 4/30/2007 | 4/27/2006 | 4/27/2007 | 0.00 (-0.28) | 1.34 (10.68) | ** | 0.31 | 0.31 | 0.01 |
| 5/1/2007 | 4/28/2006 | 4/30/2007 | 0.00 (-0.33) | 1.34 (10.71) | ** | 0.31 | 0.31 | 0.01 |
| 5/2/2007 | 5/1/2006 | 5/1/2007 | 0.00 (-0.33) | 1.34 (10.72) | ** | 0.31 | 0.31 | 0.01 |
| 5/3/2007 | 5/2/2006 | 5/2/2007 | 0.00 (-0.28) | 1.32 (10.65) | ** | 0.31 | 0.31 | 0.01 |
| 5/4/2007 | 5/3/2006 | 5/3/2007 | 0.00 (-0.36) | 1.32 (10.58) | ** | 0.31 | 0.30 | 0.01 |
| 5/7/2007 | 5/4/2006 | 5/4/2007 | 0.00 (-0.40) | 1.32 (10.61) | ** | 0.31 | 0.30 | 0.01 |
| 5/8/2007 | 5/5/2006 | 5/7/2007 | 0.00 (-0.39) | 1.32 (10.60) | ** | 0.31 | 0.30 | 0.01 |
| 5/9/2007 | 5/8/2006 | 5/8/2007 | 0.00 (-0.42) | 1.32 (10.53) | ** | 0.31 | 0.30 | 0.01 |
| 5/10/2007 | 5/9/2006 | 5/9/2007 | 0.00 (-0.34) | 1.32 (10.54) | ** | 0.31 | 0.30 | 0.01 |
| 5/11/2007 | 5/10/2006 | 5/10/2007 | 0.00 (-0.40) | 1.33 (10.74) | ** | 0.32 | 0.31 | 0.01 |
| 5/14/2007 | 5/11/2006 | 5/11/2007 | 0.00 (-0.44) | 1.34 (10.81) | ** | 0.32 | 0.31 | 0.01 |
| 5/15/2007 | 5/12/2006 | 5/14/2007 | 0.00 (-0.56) | 1.35 (10.90) | ** | 0.32 | 0.32 | 0.01 |
| 5/16/2007 | 5/15/2006 | 5/15/2007 | 0.00 (-0.63) | 1.37 (10.95) | ** | 0.32 | 0.32 | 0.01 |
| 5/17/2007 | 5/16/2006 | 5/16/2007 | 0.00 (-0.56) | 1.37 (11.03) | ** | 0.33 | 0.32 | 0.01 |
| 5/18/2007 | 5/17/2006 | 5/17/2007 | 0.00 (-0.65) | 1.37 (11.10) | ** | 0.33 | 0.32 | 0.01 |
| 5/21/2007 | 5/18/2006 | 5/18/2007 | 0.00 (-0.62) | 1.35 (10.79) | ** | 0.32 | 0.31 | 0.01 |
| 5/22/2007 | 5/19/2006 | 5/21/2007 | 0.00 (-0.62) | 1.35 (10.79) | ** | 0.32 | 0.31 | 0.01 |
| 5/23/2007 | 5/22/2006 | 5/22/2007 | 0.00 (-0.63) | 1.35 (10.76) | ** | 0.32 | 0.31 | 0.01 |
| 5/24/2007 | 5/23/2006 | 5/23/2007 | 0.00 (-0.68) | 1.35 (10.77) | ** | 0.32 | 0.31 | 0.01 |
| 5/25/2007 | 5/24/2006 | 5/24/2007 | 0.00 (-0.59) | 1.34 (10.72) | ** | 0.32 | 0.31 | 0.01 |
| 5/29/2007 | 5/25/2006 | 5/25/2007 | 0.00 (-0.53) | 1.34 (10.77) | ** | 0.32 | 0.31 | 0.01 |
| 5/30/2007 | 5/26/2006 | 5/29/2007 | 0.00 (-0.47) | 1.36 (10.90) | ** | 0.32 | 0.32 | 0.01 |

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (t-stat)[3] | S&P 500 Total Return Index Coefficient (t-stat)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 5/31/2007 | 5/30/2006 | 5/30/2007 | 0.00 (-0.47) | 1.36 | (10.90) ** | 0.32 | 0.32 | 0.01 |
| 6/1/2007 | 5/31/2006 | 5/31/2007 | 0.00 (-0.54) | 1.37 | (10.91) ** | 0.32 | 0.32 | 0.01 |
| 6/4/2007 | 6/1/2006 | 6/1/2007 | 0.00 (-0.47) | 1.38 | (10.89) ** | 0.32 | 0.32 | 0.01 |
| 6/5/2007 | 6/2/2006 | 6/4/2007 | 0.00 (-0.50) | 1.37 | (10.78) ** | 0.32 | 0.31 | 0.01 |
| 6/6/2007 | 6/5/2006 | 6/5/2007 | 0.00 (-0.45) | 1.37 | (10.76) ** | 0.32 | 0.31 | 0.01 |
| 6/7/2007 | 6/6/2006 | 6/6/2007 | 0.00 (-0.45) | 1.37 | (10.63) ** | 0.31 | 0.31 | 0.01 |
| 6/8/2007 | 6/7/2006 | 6/7/2007 | 0.00 (-0.45) | 1.36 | (10.71) ** | 0.31 | 0.31 | 0.01 |
| 6/11/2007 | 6/8/2006 | 6/8/2007 | 0.00 (-0.50) | 1.35 | (10.65) ** | 0.31 | 0.31 | 0.01 |
| 6/12/2007 | 6/9/2006 | 6/11/2007 | 0.00 (-0.49) | 1.35 | (10.65) ** | 0.31 | 0.31 | 0.01 |
| 6/13/2007 | 6/12/2006 | 6/12/2007 | 0.00 (-0.47) | 1.35 | (10.70) ** | 0.31 | 0.31 | 0.01 |
| 6/14/2007 | 6/13/2006 | 6/13/2007 | 0.00 (-0.53) | 1.33 | (10.57) ** | 0.31 | 0.30 | 0.01 |
| 6/15/2007 | 6/14/2006 | 6/14/2007 | 0.00 (-0.59) | 1.33 | (10.49) ** | 0.31 | 0.30 | 0.01 |
| 6/18/2007 | 6/15/2006 | 6/15/2007 | 0.00 (-0.63) | 1.32 | (10.45) ** | 0.30 | 0.30 | 0.01 |
| 6/19/2007 | 6/16/2006 | 6/18/2007 | 0.00 (-0.75) | 1.27 | (9.92) ** | 0.28 | 0.28 | 0.01 |
| 6/20/2007 | 6/19/2006 | 6/19/2007 | 0.00 (-0.74) | 1.27 | (9.90) ** | 0.28 | 0.28 | 0.01 |
| 6/21/2007 | 6/20/2006 | 6/20/2007 | 0.00 (-0.74) | 1.27 | (9.95) ** | 0.28 | 0.28 | 0.01 |
| 6/22/2007 | 6/21/2006 | 6/21/2007 | 0.00 (-0.76) | 1.27 | (10.00) ** | 0.29 | 0.28 | 0.01 |
| 6/25/2007 | 6/22/2006 | 6/22/2007 | 0.00 (-0.85) | 1.27 | (10.07) ** | 0.29 | 0.28 | 0.01 |
| 6/26/2007 | 6/23/2006 | 6/25/2007 | 0.00 (-0.88) | 1.28 | (10.09) ** | 0.29 | 0.28 | 0.01 |
| 6/27/2007 | 6/26/2006 | 6/26/2007 | 0.00 (-0.90) | 1.28 | (10.10) ** | 0.29 | 0.28 | 0.01 |
| 6/28/2007 | 6/27/2006 | 6/27/2007 | 0.00 (-0.91) | 1.27 | (10.06) ** | 0.29 | 0.28 | 0.01 |
| 6/29/2007 | 6/28/2006 | 6/28/2007 | 0.00 (-0.83) | 1.26 | (9.95) ** | 0.28 | 0.28 | 0.01 |
| 7/2/2007 | 6/29/2006 | 6/29/2007 | 0.00 (-0.87) | 1.27 | (9.96) ** | 0.28 | 0.28 | 0.01 |
| 7/3/2007 | 6/30/2006 | 7/2/2007 | 0.00 (-0.82) | 1.28 | (9.94) ** | 0.28 | 0.28 | 0.01 |
| 7/5/2007 | 7/3/2006 | 7/3/2007 | 0.00 (-0.77) | 1.29 | (9.95) ** | 0.28 | 0.28 | 0.01 |
| 7/6/2007 | 7/5/2006 | 7/5/2007 | 0.00 (-0.90) | 1.28 | (9.85) ** | 0.28 | 0.27 | 0.01 |
| 7/9/2007 | 7/6/2006 | 7/6/2007 | 0.00 (-0.93) | 1.28 | (9.82) ** | 0.28 | 0.27 | 0.01 |
| 7/10/2007 | 7/7/2006 | 7/9/2007 | 0.00 (-0.76) | 1.28 | (9.69) ** | 0.27 | 0.27 | 0.01 |
| 7/11/2007 | 7/10/2006 | 7/10/2007 | 0.00 (-0.88) | 1.31 | (9.96) ** | 0.28 | 0.28 | 0.01 |
| 7/12/2007 | 7/11/2006 | 7/11/2007 | 0.00 (-0.90) | 1.31 | (9.95) ** | 0.28 | 0.28 | 0.01 |
| 7/13/2007 | 7/12/2006 | 7/12/2007 | 0.00 (-0.85) | 1.31 | (10.15) ** | 0.29 | 0.29 | 0.01 |
| 7/16/2007 | 7/13/2006 | 7/13/2007 | 0.00 (-0.99) | 1.30 | (9.85) ** | 0.28 | 0.27 | 0.01 |
| 7/17/2007 | 7/14/2006 | 7/16/2007 | 0.00 (-0.93) | 1.30 | (9.71) ** | 0.27 | 0.27 | 0.01 |
| 7/18/2007 | 7/17/2006 | 7/17/2007 | 0.00 (-1.02) | 1.31 | (9.83) ** | 0.28 | 0.27 | 0.01 |
| 7/19/2007 | 7/17/2006 | 7/17/2007 | 0.00 (-1.02) | 1.31 | (9.83) ** | 0.28 | 0.27 | 0.01 |
| 7/20/2007 | 7/18/2006 | 7/19/2007 | 0.00 (-1.16) | 1.30 | (9.79) ** | 0.28 | 0.27 | 0.01 |
| 7/23/2007 | 7/19/2006 | 7/20/2007 | 0.00 (-1.23) | 1.33 | (10.01) ** | 0.29 | 0.28 | 0.01 |
| 7/24/2007 | 7/20/2006 | 7/23/2007 | 0.00 (-1.14) | 1.51 | (13.03) ** | 0.40 | 0.40 | 0.01 |
| 7/25/2007 | 7/21/2006 | 7/24/2007 | 0.00 (-1.12) | 1.51 | (13.31) ** | 0.41 | 0.41 | 0.01 |
| 7/26/2007 | 7/24/2006 | 7/25/2007 | 0.00 (-1.04) | 1.50 | (13.19) ** | 0.41 | 0.41 | 0.01 |
| 7/27/2007 | 7/25/2006 | 7/26/2007 | 0.00 (-1.09) | 1.45 | (13.10) ** | 0.41 | 0.40 | 0.01 |
| 7/30/2007 | 7/26/2006 | 7/27/2007 | 0.00 (-1.05) | 1.47 | (13.42) ** | 0.42 | 0.41 | 0.01 |
| 7/31/2007 | 7/27/2006 | 7/30/2007 | 0.00 (-1.06) | 1.45 | (13.22) ** | 0.41 | 0.41 | 0.01 |
| 8/1/2007 | 7/28/2006 | 7/31/2007 | 0.00 (-0.99) | 1.44 | (13.25) ** | 0.41 | 0.41 | 0.01 |
| 8/2/2007 | 7/31/2006 | 8/1/2007 | 0.00 (-1.16) | 1.41 | (12.69) ** | 0.39 | 0.39 | 0.01 |
| 8/3/2007 | 8/1/2006 | 8/2/2007 | 0.00 (-1.39) | 1.40 | (12.28) ** | 0.38 | 0.37 | 0.01 |
| 8/6/2007 | 8/2/2006 | 8/3/2007 | 0.00 (-1.42) | 1.42 | (12.86) ** | 0.40 | 0.39 | 0.01 |
| 8/7/2007 | 8/3/2006 | 8/6/2007 | 0.00 (-1.59) | 1.24 | (10.23) ** | 0.30 | 0.29 | 0.01 |
| 8/8/2007 | 8/4/2006 | 8/7/2007 | 0.00 (-1.76) * | 1.22 | (10.05) ** | 0.29 | 0.28 | 0.01 |
| 8/9/2007 | 8/7/2006 | 8/8/2007 | 0.00 (-1.33) | 1.32 | (10.12) ** | 0.29 | 0.29 | 0.01 |
| 8/10/2007 | 8/8/2006 | 8/9/2007 | 0.00 (-1.47) | 1.38 | (10.89) ** | 0.32 | 0.32 | 0.01 |
| 8/13/2007 | 8/9/2006 | 8/10/2007 | 0.00 (-1.56) | 1.38 | (10.89) ** | 0.32 | 0.32 | 0.01 |
| 8/14/2007 | 8/10/2006 | 8/13/2007 | 0.00 (-1.09) | 1.36 | (10.69) ** | 0.31 | 0.31 | 0.01 |
| 8/15/2007 | 8/11/2006 | 8/14/2007 | 0.00 (-1.17) | 1.40 | (11.08) ** | 0.33 | 0.32 | 0.01 |
| 8/16/2007 | 8/14/2006 | 8/15/2007 | 0.00 (-1.11) | 1.38 | (11.03) ** | 0.33 | 0.32 | 0.01 |
| 8/17/2007 | 8/15/2006 | 8/16/2007 | 0.00 (-1.21) | 1.38 | (10.97) ** | 0.33 | 0.32 | 0.01 |
| 8/20/2007 | 8/16/2006 | 8/17/2007 | 0.00 (-1.15) | 1.41 | (11.33) ** | 0.34 | 0.33 | 0.01 |
| 8/21/2007 | 8/17/2006 | 8/20/2007 | 0.00 (-1.30) | 1.40 | (11.23) ** | 0.34 | 0.33 | 0.01 |
| 8/22/2007 | 8/18/2006 | 8/21/2007 | 0.00 (-1.32) | 1.40 | (11.25) ** | 0.34 | 0.33 | 0.01 |
| 8/23/2007 | 8/21/2006 | 8/22/2007 | 0.00 (-1.12) | 1.44 | (11.33) ** | 0.34 | 0.33 | 0.02 |
| 8/24/2007 | 8/22/2006 | 8/23/2007 | 0.00 (-1.02) | 1.43 | (11.33) ** | 0.34 | 0.33 | 0.02 |
| 8/27/2007 | 8/23/2006 | 8/24/2007 | 0.00 (-1.02) | 1.43 | (11.37) ** | 0.34 | 0.34 | 0.02 |

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (t-stat)[3] | S&P 500 Total Return Index Coefficient (t-stat)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 8/28/2007 | 8/24/2006 | 8/27/2007 | 0.00 (-1.08) | 1.43 (11.44) | ** | 0.34 | 0.34 | 0.02 |
| 8/29/2007 | 8/25/2006 | 8/28/2007 | 0.00 (-0.98) | 1.41 (11.46) | ** | 0.34 | 0.34 | 0.02 |
| 8/30/2007 | 8/28/2006 | 8/29/2007 | 0.00 (-1.02) | 1.39 (11.41) | ** | 0.34 | 0.34 | 0.02 |
| 8/31/2007 | 8/29/2006 | 8/30/2007 | 0.00 (-1.00) | 1.38 (11.39) | ** | 0.34 | 0.34 | 0.02 |
| 9/4/2007 | 8/30/2006 | 8/31/2007 | 0.00 (-1.00) | 1.39 (11.45) | ** | 0.34 | 0.34 | 0.02 |
| 9/5/2007 | 8/31/2006 | 9/4/2007 | 0.00 (-0.95) | 1.39 (11.49) | ** | 0.35 | 0.34 | 0.02 |
| 9/6/2007 | 9/1/2006 | 9/5/2007 | 0.00 (-1.11) | 1.40 (11.65) | ** | 0.35 | 0.35 | 0.02 |
| 9/7/2007 | 9/5/2006 | 9/6/2007 | 0.00 (-1.14) | 1.40 (11.62) | ** | 0.35 | 0.35 | 0.02 |
| 9/10/2007 | 9/6/2006 | 9/7/2007 | 0.00 (-1.22) | 1.40 (11.74) | ** | 0.36 | 0.35 | 0.02 |
| 9/11/2007 | 9/7/2006 | 9/10/2007 | 0.00 (-1.13) | 1.39 (11.64) | ** | 0.35 | 0.35 | 0.02 |
| 9/12/2007 | 9/8/2006 | 9/11/2007 | 0.00 (-1.12) | 1.39 (11.70) | ** | 0.35 | 0.35 | 0.02 |
| 9/13/2007 | 9/11/2006 | 9/12/2007 | 0.00 (-1.12) | 1.39 (11.70) | ** | 0.35 | 0.35 | 0.02 |
| 9/14/2007 | 9/12/2006 | 9/13/2007 | 0.00 (-1.03) | 1.40 (11.77) | ** | 0.36 | 0.35 | 0.02 |
| 9/17/2007 | 9/13/2006 | 9/14/2007 | 0.00 (-0.95) | 1.39 (11.63) | ** | 0.35 | 0.35 | 0.02 |
| 9/18/2007 | 9/14/2006 | 9/17/2007 | 0.00 (-1.07) | 1.39 (11.67) | ** | 0.35 | 0.35 | 0.02 |
| 9/19/2007 | 9/15/2006 | 9/18/2007 | 0.00 (-0.89) | 1.44 (12.32) | ** | 0.38 | 0.37 | 0.02 |
| 9/20/2007 | 9/18/2006 | 9/19/2007 | 0.00 (-0.93) | 1.44 (12.38) | ** | 0.38 | 0.38 | 0.02 |
| 9/21/2007 | 9/19/2006 | 9/20/2007 | 0.00 (-1.01) | 1.45 (12.43) | ** | 0.38 | 0.38 | 0.02 |
| 9/24/2007 | 9/20/2006 | 9/21/2007 | 0.00 (-1.12) | 1.45 (12.41) | ** | 0.38 | 0.38 | 0.02 |
| 9/25/2007 | 9/21/2006 | 9/24/2007 | 0.00 (-1.26) | 1.46 (12.41) | ** | 0.38 | 0.38 | 0.02 |
| 9/26/2007 | 9/22/2006 | 9/25/2007 | 0.00 (-1.21) | 1.46 (12.38) | ** | 0.38 | 0.38 | 0.02 |
| 9/27/2007 | 9/25/2006 | 9/26/2007 | 0.00 (-1.14) | 1.47 (12.40) | ** | 0.38 | 0.38 | 0.02 |
| 9/28/2007 | 9/26/2006 | 9/27/2007 | 0.00 (-1.17) | 1.47 (12.36) | ** | 0.38 | 0.37 | 0.02 |
| 10/1/2007 | 9/27/2006 | 9/28/2007 | 0.00 (-1.14) | 1.46 (12.33) | ** | 0.38 | 0.37 | 0.02 |
| 10/2/2007 | 9/28/2006 | 10/1/2007 | 0.00 (-1.06) | 1.47 (12.44) | ** | 0.38 | 0.38 | 0.02 |
| 10/3/2007 | 9/29/2006 | 10/2/2007 | 0.00 (-1.16) | 1.47 (12.47) | ** | 0.38 | 0.38 | 0.02 |
| 10/4/2007 | 10/2/2006 | 10/3/2007 | 0.00 (-1.15) | 1.47 (12.48) | ** | 0.38 | 0.38 | 0.02 |
| 10/5/2007 | 10/3/2006 | 10/4/2007 | 0.00 (-1.11) | 1.47 (12.46) | ** | 0.38 | 0.38 | 0.02 |
| 10/8/2007 | 10/4/2006 | 10/5/2007 | 0.00 (-1.08) | 1.48 (12.55) | ** | 0.39 | 0.38 | 0.02 |
| 10/9/2007 | 10/5/2006 | 10/8/2007 | 0.00 (-1.19) | 1.49 (12.49) | ** | 0.38 | 0.38 | 0.02 |
| 10/10/2007 | 10/6/2006 | 10/9/2007 | 0.00 (-1.30) | 1.48 (12.40) | ** | 0.38 | 0.38 | 0.02 |
| 10/11/2007 | 10/9/2006 | 10/10/2007 | 0.00 (-1.31) | 1.48 (12.39) | ** | 0.38 | 0.38 | 0.02 |
| 10/12/2007 | 10/10/2006 | 10/11/2007 | 0.00 (-1.21) | 1.47 (12.28) | ** | 0.38 | 0.37 | 0.02 |
| 10/15/2007 | 10/11/2006 | 10/12/2007 | 0.00 (-1.19) | 1.47 (12.29) | ** | 0.38 | 0.37 | 0.02 |
| 10/16/2007 | 10/12/2006 | 10/15/2007 | 0.00 (-1.28) | 1.48 (12.37) | ** | 0.38 | 0.37 | 0.02 |
| 10/17/2007 | 10/13/2006 | 10/16/2007 | 0.00 (-1.35) | 1.51 (12.48) | ** | 0.38 | 0.38 | 0.02 |
| 10/18/2007 | 10/13/2006 | 10/16/2007 | 0.00 (-1.35) | 1.51 (12.48) | ** | 0.38 | 0.38 | 0.02 |
| 10/19/2007 | 10/16/2006 | 10/18/2007 | 0.00 (-1.36) | 1.51 (12.47) | ** | 0.38 | 0.38 | 0.02 |
| 10/22/2007 | 10/17/2006 | 10/19/2007 | 0.00 (-1.28) | 1.48 (12.41) | ** | 0.38 | 0.38 | 0.02 |
| 10/23/2007 | 10/18/2006 | 10/22/2007 | 0.00 (-1.27) | 1.48 (12.45) | ** | 0.38 | 0.38 | 0.02 |
| 10/24/2007 | 10/19/2006 | 10/23/2007 | 0.00 (-1.38) | 1.47 (12.29) | ** | 0.38 | 0.37 | 0.02 |
| 10/25/2007 | 10/20/2006 | 10/24/2007 | 0.00 (-1.39) | 1.47 (12.30) | ** | 0.38 | 0.37 | 0.02 |
| 10/26/2007 | 10/23/2006 | 10/25/2007 | 0.00 (-1.46) | 1.47 (12.24) | ** | 0.37 | 0.37 | 0.02 |
| 10/29/2007 | 10/24/2006 | 10/26/2007 | 0.00 (-1.38) | 1.49 (12.37) | ** | 0.38 | 0.37 | 0.02 |
| 10/30/2007 | 10/25/2006 | 10/29/2007 | 0.00 (-1.40) | 1.49 (12.42) | ** | 0.38 | 0.38 | 0.02 |
| 10/31/2007 | 10/26/2006 | 10/30/2007 | 0.00 (-1.39) | 1.48 (12.37) | ** | 0.38 | 0.37 | 0.02 |
| 11/1/2007 | 10/27/2006 | 10/31/2007 | 0.00 (-1.44) | 1.48 (12.34) | ** | 0.38 | 0.37 | 0.02 |
| 11/2/2007 | 10/30/2006 | 11/1/2007 | 0.00 (-1.55) | 1.51 (12.78) | ** | 0.40 | 0.39 | 0.02 |
| 11/5/2007 | 10/31/2006 | 11/2/2007 | 0.00 (-1.68) * | 1.50 (12.65) | ** | 0.39 | 0.39 | 0.02 |
| 11/6/2007 | 11/1/2006 | 11/5/2007 | 0.00 (-1.87) * | 1.51 (12.65) | ** | 0.39 | 0.39 | 0.02 |
| 11/7/2007 | 11/2/2006 | 11/6/2007 | 0.00 (-1.73) * | 1.52 (12.71) | ** | 0.39 | 0.39 | 0.02 |
| 11/8/2007 | 11/3/2006 | 11/7/2007 | 0.00 (-1.91) * | 1.59 (13.38) | ** | 0.42 | 0.41 | 0.02 |
| 11/9/2007 | 11/6/2006 | 11/8/2007 | 0.00 (-1.68) * | 1.59 (13.06) | ** | 0.41 | 0.40 | 0.02 |
| 11/12/2007 | 11/7/2006 | 11/9/2007 | 0.00 (-1.70) * | 1.56 (12.90) | ** | 0.40 | 0.39 | 0.02 |
| 11/13/2007 | 11/8/2006 | 11/12/2007 | 0.00 (-1.62) | 1.56 (12.87) | ** | 0.40 | 0.39 | 0.02 |
| 11/14/2007 | 11/9/2006 | 11/13/2007 | 0.00 (-1.58) | 1.56 (13.14) | ** | 0.41 | 0.40 | 0.02 |
| 11/15/2007 | 11/10/2006 | 11/14/2007 | 0.00 (-1.61) | 1.56 (13.17) | ** | 0.41 | 0.41 | 0.02 |
| 11/16/2007 | 11/13/2006 | 11/15/2007 | 0.00 (-1.71) * | 1.58 (13.31) | ** | 0.41 | 0.41 | 0.02 |
| 11/19/2007 | 11/14/2006 | 11/16/2007 | 0.00 (-1.75) * | 1.57 (13.25) | ** | 0.41 | 0.41 | 0.02 |
| 11/20/2007 | 11/15/2006 | 11/19/2007 | 0.00 (-1.81) * | 1.60 (13.50) | ** | 0.42 | 0.42 | 0.02 |
| 11/21/2007 | 11/16/2006 | 11/20/2007 | 0.00 (-2.00) ** | 1.58 (12.70) | ** | 0.39 | 0.39 | 0.02 |
| 11/23/2007 | 11/17/2006 | 11/21/2007 | 0.00 (-2.14) ** | 1.61 (12.89) | ** | 0.40 | 0.39 | 0.02 |

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (t-stat)[3] | S&P 500 Total Return Index Coefficient (t-stat)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 11/26/2007 | 11/20/2006 | 11/23/2007 | 0.00 (-1.46) | 1.73 (12.34) | ** | 0.38 | 0.37 | 0.02 |
| 11/27/2007 | 11/21/2006 | 11/26/2007 | 0.00 (-1.75) * | 1.87 (12.50) | ** | 0.38 | 0.38 | 0.02 |
| 11/28/2007 | 11/22/2006 | 11/27/2007 | 0.00 (-1.71) * | 1.88 (12.59) | ** | 0.39 | 0.38 | 0.02 |
| 11/29/2007 | 11/24/2006 | 11/28/2007 | 0.00 (-1.70) * | 1.90 (12.94) | ** | 0.40 | 0.40 | 0.02 |
| 11/30/2007 | 11/27/2006 | 11/29/2007 | 0.00 (-1.90) * | 1.90 (12.56) | ** | 0.39 | 0.38 | 0.02 |
| 12/3/2007 | 11/28/2006 | 11/30/2007 | 0.00 (-1.61) | 1.93 (12.35) | ** | 0.38 | 0.37 | 0.02 |
| 12/4/2007 | 11/29/2006 | 12/3/2007 | 0.00 (-1.60) | 1.92 (12.34) | ** | 0.38 | 0.37 | 0.02 |
| 12/5/2007 | 11/30/2006 | 12/4/2007 | 0.00 (-1.70) * | 1.94 (12.34) | ** | 0.38 | 0.37 | 0.02 |
| 12/6/2007 | 12/1/2006 | 12/5/2007 | 0.00 (-1.74) * | 1.93 (12.35) | ** | 0.38 | 0.37 | 0.02 |
| 12/7/2007 | 12/4/2006 | 12/6/2007 | 0.00 (-1.57) | 1.97 (12.49) | ** | 0.38 | 0.38 | 0.02 |
| 12/10/2007 | 12/5/2006 | 12/7/2007 | 0.00 (-1.56) | 1.97 (12.47) | ** | 0.38 | 0.38 | 0.02 |
| 12/11/2007 | 12/6/2006 | 12/10/2007 | 0.00 (-1.43) | 1.98 (12.48) | ** | 0.38 | 0.38 | 0.02 |
| 12/12/2007 | 12/7/2006 | 12/11/2007 | 0.00 (-1.61) | 2.06 (12.92) | ** | 0.40 | 0.40 | 0.02 |
| 12/13/2007 | 12/8/2006 | 12/12/2007 | 0.00 (-1.67) * | 2.05 (12.89) | ** | 0.40 | 0.39 | 0.02 |
| 12/14/2007 | 12/11/2006 | 12/13/2007 | 0.00 (-1.68) * | 2.05 (12.89) | ** | 0.40 | 0.39 | 0.02 |
| 12/17/2007 | 12/12/2006 | 12/14/2007 | 0.00 (-1.71) * | 2.06 (12.99) | ** | 0.40 | 0.40 | 0.03 |
| 12/18/2007 | 12/13/2006 | 12/17/2007 | 0.00 (-1.62) | 2.04 (12.84) | ** | 0.40 | 0.39 | 0.03 |
| 12/19/2007 | 12/14/2006 | 12/18/2007 | 0.00 (-1.68) * | 2.03 (12.77) | ** | 0.39 | 0.39 | 0.03 |
| 12/20/2007 | 12/15/2006 | 12/19/2007 | 0.00 (-1.72) * | 2.04 (12.77) | ** | 0.39 | 0.39 | 0.03 |
| 12/21/2007 | 12/18/2006 | 12/20/2007 | 0.00 (-1.84) * | 2.03 (12.66) | ** | 0.39 | 0.39 | 0.03 |
| 12/24/2007 | 12/19/2006 | 12/21/2007 | 0.00 (-1.81) * | 2.04 (12.77) | ** | 0.39 | 0.39 | 0.03 |
| 12/26/2007 | 12/20/2006 | 12/24/2007 | 0.00 (-1.78) * | 2.05 (12.81) | ** | 0.40 | 0.39 | 0.03 |
| 12/27/2007 | 12/21/2006 | 12/26/2007 | 0.00 (-1.89) * | 2.05 (12.85) | ** | 0.40 | 0.39 | 0.03 |
| 12/28/2007 | 12/22/2006 | 12/27/2007 | 0.00 (-1.89) * | 2.04 (12.88) | ** | 0.40 | 0.39 | 0.03 |
| 12/31/2007 | 12/26/2006 | 12/28/2007 | 0.00 (-1.98) ** | 2.05 (12.88) | ** | 0.40 | 0.39 | 0.03 |
| 1/2/2008 | 12/27/2006 | 12/31/2007 | 0.00 (-1.87) * | 2.03 (12.73) | ** | 0.39 | 0.39 | 0.03 |
| 1/3/2008 | 12/28/2006 | 1/2/2008 | 0.00 (-1.79) * | 2.02 (12.67) | ** | 0.39 | 0.39 | 0.03 |
| 1/4/2008 | 12/29/2006 | 1/3/2008 | 0.00 (-1.85) * | 2.02 (12.66) | ** | 0.39 | 0.39 | 0.03 |
| 1/7/2008 | 1/3/2007 | 1/4/2008 | 0.00 (-1.86) * | 2.03 (12.83) | ** | 0.40 | 0.39 | 0.03 |
| 1/8/2008 | 1/4/2007 | 1/7/2008 | 0.00 (-1.86) * | 2.03 (12.84) | ** | 0.40 | 0.39 | 0.03 |
| 1/9/2008 | 1/5/2007 | 1/8/2008 | 0.00 (-2.01) ** | 2.08 (13.03) | ** | 0.40 | 0.40 | 0.03 |
| 1/10/2008 | 1/8/2007 | 1/9/2008 | 0.00 (-1.94) * | 2.10 (13.15) | ** | 0.41 | 0.40 | 0.03 |
| 1/11/2008 | 1/9/2007 | 1/10/2008 | 0.00 (-1.83) * | 2.11 (13.17) | ** | 0.41 | 0.40 | 0.03 |
| 1/14/2008 | 1/10/2007 | 1/11/2008 | 0.00 (-1.48) | 2.05 (12.37) | ** | 0.38 | 0.37 | 0.03 |
| 1/15/2008 | 1/11/2007 | 1/14/2008 | 0.00 (-1.60) | 2.03 (12.15) | ** | 0.37 | 0.37 | 0.03 |
| 1/16/2008 | 1/12/2007 | 1/15/2008 | 0.00 (-1.68) * | 2.07 (12.46) | ** | 0.38 | 0.38 | 0.03 |
| 1/17/2008 | 1/16/2007 | 1/16/2008 | 0.00 (-1.42) | 2.05 (12.12) | ** | 0.37 | 0.37 | 0.03 |
| 1/18/2008 | 1/17/2007 | 1/17/2008 | 0.00 (-1.46) | 2.08 (12.45) | ** | 0.38 | 0.38 | 0.03 |
| 1/22/2008 | 1/18/2007 | 1/18/2008 | 0.00 (-1.52) | 2.08 (12.47) | ** | 0.38 | 0.38 | 0.03 |
| 1/23/2008 | 1/19/2007 | 1/22/2008 | 0.00 (-1.42) | 2.06 (12.32) | ** | 0.38 | 0.37 | 0.03 |
| 1/24/2008 | 1/22/2007 | 1/23/2008 | 0.00 (-1.05) | 2.17 (12.43) | ** | 0.38 | 0.38 | 0.03 |
| 1/25/2008 | 1/23/2007 | 1/24/2008 | 0.00 (-1.24) | 2.15 (12.15) | ** | 0.37 | 0.37 | 0.03 |
| 1/28/2008 | 1/24/2007 | 1/25/2008 | 0.00 (-1.17) | 2.13 (12.07) | ** | 0.37 | 0.36 | 0.03 |
| 1/29/2008 | 1/25/2007 | 1/28/2008 | 0.00 (-1.09) | 2.15 (12.21) | ** | 0.37 | 0.37 | 0.03 |
| 1/30/2008 | 1/26/2007 | 1/29/2008 | 0.00 (-1.13) | 2.16 (12.28) | ** | 0.38 | 0.37 | 0.03 |
| 1/31/2008 | 1/29/2007 | 1/30/2008 | 0.00 (-1.13) | 2.16 (12.28) | ** | 0.38 | 0.37 | 0.03 |
| 2/1/2008 | 1/30/2007 | 1/31/2008 | 0.00 (-1.06) | 2.18 (12.41) | ** | 0.38 | 0.38 | 0.03 |
| 2/4/2008 | 1/31/2007 | 2/1/2008 | 0.00 (-0.86) | 2.21 (12.48) | ** | 0.38 | 0.38 | 0.03 |
| 2/5/2008 | 2/1/2007 | 2/4/2008 | 0.00 (-1.03) | 2.23 (12.48) | ** | 0.38 | 0.38 | 0.03 |
| 2/6/2008 | 2/2/2007 | 2/5/2008 | 0.00 (-1.07) | 2.25 (12.75) | ** | 0.39 | 0.39 | 0.03 |
| 2/7/2008 | 2/5/2007 | 2/6/2008 | 0.00 (-1.00) | 2.24 (12.68) | ** | 0.39 | 0.39 | 0.03 |
| 2/8/2008 | 2/6/2007 | 2/7/2008 | 0.00 (-1.02) | 2.23 (12.68) | ** | 0.39 | 0.39 | 0.03 |
| 2/11/2008 | 2/7/2007 | 2/8/2008 | 0.00 (-1.13) | 2.24 (12.66) | ** | 0.39 | 0.39 | 0.03 |
| 2/12/2008 | 2/8/2007 | 2/11/2008 | 0.00 (-1.13) | 2.24 (12.67) | ** | 0.39 | 0.39 | 0.03 |
| 2/13/2008 | 2/9/2007 | 2/12/2008 | 0.00 (-1.07) | 2.24 (12.70) | ** | 0.39 | 0.39 | 0.03 |
| 2/14/2008 | 2/12/2007 | 2/13/2008 | 0.00 (-1.13) | 2.23 (12.64) | ** | 0.39 | 0.39 | 0.03 |
| 2/15/2008 | 2/13/2007 | 2/14/2008 | 0.00 (-1.20) | 2.24 (12.73) | ** | 0.39 | 0.39 | 0.03 |
| 2/19/2008 | 2/14/2007 | 2/15/2008 | 0.00 (-1.16) | 2.25 (12.73) | ** | 0.39 | 0.39 | 0.03 |
| 2/20/2008 | 2/15/2007 | 2/19/2008 | 0.00 (-1.15) | 2.25 (12.72) | ** | 0.39 | 0.39 | 0.03 |
| 2/21/2008 | 2/16/2007 | 2/20/2008 | 0.00 (-1.11) | 2.25 (12.76) | ** | 0.39 | 0.39 | 0.03 |
| 2/22/2008 | 2/20/2007 | 2/21/2008 | 0.00 (-1.15) | 2.26 (12.82) | ** | 0.40 | 0.39 | 0.03 |
| 2/25/2008 | 2/21/2007 | 2/22/2008 | 0.00 (-1.12) | 2.27 (12.85) | ** | 0.40 | 0.39 | 0.03 |

| Date | Regression Start Date[2] | Regression End Date[2] | Constant Coefficient (*t-stat*)[3] | S&P 500 Total Return Index Coefficient (*t-stat*)[3] | | R-Square | Adjusted R-Square | Standard Error |
|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | (8) |
| 2/26/2008 | 2/22/2007 | 2/25/2008 | 0.00 *(-1.13)* | 2.27 *(12.89)* | ** | 0.40 | 0.39 | 0.03 |
| 2/27/2008 | 2/23/2007 | 2/26/2008 | 0.00 *(-1.15)* | 2.26 *(12.88)* | ** | 0.40 | 0.39 | 0.03 |
| 2/28/2008 | 2/26/2007 | 2/27/2008 | 0.00 *(-1.13)* | 2.26 *(12.87)* | ** | 0.40 | 0.39 | 0.03 |
| 2/29/2008 | 2/27/2007 | 2/28/2008 | 0.00 *(-1.15)* | 2.27 *(12.90)* | ** | 0.40 | 0.39 | 0.03 |
| 3/3/2008 | 2/28/2007 | 2/29/2008 | 0.00 *(-1.31)* | 2.35 *(13.32)* | ** | 0.41 | 0.41 | 0.03 |
| 3/4/2008 | 2/28/2007 | 2/29/2008 | 0.00 *(-1.31)* | 2.35 *(13.32)* | ** | 0.41 | 0.41 | 0.03 |
| 3/5/2008 | 3/1/2007 | 3/4/2008 | 0.00 *(-1.33)* | 2.35 *(13.33)* | ** | 0.42 | 0.41 | 0.03 |
| 3/6/2008 | 3/2/2007 | 3/5/2008 | 0.00 *(-1.38)* | 2.35 *(13.30)* | ** | 0.41 | 0.41 | 0.03 |

**Notes and Sources:**

[1] Using regression of CIT Group Inc.'s dividend-adjusted common stock price log returns on the log returns of the S&P 500 Total Return Index based on daily closing prices. Price and dividend data were obtained from FactSet Research Systems, Inc.

[2] Market model estimated over the prior 252 trading days excluding alleged disclosures from the Complaint.

[3] Numbers in italics are t-statistics. Two stars indicate significance at the 5% level, and one star indicates significance at the 10% level.

**Exhibit 5**
**CIT Group Inc.**
**Common Stock**
**Calculation of Market-Adjusted CIT Common Stock Price Reactions**
**Using S&P 500 Total Return Index Market Model with Rolling Estimation Period**
**December 12, 2006 though March 5, 2008**

| Date | Stock Price[1] | Stock Return[2] | S&P 500 Total Return Index Return[3] | Predicted Return[4] | Excess Return | t-stat for Excess Return[5] |
|---|---|---|---|---|---|---|
| **(1)** | **(2)** | **(3)** | **(4)** | **(5)** | **(6)** | **(7)** |
| | | ln[(2)/prev(2)] | | | (3) - (5) | |
| 12/12/2006 | $ 53.41 | 0.006 | (0.001) | (0.001) | 0.007 | 0.546 |
| 12/13/2006 | 53.29 | (0.002) | 0.001 | 0.001 | (0.003) | (0.254) |
| 12/14/2006 | 53.13 | (0.003) | 0.009 | 0.009 | (0.012) | (0.931) |
| 12/15/2006 | 53.69 | 0.010 | 0.001 | 0.001 | 0.010 | 0.729 |
| 12/18/2006 | 53.21 | (0.009) | (0.003) | (0.004) | (0.005) | (0.382) |
| 12/19/2006 | 54.05 | 0.016 | 0.002 | 0.002 | 0.014 | 1.034 |
| 12/20/2006 | 55.32 | 0.023 | (0.001) | (0.002) | 0.025 | 1.891  * |
| 12/21/2006 | 55.50 | 0.003 | (0.003) | (0.004) | 0.007 | 0.544 |
| 12/22/2006 | 55.56 | 0.001 | (0.005) | (0.006) | 0.007 | 0.520 |
| 12/26/2006 | 56.12 | 0.010 | 0.004 | 0.004 | 0.006 | 0.417 |
| 12/27/2006 | 56.35 | 0.004 | 0.007 | 0.008 | (0.003) | (0.259) |
| 12/28/2006 | 56.27 | (0.001) | (0.001) | (0.002) | 0.000 | 0.026 |
| 12/29/2006 | 55.77 | (0.009) | (0.005) | (0.005) | (0.004) | (0.288) |
| 1/3/2007 | 56.38 | 0.011 | (0.001) | (0.001) | 0.012 | 0.912 |
| 1/4/2007 | 56.31 | (0.001) | 0.001 | 0.001 | (0.002) | (0.175) |
| 1/5/2007 | 55.91 | (0.007) | (0.006) | (0.007) | (0.000) | (0.023) |
| 1/8/2007 | 56.12 | 0.004 | 0.003 | 0.003 | 0.001 | 0.088 |
| 1/9/2007 | 55.79 | (0.006) | (0.001) | (0.001) | (0.005) | (0.389) |
| 1/10/2007 | 55.94 | 0.003 | 0.002 | 0.002 | 0.001 | 0.045 |
| 1/11/2007 | 56.20 | 0.005 | 0.006 | 0.007 | (0.002) | (0.156) |
| 1/12/2007 | 55.93 | (0.005) | 0.005 | 0.005 | (0.010) | (0.742) |
| 1/16/2007 | 55.64 | (0.005) | 0.001 | 0.001 | (0.006) | (0.439) |
| 1/17/2007 | 56.54 | 0.016 | (0.001) | (0.001) | 0.017 | 1.315 |
| 1/18/2007 | 56.52 | (0.000) | (0.003) | (0.004) | 0.003 | 0.240 |
| 1/19/2007 | 57.10 | 0.010 | 0.003 | 0.003 | 0.007 | 0.552 |
| 1/22/2007 | 57.32 | 0.004 | (0.005) | (0.006) | 0.010 | 0.734 |
| 1/23/2007 | 57.67 | 0.006 | 0.004 | 0.004 | 0.002 | 0.176 |
| 1/24/2007 | 58.02 | 0.006 | 0.008 | 0.010 | (0.004) | (0.284) |
| 1/25/2007 | 58.05 | 0.001 | (0.011) | (0.013) | 0.014 | 1.093 |
| 1/26/2007 | 58.33 | 0.005 | (0.001) | (0.002) | 0.006 | 0.498 |
| 1/29/2007 | 58.08 | (0.004) | (0.001) | (0.001) | (0.003) | (0.236) |
| 1/30/2007 | 57.75 | (0.006) | 0.006 | 0.007 | (0.012) | (0.959) |
| 1/31/2007 | 58.96 | 0.021 | 0.007 | 0.007 | 0.013 | 1.041 |
| 2/1/2007 | 60.06 | 0.018 | 0.006 | 0.006 | 0.012 | 0.957 |
| 2/2/2007 | 60.47 | 0.007 | 0.002 | 0.002 | 0.005 | 0.387 |
| 2/5/2007 | 60.26 | (0.003) | (0.001) | (0.001) | (0.002) | (0.192) |
| 2/6/2007 | 60.92 | 0.011 | 0.001 | 0.001 | 0.010 | 0.797 |
| 2/7/2007 | 61.36 | 0.007 | 0.002 | 0.002 | 0.005 | 0.401 |
| 2/8/2007 | 59.89 | (0.024) | (0.001) | (0.001) | (0.023) | (1.794) * |
| 2/9/2007 | 59.00 | (0.015) | (0.007) | (0.008) | (0.007) | (0.507) |

| Date | Stock Price[1] | Stock Return[2] | S&P 500 Total Return Index Return[3] | Predicted Return[4] | Excess Return | t-stat for Excess Return[5] |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | ln[(2)/prev(2)] | | | (3) - (5) | |
| 2/12/2007 | 58.90 | (0.002) | (0.003) | (0.004) | 0.002 | 0.177 |
| 2/13/2007 | 59.12 | 0.008 | 0.008 | 0.009 | (0.001) | (0.096) |
| 2/14/2007 | 59.82 | 0.012 | 0.008 | 0.009 | 0.002 | 0.192 |
| 2/15/2007 | 60.20 | 0.006 | 0.001 | 0.001 | 0.005 | 0.400 |
| 2/16/2007 | 59.83 | (0.006) | (0.001) | (0.001) | (0.005) | (0.393) |
| 2/20/2007 | 60.55 | 0.012 | 0.003 | 0.003 | 0.009 | 0.683 |
| 2/21/2007 | 60.34 | (0.003) | (0.001) | (0.002) | (0.002) | (0.134) |
| 2/22/2007 | 59.92 | (0.007) | (0.001) | (0.001) | (0.006) | (0.479) |
| 2/23/2007 | 59.14 | (0.013) | (0.003) | (0.004) | (0.009) | (0.689) |
| 2/26/2007 | 58.48 | (0.011) | (0.001) | (0.002) | (0.010) | (0.755) |
| 2/27/2007 | 56.62 | (0.032) | (0.035) | (0.042) | 0.010 | 0.797 |
| 2/28/2007 | 56.48 | (0.002) | 0.006 | 0.007 | (0.009) | (0.712) |
| 3/1/2007 | 56.30 | (0.003) | (0.003) | (0.003) | 0.000 | 0.002 |
| 3/2/2007 | 55.76 | (0.010) | (0.011) | (0.014) | 0.004 | 0.315 |
| 3/5/2007 | 52.34 | (0.063) | (0.009) | (0.011) | (0.052) | (4.085) ** |
| 3/6/2007 | 53.68 | 0.025 | 0.015 | 0.018 | 0.007 | 0.531 |
| 3/7/2007 | 53.73 | 0.001 | (0.002) | (0.003) | 0.004 | 0.307 |
| 3/8/2007 | 53.66 | (0.001) | 0.007 | 0.008 | (0.010) | (0.734) |
| 3/9/2007 | 53.69 | 0.001 | 0.001 | 0.000 | 0.000 | 0.015 |
| 3/12/2007 | 53.60 | (0.002) | 0.003 | 0.003 | (0.005) | (0.343) |
| 3/13/2007 | 50.96 | (0.051) | (0.020) | (0.025) | (0.025) | (1.905) * |
| 3/14/2007 | 51.17 | 0.004 | 0.007 | 0.008 | (0.004) | (0.288) |
| 3/15/2007 | 52.22 | 0.020 | 0.004 | 0.004 | 0.016 | 1.223 |
| 3/16/2007 | 51.19 | (0.020) | (0.004) | (0.005) | (0.014) | (1.088) |
| 3/19/2007 | 51.35 | 0.003 | 0.011 | 0.013 | (0.010) | (0.765) |
| 3/20/2007 | 51.53 | 0.003 | 0.006 | 0.007 | (0.004) | (0.293) |
| 3/21/2007 | 53.56 | 0.039 | 0.017 | 0.021 | 0.018 | 1.327 |
| 3/22/2007 | 53.32 | (0.004) | (0.000) | (0.001) | (0.003) | (0.258) |
| 3/23/2007 | 53.69 | 0.007 | 0.001 | 0.001 | 0.006 | 0.457 |
| 3/26/2007 | 53.51 | (0.003) | 0.001 | 0.001 | (0.004) | (0.303) |
| 3/27/2007 | 53.29 | (0.004) | (0.006) | (0.009) | 0.005 | 0.338 |
| 3/28/2007 | 52.51 | (0.015) | (0.008) | (0.011) | (0.004) | (0.306) |
| 3/29/2007 | 53.21 | 0.013 | 0.004 | 0.004 | 0.009 | 0.669 |
| 3/30/2007 | 52.92 | (0.005) | (0.001) | (0.002) | (0.003) | (0.251) |
| 4/2/2007 | 53.31 | 0.007 | 0.003 | 0.003 | 0.005 | 0.337 |
| 4/3/2007 | 53.88 | 0.011 | 0.009 | 0.012 | (0.001) | (0.091) |
| 4/4/2007 | 54.08 | 0.004 | 0.001 | 0.001 | 0.003 | 0.208 |
| 4/5/2007 | 54.10 | 0.000 | 0.003 | 0.004 | (0.003) | (0.254) |
| 4/9/2007 | 53.94 | (0.003) | 0.001 | 0.000 | (0.003) | (0.239) |
| 4/10/2007 | 53.54 | (0.007) | 0.003 | 0.003 | (0.010) | (0.783) |
| 4/11/2007 | 52.80 | (0.014) | (0.006) | (0.009) | (0.005) | (0.358) |
| 4/12/2007 | 52.91 | 0.002 | 0.006 | 0.008 | (0.005) | (0.413) |
| 4/13/2007 | 52.99 | 0.002 | 0.003 | 0.004 | (0.002) | (0.180) |
| 4/16/2007 | 55.62 | 0.048 | 0.011 | 0.013 | 0.035 | 2.652 ** |
| 4/17/2007 | 55.15 | (0.008) | 0.002 | 0.002 | (0.011) | (0.796) |
| 4/18/2007 | 56.97 | 0.032 | 0.001 | 0.000 | 0.032 | 2.399 ** |
| 4/19/2007 | 57.87 | 0.016 | (0.001) | (0.002) | 0.018 | 1.320 |
| 4/20/2007 | 58.27 | 0.007 | 0.009 | 0.012 | (0.005) | (0.367) |

| Date (1) | Stock Price[1] (2) | Stock Return[2] (3) ln[(2)/prev(2)] | S&P 500 Total Return Index Return[3] (4) | Predicted Return[4] (5) | Excess Return (6) (3) - (5) | t-stat for Excess Return[5] (7) |
|---|---|---|---|---|---|---|
| 4/23/2007 | 58.31 | 0.001 | (0.002) | (0.004) | 0.004 | 0.315 |
| 4/24/2007 | 58.67 | 0.006 | (0.000) | (0.001) | 0.007 | 0.524 |
| 4/25/2007 | 59.35 | 0.012 | 0.010 | 0.013 | (0.002) | (0.134) |
| 4/26/2007 | 60.02 | 0.011 | (0.001) | (0.001) | 0.013 | 0.942 |
| 4/27/2007 | 60.40 | 0.006 | (0.000) | (0.000) | 0.007 | 0.506 |
| 4/30/2007 | 59.65 | (0.012) | (0.008) | (0.011) | (0.002) | (0.132) |
| 5/1/2007 | 60.15 | 0.008 | 0.003 | 0.003 | 0.005 | 0.383 |
| 5/2/2007 | 60.12 | (0.000) | 0.007 | 0.008 | (0.009) | (0.677) |
| 5/3/2007 | 59.71 | (0.007) | 0.005 | 0.006 | (0.013) | (0.959) |
| 5/4/2007 | 59.90 | 0.003 | 0.002 | 0.003 | 0.001 | 0.047 |
| 5/7/2007 | 60.43 | 0.009 | 0.003 | 0.003 | 0.006 | 0.432 |
| 5/8/2007 | 60.22 | (0.003) | (0.001) | (0.002) | (0.002) | (0.130) |
| 5/9/2007 | 60.98 | 0.013 | 0.003 | 0.004 | 0.008 | 0.626 |
| 5/10/2007 | 59.20 | (0.030) | (0.014) | (0.019) | (0.011) | (0.832) |
| 5/11/2007 | 59.83 | 0.015 | 0.010 | 0.013 | 0.002 | 0.164 |
| 5/14/2007 | 59.19 | (0.011) | (0.002) | (0.003) | (0.008) | (0.609) |
| 5/15/2007 | 59.03 | (0.003) | (0.001) | (0.002) | (0.001) | (0.045) |
| 5/16/2007 | 59.90 | 0.015 | 0.009 | 0.012 | 0.003 | 0.228 |
| 5/17/2007 | 59.87 | (0.001) | (0.001) | (0.002) | 0.001 | 0.084 |
| 5/18/2007 | 59.80 | (0.001) | 0.007 | 0.009 | (0.010) | (0.737) |
| 5/21/2007 | 60.10 | 0.005 | 0.002 | 0.002 | 0.003 | 0.261 |
| 5/22/2007 | 60.43 | 0.005 | (0.001) | (0.001) | 0.007 | 0.522 |
| 5/23/2007 | 59.94 | (0.008) | (0.001) | (0.002) | (0.006) | (0.458) |
| 5/24/2007 | 59.56 | (0.006) | (0.010) | (0.014) | 0.007 | 0.551 |
| 5/25/2007 | 59.39 | (0.003) | 0.005 | 0.007 | (0.010) | (0.737) |
| 5/29/2007 | 59.43 | 0.001 | 0.002 | 0.002 | (0.001) | (0.088) |
| 5/30/2007 | 59.94 | 0.009 | 0.008 | 0.011 | (0.002) | (0.182) |
| 5/31/2007 | 59.93 | (0.000) | 0.000 | (0.000) | (0.000) | (0.012) |
| 6/1/2007 | 61.11 | 0.019 | 0.004 | 0.005 | 0.015 | 1.140 |
| 6/4/2007 | 61.16 | 0.001 | 0.002 | 0.002 | (0.001) | (0.106) |
| 6/5/2007 | 61.13 | (0.000) | (0.005) | (0.008) | 0.007 | 0.554 |
| 6/6/2007 | 60.24 | (0.015) | (0.009) | (0.012) | (0.002) | (0.189) |
| 6/7/2007 | 59.25 | (0.017) | (0.018) | (0.025) | 0.008 | 0.613 |
| 6/8/2007 | 59.50 | 0.004 | 0.011 | 0.015 | (0.011) | (0.825) |
| 6/11/2007 | 59.18 | (0.005) | 0.001 | 0.001 | (0.006) | (0.483) |
| 6/12/2007 | 58.17 | (0.017) | (0.011) | (0.015) | (0.002) | (0.180) |
| 6/13/2007 | 58.54 | 0.006 | 0.015 | 0.020 | (0.014) | (1.063) |
| 6/14/2007 | 58.17 | (0.006) | 0.005 | 0.006 | (0.012) | (0.947) |
| 6/15/2007 | 58.08 | (0.002) | 0.007 | 0.008 | (0.010) | (0.740) |
| 6/18/2007 | 57.61 | (0.008) | (0.001) | (0.002) | (0.006) | (0.458) |
| 6/19/2007 | 57.65 | 0.001 | 0.002 | 0.002 | (0.001) | (0.069) |
| 6/20/2007 | 56.56 | (0.019) | (0.014) | (0.018) | (0.001) | (0.089) |
| 6/21/2007 | 57.23 | 0.012 | 0.006 | 0.007 | 0.004 | 0.331 |
| 6/22/2007 | 55.78 | (0.026) | (0.013) | (0.017) | (0.009) | (0.659) |
| 6/25/2007 | 55.35 | (0.008) | (0.003) | (0.005) | (0.003) | (0.227) |
| 6/26/2007 | 55.10 | (0.005) | (0.003) | (0.005) | 0.000 | 0.022 |
| 6/27/2007 | 54.98 | (0.002) | 0.009 | 0.011 | (0.013) | (1.013) |
| 6/28/2007 | 55.50 | 0.009 | (0.000) | (0.001) | 0.011 | 0.822 |

| Date | Stock Price[1] | Stock Return[2] | S&P 500 Total Return Index Return[3] | Predicted Return[4] | Excess Return | t-stat for Excess Return[5] |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | ln[(2)/prev(2)] | | | (3) - (5) | |
| 6/29/2007 | 54.83 | (0.012) | (0.002) | (0.003) | (0.009) | (0.730) |
| 7/2/2007 | 55.96 | 0.020 | 0.011 | 0.013 | 0.008 | 0.587 |
| 7/3/2007 | 56.74 | 0.014 | 0.004 | 0.004 | 0.010 | 0.743 |
| 7/5/2007 | 55.81 | (0.017) | 0.000 | (0.000) | (0.016) | (1.255) |
| 7/6/2007 | 55.72 | (0.002) | 0.004 | 0.004 | (0.005) | (0.418) |
| 7/9/2007 | 57.63 | 0.034 | 0.001 | 0.000 | 0.033 | 2.551 ** |
| 7/10/2007 | 55.32 | (0.041) | (0.014) | (0.019) | (0.022) | (1.665) * |
| 7/11/2007 | 55.41 | 0.002 | 0.006 | 0.007 | (0.005) | (0.397) |
| 7/12/2007 | 56.80 | 0.025 | 0.019 | 0.024 | 0.001 | 0.064 |
| 7/13/2007 | 54.88 | (0.034) | 0.003 | 0.003 | (0.038) | (2.844) ** |
| 7/16/2007 | 55.19 | 0.006 | (0.002) | (0.003) | 0.009 | 0.666 |
| 7/17/2007 | 55.43 | 0.004 | (0.000) | (0.001) | 0.005 | 0.390 |
| 7/18/2007 | 49.17 | (0.120) | (0.002) | (0.003) | (0.116) | (8.666) ** |
| 7/19/2007 | 48.55 | (0.013) | 0.004 | 0.005 | (0.018) | (1.316) |
| 7/20/2007 | 46.95 | (0.034) | (0.012) | (0.017) | (0.016) | (1.225) |
| 7/23/2007 | 46.66 | (0.006) | 0.005 | 0.005 | (0.012) | (0.860) |
| 7/24/2007 | 44.85 | (0.040) | (0.020) | (0.031) | (0.009) | (0.736) |
| 7/25/2007 | 44.79 | (0.001) | 0.005 | 0.006 | (0.008) | (0.652) |
| 7/26/2007 | 43.47 | (0.030) | (0.024) | (0.036) | 0.006 | 0.535 |
| 7/27/2007 | 42.23 | (0.029) | (0.016) | (0.024) | (0.005) | (0.431) |
| 7/30/2007 | 41.82 | (0.010) | 0.010 | 0.014 | (0.024) | (2.095) ** |
| 7/31/2007 | 41.18 | (0.015) | (0.013) | (0.019) | 0.004 | 0.324 |
| 8/1/2007 | 40.00 | (0.029) | 0.007 | 0.010 | (0.039) | (3.377) ** |
| 8/2/2007 | 38.55 | (0.037) | 0.005 | 0.006 | (0.043) | (3.620) ** |
| 8/3/2007 | 36.68 | (0.050) | (0.027) | (0.039) | (0.011) | (0.915) |
| 8/6/2007 | 34.38 | (0.065) | 0.024 | 0.033 | (0.098) | (8.104) ** |
| 8/7/2007 | 33.60 | (0.023) | 0.006 | 0.006 | (0.029) | (2.171) ** |
| 8/8/2007 | 37.22 | 0.102 | 0.014 | 0.016 | 0.086 | 6.357 ** |
| 8/9/2007 | 34.81 | (0.067) | (0.030) | (0.041) | (0.026) | (1.799) * |
| 8/10/2007 | 34.29 | (0.015) | 0.000 | (0.001) | (0.014) | (0.967) |
| 8/13/2007 | 35.86 | 0.052 | (0.000) | (0.002) | 0.054 | 3.644 ** |
| 8/14/2007 | 34.06 | (0.051) | (0.018) | (0.026) | (0.026) | (1.746) * |
| 8/15/2007 | 33.80 | (0.008) | (0.014) | (0.020) | 0.013 | 0.849 |
| 8/16/2007 | 33.28 | (0.016) | 0.003 | 0.004 | (0.019) | (1.281) |
| 8/17/2007 | 34.80 | 0.045 | 0.024 | 0.032 | 0.012 | 0.828 |
| 8/20/2007 | 34.03 | (0.022) | (0.000) | (0.001) | (0.021) | (1.404) |
| 8/21/2007 | 35.05 | 0.030 | 0.001 | 0.000 | 0.029 | 1.959 * |
| 8/22/2007 | 37.56 | 0.069 | 0.012 | 0.015 | 0.054 | 3.632 ** |
| 8/23/2007 | 37.37 | (0.005) | (0.001) | (0.003) | (0.002) | (0.162) |
| 8/24/2007 | 37.85 | 0.013 | 0.012 | 0.016 | (0.003) | (0.185) |
| 8/27/2007 | 37.20 | (0.017) | (0.009) | (0.013) | (0.004) | (0.275) |
| 8/28/2007 | 36.46 | (0.020) | (0.024) | (0.035) | 0.015 | 0.984 |
| 8/29/2007 | 36.93 | 0.013 | 0.022 | 0.030 | (0.017) | (1.133) |
| 8/30/2007 | 36.89 | (0.001) | (0.004) | (0.007) | 0.006 | 0.370 |
| 8/31/2007 | 37.57 | 0.018 | 0.011 | 0.015 | 0.004 | 0.247 |
| 9/4/2007 | 38.01 | 0.012 | 0.010 | 0.014 | (0.002) | (0.122) |
| 9/5/2007 | 36.58 | (0.038) | (0.011) | (0.016) | (0.022) | (1.451) |
| 9/6/2007 | 36.48 | (0.003) | 0.004 | 0.005 | (0.008) | (0.517) |

| Date (1) | Stock Price[1] (2) | Stock Return[2] (3) ln[(2)/prev(2)] | S&P 500 Total Return Index Return[3] (4) | Predicted Return[4] (5) | Excess Return (6) (3) - (5) | t-stat for Excess Return[5] (7) |
|---|---|---|---|---|---|---|
| 9/7/2007 | 35.65 | (0.023) | (0.017) | (0.025) | 0.002 | 0.129 |
| 9/10/2007 | 36.02 | 0.010 | (0.001) | (0.003) | 0.013 | 0.870 |
| 9/11/2007 | 36.70 | 0.019 | 0.014 | 0.018 | 0.001 | 0.063 |
| 9/12/2007 | 36.46 | (0.007) | 0.000 | (0.001) | (0.006) | (0.390) |
| 9/13/2007 | 37.40 | 0.025 | 0.008 | 0.011 | 0.015 | 0.972 |
| 9/14/2007 | 38.33 | 0.025 | 0.000 | (0.001) | 0.025 | 1.660 * |
| 9/17/2007 | 38.02 | (0.008) | (0.005) | (0.008) | (0.000) | (0.004) |
| 9/18/2007 | 40.83 | 0.071 | 0.029 | 0.039 | 0.032 | 2.133 ** |
| 9/19/2007 | 41.89 | 0.026 | 0.006 | 0.008 | 0.018 | 1.160 |
| 9/20/2007 | 40.43 | (0.035) | (0.007) | (0.010) | (0.025) | (1.654) * |
| 9/21/2007 | 40.02 | (0.010) | 0.005 | 0.006 | (0.016) | (1.038) |
| 9/24/2007 | 38.55 | (0.037) | (0.005) | (0.009) | (0.029) | (1.873) * |
| 9/25/2007 | 38.92 | 0.010 | (0.000) | (0.002) | 0.011 | 0.730 |
| 9/26/2007 | 40.25 | 0.034 | 0.006 | 0.007 | 0.027 | 1.726 * |
| 9/27/2007 | 40.10 | (0.004) | 0.004 | 0.005 | (0.008) | (0.541) |
| 9/28/2007 | 40.20 | 0.002 | (0.003) | (0.006) | 0.008 | 0.520 |
| 10/1/2007 | 41.26 | 0.026 | 0.013 | 0.018 | 0.008 | 0.502 |
| 10/2/2007 | 41.05 | (0.005) | (0.000) | (0.001) | (0.004) | (0.237) |
| 10/3/2007 | 40.48 | (0.014) | (0.004) | (0.008) | (0.006) | (0.416) |
| 10/4/2007 | 40.47 | (0.000) | 0.002 | 0.002 | (0.002) | (0.145) |
| 10/5/2007 | 41.85 | 0.034 | 0.010 | 0.013 | 0.020 | 1.310 |
| 10/8/2007 | 40.27 | (0.038) | (0.003) | (0.006) | (0.033) | (2.110) ** |
| 10/9/2007 | 39.94 | (0.008) | 0.008 | 0.011 | (0.019) | (1.221) |
| 10/10/2007 | 39.31 | (0.016) | (0.002) | (0.004) | (0.012) | (0.779) |
| 10/11/2007 | 39.92 | 0.015 | (0.005) | (0.009) | 0.024 | 1.548 |
| 10/12/2007 | 40.35 | 0.011 | 0.005 | 0.006 | 0.005 | 0.314 |
| 10/15/2007 | 38.98 | (0.035) | (0.008) | (0.014) | (0.021) | (1.334) |
| 10/16/2007 | 37.12 | (0.049) | (0.007) | (0.011) | (0.038) | (2.396) ** |
| 10/17/2007 | 34.98 | (0.059) | 0.002 | 0.001 | (0.061) | (3.819) ** |
| 10/18/2007 | 34.95 | (0.001) | (0.001) | (0.002) | 0.002 | 0.100 |
| 10/19/2007 | 34.29 | (0.019) | (0.026) | (0.040) | 0.021 | 1.345 |
| 10/22/2007 | 35.00 | 0.020 | 0.004 | 0.004 | 0.016 | 1.012 |
| 10/23/2007 | 34.45 | (0.016) | 0.009 | 0.012 | (0.028) | (1.723) * |
| 10/24/2007 | 34.15 | (0.009) | (0.002) | (0.005) | (0.004) | (0.235) |
| 10/25/2007 | 32.96 | (0.035) | (0.001) | (0.003) | (0.033) | (2.030) ** |
| 10/26/2007 | 34.26 | 0.039 | 0.014 | 0.019 | 0.020 | 1.236 |
| 10/29/2007 | 34.97 | 0.021 | 0.004 | 0.004 | 0.016 | 0.998 |
| 10/30/2007 | 35.06 | 0.003 | (0.006) | (0.011) | 0.014 | 0.840 |
| 10/31/2007 | 35.24 | 0.005 | 0.012 | 0.016 | (0.011) | (0.691) |
| 11/1/2007 | 33.21 | (0.059) | (0.027) | (0.041) | (0.019) | (1.152) |
| 11/2/2007 | 32.01 | (0.037) | 0.001 | (0.000) | (0.036) | (2.243) ** |
| 11/5/2007 | 30.60 | (0.045) | (0.005) | (0.009) | (0.036) | (2.188) ** |
| 11/6/2007 | 31.87 | 0.041 | 0.012 | 0.016 | 0.024 | 1.477 |
| 11/7/2007 | 29.12 | (0.090) | (0.029) | (0.046) | (0.044) | (2.638) ** |
| 11/8/2007 | 30.79 | 0.056 | (0.001) | (0.003) | 0.059 | 3.486 ** |
| 11/9/2007 | 30.56 | (0.007) | (0.014) | (0.025) | 0.017 | 0.994 |
| 11/12/2007 | 30.46 | (0.003) | (0.010) | (0.018) | 0.014 | 0.829 |
| 11/13/2007 | 31.53 | 0.042 | 0.029 | 0.043 | (0.001) | (0.055) |

| Date (1) | Stock Price[1] (2) | Stock Return[2] (3) ln[(2)/prev(2)] | S&P 500 Total Return Index Return[3] (4) | Predicted Return[4] (5) | Excess Return (6) (3) - (5) | t-stat for Excess Return[5] (7) |
|---|---|---|---|---|---|---|
| 11/14/2007 | 31.65 | 0.004 | (0.007) | (0.012) | 0.016 | 0.939 |
| 11/15/2007 | 30.00 | (0.054) | (0.013) | (0.022) | (0.031) | (1.818) * |
| 11/16/2007 | 29.52 | (0.016) | 0.005 | 0.006 | (0.023) | (1.305) |
| 11/19/2007 | 27.88 | (0.057) | (0.018) | (0.030) | (0.028) | (1.594) |
| 11/20/2007 | 25.60 | (0.085) | 0.005 | 0.005 | (0.091) | (5.210) ** |
| 11/21/2007 | 23.84 | (0.071) | (0.016) | (0.028) | (0.044) | (2.386) ** |
| 11/23/2007 | 28.46 | 0.177 | 0.017 | 0.025 | 0.152 | 8.242 ** |
| 11/26/2007 | 23.74 | (0.181) | (0.024) | (0.043) | (0.139) | (6.667) ** |
| 11/27/2007 | 24.47 | 0.030 | 0.015 | 0.025 | 0.005 | 0.219 |
| 11/28/2007 | 26.24 | 0.070 | 0.028 | 0.051 | 0.019 | 0.838 |
| 11/29/2007 | 24.00 | (0.089) | 0.001 | (0.001) | (0.088) | (3.895) ** |
| 11/30/2007 | 26.60 | 0.103 | 0.008 | 0.012 | 0.091 | 3.916 ** |
| 12/3/2007 | 26.43 | (0.006) | (0.006) | (0.014) | 0.007 | 0.306 |
| 12/4/2007 | 24.93 | (0.058) | (0.007) | (0.015) | (0.043) | (1.814) * |
| 12/5/2007 | 25.36 | 0.017 | 0.016 | 0.028 | (0.011) | (0.437) |
| 12/6/2007 | 27.75 | 0.090 | 0.015 | 0.026 | 0.064 | 2.645 ** |
| 12/7/2007 | 27.65 | (0.004) | (0.002) | (0.006) | 0.002 | 0.094 |
| 12/10/2007 | 29.40 | 0.061 | 0.008 | 0.012 | 0.049 | 2.005 ** |
| 12/11/2007 | 26.03 | (0.122) | (0.026) | (0.053) | (0.069) | (2.794) ** |
| 12/12/2007 | 25.84 | (0.007) | 0.006 | 0.010 | (0.017) | (0.699) |
| 12/13/2007 | 25.96 | 0.005 | 0.001 | (0.000) | 0.005 | 0.187 |
| 12/14/2007 | 24.75 | (0.048) | (0.014) | (0.031) | (0.017) | (0.670) |
| 12/17/2007 | 24.93 | 0.007 | (0.015) | (0.034) | 0.041 | 1.644 |
| 12/18/2007 | 24.49 | (0.018) | 0.006 | 0.010 | (0.028) | (1.114) |
| 12/19/2007 | 23.52 | (0.040) | (0.001) | (0.005) | (0.035) | (1.390) |
| 12/20/2007 | 22.76 | (0.033) | 0.005 | 0.008 | (0.041) | (1.607) |
| 12/21/2007 | 23.78 | 0.044 | 0.017 | 0.031 | 0.013 | 0.507 |
| 12/24/2007 | 24.68 | 0.037 | 0.008 | 0.014 | 0.024 | 0.929 |
| 12/26/2007 | 24.39 | (0.012) | 0.001 | (0.001) | (0.011) | (0.419) |
| 12/27/2007 | 23.86 | (0.022) | (0.014) | (0.032) | 0.010 | 0.389 |
| 12/28/2007 | 23.37 | (0.021) | 0.001 | (0.000) | (0.021) | (0.816) |
| 12/31/2007 | 24.03 | 0.028 | (0.007) | (0.017) | 0.045 | 1.775 * |
| 1/2/2008 | 23.84 | (0.008) | (0.014) | (0.032) | 0.024 | 0.948 |
| 1/3/2008 | 23.26 | (0.025) | 0.000 | (0.003) | (0.022) | (0.850) |
| 1/4/2008 | 21.99 | (0.056) | (0.025) | (0.053) | (0.003) | (0.113) |
| 1/7/2008 | 22.42 | 0.019 | 0.003 | 0.004 | 0.016 | 0.618 |
| 1/8/2008 | 20.00 | (0.114) | (0.018) | (0.040) | (0.074) | (2.902) ** |
| 1/9/2008 | 21.22 | 0.059 | 0.014 | 0.025 | 0.034 | 1.314 |
| 1/10/2008 | 22.52 | 0.059 | 0.008 | 0.013 | 0.046 | 1.761 * |
| 1/11/2008 | 24.52 | 0.085 | (0.014) | (0.032) | 0.117 | 4.447 ** |
| 1/14/2008 | 23.60 | (0.038) | 0.011 | 0.020 | (0.058) | (2.121) ** |
| 1/15/2008 | 21.43 | (0.096) | (0.025) | (0.054) | (0.042) | (1.543) |
| 1/16/2008 | 23.11 | 0.075 | (0.006) | (0.014) | 0.090 | 3.247 ** |
| 1/17/2008 | 21.15 | (0.089) | (0.029) | (0.063) | (0.026) | (0.905) |
| 1/18/2008 | 20.77 | (0.018) | (0.006) | (0.015) | (0.003) | (0.105) |
| 1/22/2008 | 21.25 | 0.023 | (0.011) | (0.026) | 0.049 | 1.726 * |
| 1/23/2008 | 25.62 | 0.187 | 0.021 | 0.041 | 0.146 | 5.131 ** |
| 1/24/2008 | 24.14 | (0.060) | 0.010 | 0.020 | (0.079) | (2.659) ** |

| Date | Stock Price[1] | Stock Return[2] | S&P 500 Total Return Index Return[3] | Predicted Return[4] | Excess Return | t-stat for Excess Return[5] |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | | ln[(2)/prev(2)] | | | (3) - (5) | |
| 1/25/2008 | 24.05 | (0.004) | (0.016) | (0.037) | 0.033 | 1.089 |
| 1/28/2008 | 25.60 | 0.062 | 0.017 | 0.035 | 0.028 | 0.913 |
| 1/29/2008 | 26.14 | 0.021 | 0.006 | 0.011 | 0.010 | 0.319 |
| 1/30/2008 | 26.03 | (0.004) | (0.005) | (0.012) | 0.008 | 0.268 |
| 1/31/2008 | 27.81 | 0.066 | 0.017 | 0.034 | 0.032 | 1.058 |
| 2/1/2008 | 30.68 | 0.098 | 0.012 | 0.024 | 0.074 | 2.430 ** |
| 2/4/2008 | 27.65 | (0.104) | (0.011) | (0.025) | (0.079) | (2.578) ** |
| 2/5/2008 | 25.36 | (0.086) | (0.032) | (0.074) | (0.012) | (0.386) |
| 2/6/2008 | 25.79 | 0.017 | (0.007) | (0.018) | 0.035 | 1.131 |
| 2/7/2008 | 25.97 | 0.007 | 0.008 | 0.016 | (0.009) | (0.295) |
| 2/8/2008 | 24.50 | (0.058) | (0.004) | (0.011) | (0.047) | (1.503) |
| 2/11/2008 | 25.01 | 0.021 | 0.006 | 0.011 | 0.010 | 0.305 |
| 2/12/2008 | 25.64 | 0.025 | 0.007 | 0.014 | 0.011 | 0.344 |
| 2/13/2008 | 25.42 | 0.001 | 0.014 | 0.029 | (0.028) | (0.892) |
| 2/14/2008 | 23.92 | (0.061) | (0.013) | (0.032) | (0.029) | (0.909) |
| 2/15/2008 | 24.20 | 0.012 | 0.001 | (0.000) | 0.012 | 0.382 |
| 2/19/2008 | 24.16 | (0.002) | (0.001) | (0.004) | 0.002 | 0.078 |
| 2/20/2008 | 25.13 | 0.039 | 0.008 | 0.017 | 0.023 | 0.727 |
| 2/21/2008 | 23.82 | (0.054) | (0.013) | (0.031) | (0.023) | (0.730) |
| 2/22/2008 | 24.73 | 0.037 | 0.008 | 0.016 | 0.022 | 0.692 |
| 2/25/2008 | 25.39 | 0.026 | 0.014 | 0.029 | (0.003) | (0.083) |
| 2/26/2008 | 25.41 | 0.001 | 0.007 | 0.013 | (0.013) | (0.400) |
| 2/27/2008 | 25.41 | 0.000 | (0.001) | (0.004) | 0.004 | 0.121 |
| 2/28/2008 | 24.43 | (0.039) | (0.009) | (0.022) | (0.017) | (0.540) |
| 2/29/2008 | 22.22 | (0.095) | (0.027) | (0.064) | (0.030) | (0.962) |
| 3/3/2008 | 21.27 | (0.044) | 0.001 | (0.001) | (0.042) | (1.350) |
| 3/4/2008 | 20.57 | (0.033) | (0.003) | (0.011) | (0.023) | (0.725) |
| 3/5/2008 | 20.36 | (0.010) | 0.006 | 0.011 | (0.021) | (0.671) |

**Notes and Sources:**

[1] Price data were obtained from FactSet Research Systems, Inc.

[2] On days that a common stock dividend was paid, CIT's common stock price return has been adjusted to incorporate the dividend. Dividend data were obtained from FactSet Research Systems, Inc.

[3] Returns are log returns for the S&P 500 Total Return Index, using price data obtained from FactSet Research Systems, Inc.

[4] Returns are predicted using daily returns as a function of the daily returns on the S&P 500 Total Return Index. The regression is estimated over the prior 252 trading days excluding alleged disclosures from the Complaint. See Exhibit 4 for the regression specifications.

[5] Significance is based on the excess return's t-statistic, calculated as the daily excess return divided by the standard error of the regression. Two stars indicate significance at the 5% level, and one star indicates significance at the 10% level.

**Exhibit 6A**
**CIT Group Inc.**
**Analysis of Statistically Significant Movements in Common Stock Price in Response to News[1]**
**With General News Days[2]**
**Non-News Days Defined as Days with No General News**
**December 12, 2006 through March 5, 2008**

| | Number of Days | | Marginal Probability | |
| --- | --- | --- | --- | --- |
| | Significant **(1)** | Not Significant **(2)** | Significant **(3)** = (1) / [ (1) + (2) ] | Not Significant **(4)** = (2) / [ (1) + (2) ] |
| *Excluding Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 21 | 115 | 15.44% | 84.56% |
| **Days without News** | 19 | 153 | 11.05% | 88.95% |
| **Difference in Percentages** | | | 4.39% | |
| **Standard Deviation of Difference** | | | 3.86% | |
| **Z-statistic of Difference[3]** | | | 1.1393 | |
| **Significant at 5% Level[4]** | | | No | |
| *Including Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 21 | 117 | 15.22% | 84.78% |
| **Days without News** | 19 | 151 | 11.18% | 88.82% |
| **Difference in Percentages** | | | 4.04% | |
| **Standard Deviation of Difference** | | | 3.85% | |
| **Z-statistic of Difference[3]** | | | 1.0491 | |
| **Significant at 5% Level[4]** | | | No | |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  News stories obtained from Dow Jones Factiva.

[1] The significance is based on a regression of CIT Group Inc.'s common stock price dividend-adjusted log returns on the log returns of S&P 500 Total Return Index.
A rolling regression of the prior 252 trading days is used. The significance level is 5%.

[2] Duplicate, insignificant news, and news which did not add any substantial new information was not included.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions.  It measures how likely it is that one would see a difference as large as that observed for the two proportions if the underlying data were drawn from the same distribution.  The further away the z-statistic is from zero, the less likely the difference between the two proportions could have been drawn from the same distribution.
$Z = (p_1 - p_2) / sqrt\{P*(1-P)*[1/(n_1)+1/(n_2)]\}$ where $P = (p_1 * n_1 + p_2 * n_2) / (n_1 + n_2)$, $n_1$ is the total number of days with news, $n_2$ is the total number of days without news, $p_1$ is the proportion of significant price movements on days with news, $p_2$ is the proportion of significant price movements on days without news.

[4] A 5% significance level means that if the response of the stock to news and non-news days is the same then the probability that one would observe a difference in percentage as large as that shown is less than five percent.
Chi-squared tests (using Stata) to account for the binomial distribution gave similar results.

**Exhibit 6B-1**

**CIT Group Inc.**

**Analysis of Statistically Significant Movements in Common Stock Price in Response to News [1]**

**With 10 Categories of News Days[2]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

| | Number of Days | | Marginal Probability | |
| --- | --- | --- | --- | --- |
| | Significant (1) | Not Significant (2) | Significant (3) = (1) / [ (1) + (2) ] | Not Significant (4) = (2) / [ (1) + (2) ] |
| *Excluding Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 10 | 52 | 16.13% | 83.87% |
| **Days without News** | 19 | 153 | 11.05% | 88.95% |
| **Difference in Percentages** | | | 5.08% | |
| **Standard Deviation of Difference** | | | 4.88% | |
| **Z-statistic of Difference[3]** | | | 1.0413 | |
| **Significant at 5% Level[4]** | | | No | |
| *Including Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 10 | 56 | 15.15% | 84.85% |
| **Days without News** | 19 | 151 | 11.18% | 88.82% |
| **Difference in Percentages** | | | 3.98% | |
| **Standard Deviation of Difference** | | | 4.76% | |
| **Z-statistic of Difference[3]** | | | 0.8349 | |
| **Significant at 5% Level[4]** | | | No | |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  News stories obtained from Dow Jones Factiva.

[1] The significance is based on a regression of CIT Group Inc.'s common stock price dividend-adjusted log returns on the log returns of S&P 500 Total Return Index.
A rolling regression of the prior 252 trading days is used. The significance level is 5%.

[2] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.  Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions.  It measures how likely it is that one would see a difference as large as that observed for the two proportions if the underlying data were drawn from the same distribution.  The further away the z-statistic is from zero, the less likely the difference between the two proportions could have been drawn from the same distribution.
$Z = (p_1 - p_2) / \sqrt{P*(1-P)*[1/(n_1)+1/(n_2)]}$ where $P = (p_1 * n_1 + p_2 * n_2) / (n_1 + n_2)$, $n_1$ is the total number of days with news, $n_2$ is the total number of days without news, $p_1$ is the proportion of significant price movements on days with news, $p_2$ is the proportion of significant price movements on days without news.

[4] A 5% significance level means that if the response of the stock to news and non-news days is the same then the probability that one would observe a difference in percentage as large as that shown is less than five percent.  Chi-squared tests (using Stata) to account for the binomial distribution gave similar results.

**Exhibit 6B-2**

**CIT Group Inc.**

**Analysis of Statistically Significant Movements in Common Stock Price in Response to News[1]**

**With 10 Categories of News Days[2]**

**Non-News Days Defined as All Other Days**

**December 12, 2006 through March 5, 2008**

| | Number of Days | | Marginal Probability | |
|---|---|---|---|---|
| | Significant (1) | Not Significant (2) | Significant (3) = (1) / [ (1) + (2) ] | Not Significant (4) = (2) / [ (1) + (2) ] |
| ***Excluding Company 10-Q and 10-K Filings as News Items*** | | | | |
| **Days with News** | 10 | 52 | 16.13% | 83.87% |
| **Days without News** | 30 | 216 | 12.20% | 87.80% |
| **Difference in Percentages** | | | 3.93% | |
| **Standard Deviation of Difference** | | | 4.78% | |
| **Z-statistic of Difference[3]** | | | 0.8235 | |
| **Significant at 5% Level[4]** | | | No | |
| ***Including Company 10-Q and 10-K Filings as News Items*** | | | | |
| **Days with News** | 10 | 56 | 15.15% | 84.85% |
| **Days without News** | 30 | 212 | 12.40% | 87.60% |
| **Difference in Percentages** | | | 2.75% | |
| **Standard Deviation of Difference** | | | 4.67% | |
| **Z-statistic of Difference[3]** | | | 0.5901 | |
| **Significant at 5% Level[4]** | | | No | |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  News stories obtained from Dow Jones Factiva.

[1] The significance is based on a regression of CIT Group Inc.'s common stock price dividend-adjusted log returns on the log returns of S&P 500 Total Return Index.
A rolling regression of the prior 252 trading days is used. The significance level is 5%.

[2] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions.  It measures how likely it is that one would see a difference as large as that observed for the two proportions if the underlying data were drawn from the same distribution.  The further away the z-statistic is from zero, the less likely the difference between the two proportions could have been drawn from the same distribution.
$Z = (p_1 - p_2) / \sqrt{P*(1-P)*[1/(n_1)+1/(n_2)]}$ where $P = (p_1 * n_1 + p_2 * n_2) / (n_1 + n_2)$, $n_1$ is the total number of days with news, $n_2$ is the total number of days without news, $p_1$ is the proportion of significant price movements on days with news, $p_2$ is the proportion of significant price movements on days without news.

[4] A 5% significance level means that if the response of the stock to news and non-news days is the same then the probability that one would observe a difference in percentage as large as that shown is less than five percent.
Chi-squared tests (using Stata) to account for the binomial distribution gave similar results.

**Exhibit 6C-1**

**CIT Group Inc.**

**Analysis of Statistically Significant Movements in Common Stock Price in Response to News[1]**

**With 10 Categories of News Days Plus Analyst Report References[2]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

| | Number of Days | | Marginal Probability | |
| | Significant (1) | Not Significant (2) | Significant (3) = (1) / [ (1) + (2) ] | Not Significant (4) = (2) / [ (1) + (2) ] |
| --- | --- | --- | --- | --- |
| **Excluding Company 10-Q and 10-K Filings as News Items** | | | | |
| Days with News | 14 | 55 | 20.29% | 79.71% |
| Days without News | 19 | 153 | 11.05% | 88.95% |
| Difference in Percentages | | | 9.24% | |
| Standard Deviation of Difference | | | 4.90% | |
| Z-statistic of Difference[3] | | | 1.8869 | |
| Significant at 5% Level[4] | | | No | |
| **Including Company 10-Q and 10-K Filings as News Items** | | | | |
| Days with News | 14 | 59 | 19.18% | 80.82% |
| Days without News | 19 | 151 | 11.18% | 88.82% |
| Difference in Percentages | | | 8.00% | |
| Standard Deviation of Difference | | | 4.79% | |
| Z-statistic of Difference[3] | | | 1.6692 | |
| Significant at 5% Level[4] | | | No | |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  News stories obtained from Dow Jones Factiva.

[1] The significance is based on a regression of CIT Group Inc.'s common stock price dividend-adjusted log returns on the log returns of S&P 500 Total Return Index.
A rolling regression of the prior 252 trading days is used. The significance level is 5%.

[2] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.  In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days.  Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions.  It measures how likely it is that one would see a difference as large as that observed for the two proportions if the underlying data were drawn from the same distribution.  The further away the z-statistic is from zero, the less likely the difference between the two proportions could have been drawn from the same distribution.
$Z = (p_1 - p_2) / \text{sqrt}\{P*(1-P)*[1/(n_1)+1/(n_2)]\}$ where $P = (p_1 * n_1 + p_2 * n_2) / (n_1 + n_2)$, $n_1$ is the total number of days with news, $n_2$ is the total number of days without news, $p_1$ is the proportion of significant price movements on days with news, $p_2$ is the proportion of significant price movements on days without news.

[4] A 5% significance level means that if the response of the stock to news and non-news days is the same then the probability that one would observe a difference in percentage as large as that shown is less than five percent.
Chi-squared tests (using Stata) to account for the binomial distribution gave similar results.

**Exhibit 6C-2**

**CIT Group Inc.**

**Analysis of Statistically Significant Movements in Common Stock Price in Response to News[1]**

**With 10 Categories of News Days Plus Analyst Report References[2]**

**Non-News Days Defined as All Other Days**

**December 12, 2006 through March 5, 2008**

| | Number of Days | | Marginal Probability | |
|---|---|---|---|---|
| | Significant (1) | Not Significant (2) | Significant (3) = (1) / [ (1) + (2) ] | Not Significant (4) = (2) / [ (1) + (2) ] |
| *Excluding Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 14 | 55 | 20.29% | 79.71% |
| **Days without News** | 26 | 213 | 10.88% | 89.12% |
| **Difference in Percentages** | | | 9.41% | |
| **Standard Deviation of Difference** | | | 4.59% | |
| **Z-statistic of Difference**[3] | | | 2.0485 | |
| **Significant at 5% Level**[4] | | | Yes | |
| *Including Company 10-Q and 10-K Filings as News Items* | | | | |
| **Days with News** | 14 | 59 | 19.18% | 80.82% |
| **Days without News** | 26 | 209 | 11.06% | 88.94% |
| **Difference in Percentages** | | | 8.11% | |
| **Standard Deviation of Difference** | | | 4.50% | |
| **Z-statistic of Difference**[3] | | | 1.8014 | |
| **Significant at 5% Level**[4] | | | No | |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  News stories obtained from Dow Jones Factiva.

[1] The significance is based on a regression of CIT Group Inc.'s common stock price dividend-adjusted log returns on the log returns of S&P 500 Total Return Index.

A rolling regression of the prior 252 trading days is used. The significance level is 5%.

[2] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.  In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions.  It measures how likely it is that one would see a difference as large as that observed for the two proportions if the underlying data were drawn from the same distribution.  The further away the z-statistic is from zero, the less likely the difference between the two proportions could have been drawn from the same distribution.

$Z = (p_1 - p_2) / \text{sqrt}\{P*(1-P)*[1/(n_1)+1/(n_2)]\}$ where $P = (p_1 * n_1 + p_2 * n_2) / (n_1 + n_2)$, $n_1$ is the total number of days with news, $n_2$ is the total number of days without news, $p_1$ is the proportion of significant price movements on days with news, $p_2$ is the proportion of significant price movements on days without news.

[4] A 5% significance level means that if the response of the stock to news and non-news days is the same then the probability that one would observe a difference in percentage as large as that shown is less than five percent.  Chi-squared tests (using Stata) to account for the binomial distribution gave similar results.

**Exhibit 7A**

**CIT Group Inc.**

**Kruskal-Wallis Test Results for Common Stock**

**With General News Days[1]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.033 | 0.856 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.126 | 0.723 | No |

**Notes and Sources:**

W. H. Kruskal and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621.

The Kruskal-Wallis Test examines whether two distinct samples of observations come from the same population.  In the present context the test looks for evidence that there is difference in the population of abnormal returns on days with news and days without news.  The test statistic is not significant, and we cannot reject the null hypothesis that the abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Duplicate, insignificant news, and news which did not add any substantial new information was not included.

**Exhibit 7B-1**

**CIT Group Inc.**

**Kruskal-Wallis Test Results for Common Stock**
**With 10 Categories of News Days[1]**
**Non-News Days Defined as Days with No General News**
**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.454 | 0.500 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.491 | 0.483 | No |

**Notes and Sources:**

W. H. Kruskal and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621.

The Kruskal-Wallis Test examines whether two distinct samples of observations come from the same population. In the present context the test looks for evidence that there is difference in the population of abnormal returns on days with news and days without news. The test statistic is not significant, and we cannot reject the null hypothesis that the abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements. Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

**Exhibit 7B-2**

**CIT Group Inc.**

**Kruskal-Wallis Test Results for Common Stock**

**With 10 Categories of News Days[1]**

**All Other Days Defined as Non-News Days**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.652 | 0.419 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.615 | 0.433 | No |

**Notes and Sources:**

W. H. Kruskal and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621.

The Kruskal-Wallis Test examines whether two distinct samples of observations come from the same population.  In the present context the test looks for evidence that there is difference in the population of abnormal returns on days with news and days without news.  The test statistic is not significant, and we cannot reject the null hypothesis that the abnormal returns on days with news and with no news come from the same distribution.
Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.

**Exhibit 7C-1**

**CIT Group Inc.**

**Kruskal-Wallis Test Results for Common Stock**

**With 10 Categories of News Days Plus Analyst Report References[1]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.539 | 0.463 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.584 | 0.445 | No |

**Notes and Sources:**

W. H. Kruskal and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621.

The Kruskal-Wallis Test examines whether two distinct samples of observations come from the same population.  In the present context the test looks for evidence that there is difference in the population of abnormal returns on days with news and days without news.  The test statistic is not significant, and we cannot reject the null hypothesis that the abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.  In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days.  Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

**Exhibit 7C-2**

**CIT Group Inc.**

**Kruskal-Wallis Test Results for Common Stock**

**With 10 Categories of News Days Plus Analyst Report References[1]**

**All Other Days Defined as Non-News Days**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.816 | 0.367 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.776 | 0.378 | No |

**Notes and Sources:**

W. H. Kruskal and W. A. Wallis, "Use of ranks in one-criterion variance analysis," *Journal of the American Statistical Association* 47 (1952): 583-621.

The Kruskal-Wallis Test examines whether two distinct samples of observations come from the same population.  In the present context the test looks for evidence that there is difference in the population of abnormal returns on days with news and days without news.  The test statistic is not significant, and we cannot reject the null hypothesis that the abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.  In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days.

**Exhibit 8A**

**CIT Group Inc.**

**Kolmogorov-Smirnov Test Results for Common Stock**
**With General News Days[1]**
**Non-News Days Defined as Days with No General News**
**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.056 | 0.953 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.061 | 0.917 | No |

**Notes and Sources:**

A.N. Kolmogorov, "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91.

N.V. Smirnov, "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16.

The Kolmogorov-Smirnov Test examines whether two distinct samples of observations come from the same distribution. In the present context the test looks for evidence that there is difference in the distribution of abnormal returns on days with news and days without news. The test statistic is not significant, and we cannot reject the null hypothesis that abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Duplicate, insignificant news, and news which did not add any substantial new information was not included.

**Exhibit 8B-1**

**CIT Group Inc.**

**Kolmogorov-Smirnov Test Results for Common Stock**

**With 10 Categories of News Days[1]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.093 | 0.778 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.100 | 0.677 | No |

**Notes and Sources:**

A.N. Kolmogorov, "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91.

N.V. Smirnov, "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16.

The Kolmogorov-Smirnov Test examines whether two distinct samples of observations come from the same distribution. In the present context the test looks for evidence that there is difference in the distribution of abnormal returns on days with news and days without news. The test statistic is not significant, and we cannot reject the null hypothesis that abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements. Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

**Exhibit 8B-2**

**CIT Group Inc.**

**Kolmogorov-Smirnov Test Results for Common Stock**

**With 10 Categories of News Days[1]**

**All Other Days Defined as Non-News Days**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.092 | 0.756 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.096 | 0.686 | No |

**Notes and Sources:**

A.N. Kolmogorov, "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91.

N.V. Smirnov, "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16.

The Kolmogorov-Smirnov Test examines whether two distinct samples of observations come from the same distribution.  In the present context the test looks for evidence that there is difference in the distribution of abnormal returns on days with news and days without news.  The test statistic is not significant, and we cannot reject the null hypothesis that abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements.

**Exhibit 8C-1**

**CIT Group Inc.**

**Kolmogorov-Smirnov Test Results for Common Stock**

**With 10 Categories of News Days Plus Analyst Report References[1]**

**Non-News Days Defined as Days with No General News**

**December 12, 2006 through March 5, 2008**

|  | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.116 | 0.479 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.121 | 0.399 | No |

**Notes and Sources:**

A.N. Kolmogorov, "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91.

N.V. Smirnov, "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16.

The Kolmogorov-Smirnov Test examines whether two distinct samples of observations come from the same distribution. In the present context the test looks for evidence that there is difference in the distribution of abnormal returns on days with news and days without news. The test statistic is not significant, and we cannot reject the null hypothesis that abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements. In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days. Days with only duplicate, insignificant news, and news which did not add any substantial new information were defined as non-news days.

**Exhibit 8C-2**

**CIT Group Inc.**

**Kolmogorov-Smirnov Test Results for Common Stock**

**With 10 Categories of News Days Plus Analyst Report References[1]**

**All Other Days Defined as Non-News Days**

**December 12, 2006 through March 5, 2008**

| | Statistic (1) | P-Value (2) | Significant? (3) |
|---|---|---|---|
| **Excluding Company 10-Q and 10-K Filing Dates as News Items** | 0.125 | 0.338 | No |
| **Including Company 10-Q and 10-K Filing Dates as News Items** | 0.127 | 0.295 | No |

**Notes and Sources:**

A.N. Kolmogorov, "Sulla deteminazione empirica di una legge di distribuzione," *Giornale ell' Istituto Italiano degli Attuarri* 4 (1933): 83-91.

N.V. Smirnov, "Estimate of deviation between empirical distribution function in two independent samples (in Russian)," *Buletin Moscow University* 2, no. 2 (1939): 3-16.

The Kolmogorov-Smirnov Test examines whether two distinct samples of observations come from the same distribution. In the present context the test looks for evidence that there is difference in the distribution of abnormal returns on days with news and days without news. The test statistic is not significant, and we cannot reject the null hypothesis that abnormal returns on days with news and with no news come from the same distribution.

Abnormal returns are the dividend-adjusted returns of CIT common stock less the returns predicted by a market model based on the S&P 500 Total Return Index.

[1] Ten categories of Factiva news days included: (1) earnings and earnings guidance; (2) executive stock transactions; (3) ratings assignments and decisions; (4) buyback of common stock or other security; (5) acquisitions, sales, and partnerships, excluding news that an acquisition had been completed; (6) opening new offices in new locations or office expansions; (7) official investigations or subpoenas into CIT and its subsidiaries; (8) official company statements on strategy, liquidity, etc.; (9) issues of new CIT securities or funds, or sale of stock; and (10) dividend announcements. In addition, any changes in price target or buy/sell/hold recommendations by analysts, as reported by Factiva, were included as news days.

**Exhibit 9A**
**CIT Group Inc.**
**Common Stock Lo-MacKinlay Specification Test Results**
**Daily Prices**
**December 12, 2006 through March 5, 2008**

| Lo-MacKinlay<br>q | $z(q)$ | $z^*(q)$ | Significant? |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 2 | -2.9463 | -1.5829 | No |
| 3 | -3.0761 | -1.7232 | No |
| 4 | -2.3187 | -1.3376 | No |
| 5 | -2.0433 | -1.1955 | No |
| 6 | -2.1413 | -1.2660 | No |
| 7 | -2.0815 | -1.2517 | No |
| 8 | -1.8085 | -1.0958 | No |
| 9 | -1.6480 | -1.0045 | No |
| 10 | -1.5541 | -0.9617 | No |
| 11 | -1.5185 | -0.9507 | No |
| 12 | -1.3526 | -0.8484 | No |
| 13 | -1.2104 | -0.7647 | No |
| 14 | -1.1139 | -0.7125 | No |
| 15 | -1.0512 | -0.6696 | No |
| 16 | -0.9599 | -0.6118 | No |
| 17 | -0.8898 | -0.5682 | No |
| 18 | -0.8232 | -0.5283 | No |
| 19 | -0.7501 | -0.4852 | No |
| 20 | -0.6753 | -0.4409 | No |
| 21 | -0.6505 | -0.4307 | No |
| 22 | -0.6788 | -0.4577 | No |
| 23 | -0.6211 | -0.4121 | No |
| 24 | -0.6263 | -0.4250 | No |
| 25 | -0.5647 | -0.3777 | No |
| 26 | -0.6209 | -0.4269 | No |
| 27 | -0.5603 | -0.3801 | No |
| 28 | -0.5997 | -0.4199 | No |
| 29 | -0.6001 | -0.4155 | No |
| 30 | -0.5485 | -0.3755 | No |
| 31 | -0.5643 | -0.4011 | No |
| 32 | -0.5610 | -0.3947 | No |
| 33 | -0.5225 | -0.3638 | No |
| 34 | -0.4655 | -0.3215 | No |
| 35 | -0.5027 | -0.3622 | No |
| 36 | -0.5300 | -0.3785 | No |
| 37 | -0.5331 | -0.3771 | No |
| 38 | -0.4999 | -0.3510 | No |
| 39 | -0.4828 | -0.3560 | No |
| 40 | -0.5276 | -0.3863 | No |

**Lo-MacKinlay**

| q | z(q) | z*(q) | Significant? |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 41 | -0.5431 | -0.3945 | No |
| 42 | -0.5440 | -0.3916 | No |
| 43 | -0.5402 | -0.3857 | No |
| 44 | -0.4604 | -0.3489 | No |
| 45 | -0.4796 | -0.3610 | No |
| 46 | -0.5226 | -0.3912 | No |
| 47 | -0.5552 | -0.4122 | No |
| 48 | -0.5783 | -0.4263 | No |
| 49 | -0.6074 | -0.4442 | No |
| 50 | -0.6392 | -0.4642 | No |

**Notes and Sources:**

Andrew W. Lo and A. Craig MacKinlay, "Stock Market Prices Do Not Follow
Random Walks: Evidence from a Simple Specification Test," *The Review of
Financial Studies* 1, no. 1 (1988): 41-66.
Data are from FactSet Research Systems, Inc.

The Lo-MacKinlay test examines whether stock prices follow the
random walk hypothesis by testing whether the variance of returns
grows linearly with the time period considered.  In this table, $q$ represents the
number of periods (in this case, days) that are aggregated to examine the
variance ratio.  For example, a $q$ of 2 tests whether the variance of
two-day returns equals twice the variance of one-day returns.  The $z(q)$
statistic describes the significance of the results.  A $z(q)$ with absolute
value above 1.96 signifies a statistically significant result and therefore a
rejection of the random walk hypothesis at the 5% significance level.
The $z^*(q)$ statistic represents a $z(q)$ statistic with an adjustment that makes
it robust to heteroscedasticity.

**Exhibit 9B**
**CIT Group Inc.**
**Common Stock Lo-MacKinlay Specification Test Results**
**Weekly Prices**
**December 12, 2006 through March 5, 2008**

| Lo-MacKinlay $q$ | $z(q)$ | $z^*(q)$ | Significant? |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| 2 | -1.9155 | -1.5570 | No |
| 3 | -0.6311 | -0.5083 | No |
| 4 | -0.3656 | -0.2991 | No |
| 5 | -0.0863 | -0.0737 | No |
| 6 | -0.0506 | -0.0442 | No |
| 7 | 0.0828 | 0.0722 | No |
| 8 | 0.0317 | 0.0281 | No |
| 9 | -0.0922 | -0.0827 | No |
| 10 | -0.2297 | -0.2122 | No |
| 11 | -0.2685 | -0.2556 | No |
| 12 | -0.3717 | -0.3465 | No |
| 13 | -0.5279 | -0.5157 | No |
| 14 | -0.5714 | -0.5457 | No |
| 15 | -0.5236 | -0.4942 | No |
| 16 | -0.4395 | -0.4073 | No |
| 17 | -0.9567 | -0.9553 | No |
| 18 | -0.9892 | -0.9722 | No |
| 19 | -0.8491 | -0.8230 | No |
| 20 | -0.6049 | -0.5777 | No |
| 21 | -0.3639 | -0.3410 | No |
| 22 | -0.8785 | -0.8968 | No |
| 23 | -0.7240 | -0.7373 | No |
| 24 | -0.5009 | -0.5142 | No |
| 25 | -0.4108 | -0.4170 | No |
| 26 | -0.3334 | -0.3372 | No |
| 27 | -0.4206 | -0.4222 | No |
| 28 | -0.4255 | -0.4217 | No |
| 29 | -0.4077 | -0.4031 | No |
| 30 | -0.3631 | -0.3564 | No |
| 31 | -0.3595 | -0.3486 | No |
| 32 | -0.2221 | -0.2147 | No |
| 33 | -0.8862 | -1.0616 | No |
| 34 | -0.8856 | -1.0588 | No |
| 35 | -0.8850 | -1.0497 | No |
| 36 | -0.8845 | -1.0439 | No |
| 37 | -0.8840 | -1.0343 | No |
| 38 | -0.8835 | -1.0252 | No |
| 39 | -0.8830 | -1.0166 | No |
| 40 | -0.8826 | -1.0114 | No |

| Lo-MacKinlay<br>q | z(q) | z*(q) | Significant? |
|:---:|:---:|:---:|:---:|
| (1) | (2) | (3) | (4) |
| 41 | -0.8822 | -1.0056 | No |
| 42 | -0.8818 | -1.0002 | No |
| 43 | -0.8814 | -0.9937 | No |
| 44 | -0.8811 | -0.9907 | No |
| 45 | -0.8807 | -0.9876 | No |
| 46 | -0.8804 | -0.9904 | No |
| 47 | -0.8801 | -1.0038 | No |
| 48 | -0.8798 | -0.9976 | No |
| 49 | -0.8795 | -0.9962 | No |
| 50 | -0.8792 | -0.9904 | No |

**Notes and Sources:**

Andrew W. Lo and A. Craig MacKinlay, "Stock Market Prices Do Not Follow
Random Walks: Evidence from a Simple Specification Test," *The Review of
Financial Studies* 1, no. 1 (1988): 41-66.
Data are from FactSet Research Systems, Inc.

The Lo-MacKinlay test examines whether stock prices follow the
random walk hypothesis by testing whether the variance of returns
grows linearly with the time period considered.  In this table, $q$ represents the
number of periods (in this case, weeks) that are aggregated to examine the
variance ratio.  For example, a $q$ of 2 tests whether the variance of
two-week returns equals twice the variance of one-week returns.  The $z(q)$
statistic describes the significance of the results.  A $z(q)$ with absolute
value above 1.96 signifies a statistically significant result and therefore a
rejection of the random walk hypothesis at the 5% significance level.
The $z*(q)$ statistic represents a $z(q)$ statistic with an adjustment that makes
it robust to heteroscedasticity.  In this case, prices were taken at the close
of trading each Wednesday.  If the price on Wednesday was missing, the
price on Thursday was used.

**Exhibit 10**

**CIT Group Inc.**

**Common Stock Overreaction/Underreaction Test**

**Applied to Daily Log Returns of 0.075[1] or More in Absolute Value**

**Days 0 and 1 Fall Within**

**December 12, 2006 through March 5, 2008**

| Date | Sign of Actual Return on Day 0 | Day 0 Reaction [2] | Day 1 Reaction |
|------|------|------|------|
| (1) | (2) | (3) | (4) |
| 7/18/2007 | Negative | (0.12) | (0.01) |
| 8/8/2007 | Positive | (0.10) | 0.07 |
| 11/7/2007 | Negative | (0.09) | 0.06 |
| 11/20/2007 | Negative | (0.09) | (0.07) |
| 11/23/2007 | Positive | (0.18) | 0.18 |
| 11/26/2007 | Negative | (0.18) | 0.03 |
| 11/29/2007 | Negative | (0.09) | 0.10 |
| 11/30/2007 | Positive | (0.10) | 0.01 |
| 12/6/2007 | Positive | (0.09) | 0.00 |
| 12/11/2007 | Negative | (0.12) | (0.01) |
| 1/8/2008 | Negative | (0.11) | 0.06 |
| 1/11/2008 | Positive | (0.09) | 0.04 |
| 1/15/2008 | Negative | (0.10) | 0.08 |
| 1/16/2008 | Positive | (0.08) | 0.09 |
| 1/17/2008 | Negative | (0.09) | (0.02) |
| 1/23/2008 | Positive | (0.19) | 0.06 |
| 2/1/2008 | Positive | (0.10) | 0.10 |
| 2/4/2008 | Negative | (0.10) | (0.09) |
| 2/5/2008 | Negative | (0.09) | 0.02 |
| 2/29/2008 | Negative | (0.09) | (0.04) |
| **Average** | | (0.11) | 0.03 |
| **T-stat** [3] | | | **2.25** |
| **P-value** | | | **0.04** |

**Notes and Sources:**

Data obtained from FactSet Research Systems, Inc.  Returns are adjusted for dividends.

[1] A return of 0.075 or more in absolute value is 1.96 standard deviations from zero.

[2] The returns on day 0 are shown as negative regardless of the sign of the returns. Returns on subsequent days are the opposite sign of the actual return when the return on day 0 is positive.

[3] The t-statistic of the average of the 1-day reactions is significant at the 5% level, so we can reject the null hypothesis that there is no tendency for CIT's price to overreact.  The t-statistic is calculated as follows:

$$\frac{\text{(Average Value of Day 1 Reactions)}}{\text{(Standard Deviation of Day 1 Reactions)}/[\text{Square Root(Number of Observations)}]}$$

**Exhibit 11**
**CIT Group Inc.**
**Common Stock Regression Testing Serial Correlation of Log Returns ($R_t$ with $R_{t-1}$)**
**Estimation Period: December 12, 2006 through March 5, 2008**

| Log Return of CIT's Common Stock Price | = | 0.00 | + | -0.17 | * | Log Return of CIT's Common |
|---|---|---|---|---|---|---|
| | | *-1.64* | | *-3.09* | | Stock Price on Previous Day |

| | | |
|---|---|---|
| Number of Observations | = | 308 |
| Adjusted $R^2$ | = | 0.03 |
| Standard Error | = | 0.04 |

**Notes and Sources:**
  Common stock price and dividend data obtained from FactSet Research Systems, Inc.
  t-statistics are shown in italics.  Logs used are natural logarithms.

**Exhibit 12**
**CIT Group Inc.**
**Calculation of Market-Adjusted CIT Common Stock Price Reaction**
**from March 5, 2008 - March 7, 2008**

| Date | CIT Common Stock Closing Price [1] | CIT Common Stock Price Return | S&P 500 Total Return Index Return[2] | Predicted Return [3] | Excess Return | t-statistic for Excess Return [4] | Cumulative Excess Return | t-statistic for Cumulative Excess Return [5] | Cumulative Stock Price Reaction to Disclosure [6] |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
| | | ln[(1)/prev(1)] | | | (2) - (4) | | (5)+prev(7) | | |
| 3/5/2008 | $ 20.36 | | | | | | | | |
| **3/6/2008** | 15.86 | (0.25) | (0.02) | (0.05) | (0.20) | (6.20) ** | (0.20) | (6.20) ** | $ (3.60) |
| 3/7/2008 | 16.92 | 0.06 | (0.01) | (0.02) | 0.09 | 2.77 ** | (0.11) | (2.42) ** | (2.06) |

**Notes and Sources:**

[1] Data were obtained from FactSet Research Systems, Inc.

[2] Returns are log returns for the S&P 500 Total Return Index, using price data obtained from FactSet Research Systems, Inc.

[3] Returns are predicted using daily returns as a function of the daily returns on the S&P 500 Total Return Index.  The regression is estimated over the period of the year prior to March 6, 2008, from
   March 2007 through March 5, 2008.  See Exhibit 4 for details of the regression.

[4] Significance is based on the excess return's t-statistic, calculated as the daily excess return divided by the standard error of the regression over the sample period of the year prior to March 6, 2008.
   Two stars indicate significance at the 5% level, and one star indicates significance at the 10% level.

[5] Cumulative excess return t-statistics are calculated as the cumulative excess return divided by the standard error of the regression over the sample period times the
   square root of the number of days cumulated.  Two stars indicate significance at the 5% level, and one star indicates significance at the 10% level.

[6] Calculated using the formula: (1-exp((7)+(Days)/2*s^2))*$20.36, where s represents the standard error of the regression.

**Exhibit 13**
**CIT Group Inc.**
**Analyst Discussion Following CIT's 2007 10-K SEC Filing**
**March 1, 2008 - March 11, 2008**

| Date (1) | Analyst Report (2) | Excerpt(s) (3) |
|---|---|---|
| 3/2/2008 | Credit Sights, "10-K Cut - (Mis)Adventures in Wholesale Funding" | • CIT filed its 2007 10-K<br>• Poorly timed consumer expansion - particularly in subprime mortgages - drove losses and lingering exposures that have overshadowed the core commercial finance focus<br>• Wholesale funded business model remains under severe strain as CIT depends on innovative ABS offerings for 1H08 funding needs<br>• Could lose single-A ratings, but we expect capital and liquidity resources to support remaining investment grade<br>• Still high commercial losses a key watch point; niche leadership positions keep takeover potential on the table |
| 3/3/2008 | KBW, "CIT: More Writedowns in Private Student Loan Portfolio Seem Likely" | CIT's 10-K included additional information on the private student loan portfolio. The size of this portfolio is relatively small compared to the government guaranteed portfolio. At year end, private student loans outstanding were $599.3 million compared to $11 billion of government guaranteed student loans outstanding.<br>• At year end, private student loans outstanding were $599.3 million compared to $11 billion of government guaranteed student loans. However, of the $599.3 million of private student loans, $196 million were to students of a private pilot training school. This school filed for Chapter 7 bankruptcy in Feb 2008. According to the 10K, only $17 million of loans out of $196 million are currently in re-payment (i.e. to students who have completed their training).<br>• In our view, the remaining $179 million of loans have a high likelihood of charging off. If the entire $179 million of loans were written off, we calculate that the charge would impact 2008 EPS by $0.68.<br><br>• The company also provided detail on the methodology used to determine the valuation allowance for its consumer mortgage portfolio. Of the $9.2 billion of mortgage loans held for investment on the balance sheet, the value of 78% of the portfolio (consisting of conforming and non-conforming first liens) was determined using observable market prices. The remaining 22% consisted of re-performing first liens (i.e. loans that were either delinquent or modified sometime during their history), HELOCs and second liens which were valued using a discounted cash flow model. The company disclosed that it has assumed a weighted average lifetime loss assumption of 16% and a weighted average discount rate of 13.5% on these loans. |

| Date<br>(1) | Analyst Report<br>(2) | Excerpt(s)<br>(3) |
|---|---|---|
| 3/4/2008 | Lehman Brothers, "Funding Costs High but Liquidity Stable" | Investment Conclusion:  Over the past few months, shares of CIT have been under pressure due to a combination of concerns around credit quality and liquidity. While commercial credit has held up well, we expect charge-offs to gradually increase to a more normal 70 to 80 bps range (versus mid-40 bps during 2007). However, the company's home lending portfolio, which is running-off, has been under close scrutiny, and we suspect further deterioration in that portfolio and the need for higher provisions in each quarter throughout 2008. That said, we also think that fears around liquidity and funding costs have been the primary driver of recent volatility (as evidenced by the close inverse correlation between share price and CDS spreads). After reviewing the company's recent 10K filing, we reiterate our view that the company's funding needs, while more expensive will be met during 2008, and liquidity is stable.<br><br>Summary:<br>• CIT's 10K also suggested that the company may need incremental reserves for roughly $175 million in private student loans due to an education company that filed bankruptcy in February.<br>• We are reducing our 2008 EPS estimate by $0.25 to $4.00 due to higher funding and credit costs. |
| 3/6/2008<br>Before<br>Market<br>Open[1] | KBW, "CIT: Adjusting Q108 Estimate for Likely Student Loan Write-down" | As a follow-up to our initial thoughts published on March 3, we are lowering our Q108 EPS estimate to $0.08 from $0.76 to reflect our view that the company will have to write-down a significant portion of its private student loan portfolio.<br>• After receiving additional detail, we believe there is increased risk that the company will have to charge off $179 million of private student loans made to students of a flight school which recently filed for bankruptcy.<br>• Consistent with our initial thoughts these particular loans were made to students who enrolled in the flight school for career opportunities rather than leisure. These students were not able to obtain their licenses and therefore, may find it more difficult to repay the loans.<br>• Private student loans are not dischargeable in bankruptcy. However, in certain cases of undue hardship, these loans may be dischargeable. As the majority of students did not receive their licenses from the bankrupt school, we believe the risk of credit losses is high.<br><br>• We are lowering our Q108 EPS estimate to $0.08 from $0.76 to reflect our view that the company will have to write down a significant portion of its private student loan portfolio (our full year 2008 estimate falls to $2.71 from $3.39).  We are also lowering our price target $1 to $39 to reflect our revised estimates. Our new price target reflects price-to-tangible-book value of 1.4x. We maintain our Outperform rating.<br>• For additional details regarding the student loan portfolio please refer to our note "More Write-downs in Private Student Loan Portfolio Seem Likely" published on March 3, 2008. |

| Date (1) | Analyst Report (2) | Excerpt(s) (3) |
|---|---|---|
| 3/6/2008 After Market Close[2] | Bear Stearns, "CIT Shares Fall 22%; Current Valuation Seems Irrational" | • We believe CIT shares are trading well below their intrinsic value. The market does not appear to be ascribing any value to future growth.<br>• In our opinion, current valuation levels are irrational and would only make sense if CIT were to enter severe financial distress or be unable to obtain adequate liquidity.<br>• Even if capital market conditions don't improve, we believe the company is well-positioned to meet its funding needs for the rest of the year.<br>• The company estimates it has $6 to $8 billion of funding needs in 1H08 and has already raised $2.1 billion in asset-backed financing and $600 million in unsecured term debt financing during the first two months of the year.<br>• We are lowering our 1Q08 EPS estimates by $0.69 per share to reflect the likely loss on private student loans to students at a now bankrupt school.<br>• We are lowering our 2008 price target to $40 (from $45) to reflect our revised estimates and the recent stock weakness. We believe market conditions will improve by the end of 2008. We are maintaining our Outperform rating. |
| 3/7/2008 | Credit Suisse, "Management Meeting" | • We recently traveled with CIT management, and came away feeling that while company faces significant challenges, we believe that their funding plans should allow the company to support modest growth in the core businesses while not requiring that they tap the (expensive) unsecured market during the balance of 2008.<br>• CIT has been completing secured fundings, as well as accessing the commercial paper markets on a regular basis, as recently as yesterday.<br>• The subprime home lending portfolio is seasoned to about two years by the end of 2007. Delinquencies should peak during 2008 and losses by the end of the year. CIT has reserved or written off 13% of the peak portfolio as 12/31/07. "Normal" chargeoffs and paydowns during 2008 should bring the portfolio under $8 billion by year-end, with about a 20% reserve. Each incremental 5% of is about $1.30 per share, or under 5% of book value.<br><br>• Separately, concerns arose based upon a disclosure in the 10-K (filed February 29th) that a private helicopter pilot training school (Silver State Helicopters) with $196 million of private student loans originated by CIT, filed for Chapter 7 bankruptcy. While some have assumed that the portfolio would likely be a total loss, we believe that CIT will be able to recover a substantial portion of these loans. Every 10% write-down is about $0.07 in reported earnings and book value. While disappointing, this should not be an ongoing earnings issue, and will likely be less than 2% of book value.<br>• Our 2008 operating EPS estimate of $4.00 remains unchanged. This represents modestly lower earnings from 2007 for the four core commercial finance businesses, and a small loss on the mortgage business. Tangible book value exceeds $28, and could be maintained even with an additional 10% writedown on the mortgage portfolio. CIT should be able to fund itself despite the difficult market and maintain its leading market positions in its key commercial finance businesses. Reiterate Outperform rating and $33 target. (Expanded discussion included below.) |

| Date (1) | Analyst Report (2) | Excerpt(s) (3) |
|---|---|---|
| 3/7/2008 | Merrill Lynch, "Reduce EPS on higher funding costs; Maintain Neutral" | **Speculation on w/o & funding concerns sank the stock** |

**Speculation on w/o & funding concerns sank the stock**
CIT's share price dropped over 20% yesterday on the speculation of further writedowns of its student lending portfolio and the continued turmoil in the capital markets. We think the risk of a 1x write-off is high given the $196M nongovernment guaranteed student loans linked to a pilot training school filing for Chapter 7 bankruptcy. CIT should continue to have access to both the secured and unsecured debt markets in '08, though higher funding costs may put more pressure on its earnings.  We are maintaining our Neutral rating because in our view, at current levels CIT's valuation fairly reflects its underlying risks.

**Cut EPS estimates on rising funding cost & student loan w/o**
We are revising our '08e and '09e core EPS to $3.77 and $4.11, respectively, from $4.18 and $4.20, reflecting the higher funding costs. CIT's NIM will likely compress meaningfully in '08 as the spread widening in the ABS and auction rate note markets pushes up the refinancing costs. We are lowering our '08e GAAP EPS to $3.23 from $4.39, expecting that CIT will write off the entire $196M of student loans to the bankrupt private pilot training school.

**Maintain Neutral; Valuation reflects on-going uncertainty**
CIT's valuation at 0.60x tangible BV of $27.9 appears to reflect the market's concern for its underlying businesses and liquidity within non-bank financial institutions sector. We think the stock will remain highly volatile until there is better visibility into the downside potential for the consumer lending segment and broader commercial credit. A broad-based economic downturn could worsen otherwise strong commercial credit trends, driving up default rates and imposing further uncertainties about CIT's earnings. Still, we think CIT's downside risks are offset by potential upside from cyclical improvements or take-out speculation.

| Date | Analyst Report | Excerpt(s) |
|------|----------------|------------|
| (1) | (2) | (3) |
| 3/7/2008 | Lehman Brothers, "Mortgage Finance Market Monitor: Credit Market Roils Equity Market" | We suspect that the main driver around pressure on CIT's shares was due to liquidity concerns, stemming from considerable volatility in credit markets. For reference, CIT's CDS spreads reached more than 700 bps yesterday, heightening concerns around the company's ability to obtain unsecured financing near term.<br><br>Yesterday, concerns around credit quality and liquidity put pressure on shares of CIT. The main driver around credit concerns related to renewed concerns regarding the company's home lending portfolio as well as approximately $175 million in private student loans that CIT had outstanding to students of a pilot training school that filed for bankruptcy protection during February. While these concerns may have weighed on shares to some extent yesterday, we find it unlikely that they were the main driver since these issues have been out in the market for at least a few days through disclosures in the company's 10K (released last Friday) and a discussion on the topic in our note titled "CIT: Funding Costs High but Liquidity Stable", which was published on February 4th. However, we believe that the main driver around pressure on shares was due to liquidity concerns, stemming from considerable volatility in credit markets. For reference, CIT's CDS spreads reached more than 700 bps yesterday, heightening concerns around the company's ability to obtain unsecured financing near term.<br><br>That said, most of CIT's funding plans include secured financing arrangements and cash on hand. The company expects to need $6 to $8 billion in funding during the first half of the year, and has already completed $2.7 billion of this need through $2.1 billion of asset-backed financing, secured by commercial assets, rail assets, and residential mortgages, and $600 million of unsecured financing. |
| 3/11/2008 | Bank of America, "Moving to Neutral on Increased Liquidity Pressures" | • We are downgrading our recommendation on CIT Group Inc (A2/A/A; N/S/P; Neutral) to Neutral from Buy as recent market volatility heightens potential liquidity risks.  While we believe that management has done much to insulate the company's liquidity profile from potential market shocks, there are certain things that are not within its control. With five-year CDS spreads trading at 16.5/18.5 points up front, our fear is that a market perception of a liquidity crunch could quickly become reality.<br>• CIT's CDS spreads underperformed the overall finance space last week, widening out from approximately 630 bps to a current level of 16.5/18.5 points upfront. This was 44% wider than the week before, and we believe reflected two main issues: (1) a continuation of overall market concerns with financials and particularly any wholesale funded institution; and (2) a negative reaction to news contained in CIT's 10-K that it had $196 million in outstanding student loans to pupils at a private pilot school that filed for bankruptcy.<br><br>• CIT has successfully scaled back its unsecured CP balances, with only $2.8 billion outstanding at year-end, down from $5.4 billion the year before. [...]<br>• Last week, the company revealed in its 2007 10-K that it has approximately $196 million in student loans outstanding to pupils at a private pilot school that filed for bankruptcy. Of this exposure, only $17 million was in repayment and, of that balance, approximately $2 million, or 11.8%, was more than 60 days past due. While this exposure, in and of itself, is not particularly alarming, accounting for only 2.8% of total equity, it does raise concerns about other potential concentrations and exposure in CIT's loan portfolio and the extent of any future credit.<br>• CIT's $8.2 billion of scheduled unsecured term-debt maturities garners a fair amount of concern, although the company has largely tried to offset the upcoming debt maturities by turning to the secured market. [...]<br>• We expect that CIT's 2008 financial performance will be weak, as the company's fundamentals are challenged. [...]<br><br>• While we believe that CIT Group's liquidity profile is intact, current spread levels increase the likelihood that the company's confidence-sensitive funding could experience a disruption. [...] |

| Date | Analyst Report | Excerpt(s) |
|---|---|---|
| **(1)** | **(2)** | **(3)** |

**Notes and Sources:**

Analyst reports were received from counsel.

[1] The KBW report appears to have been issued before the market open on March 6, 2008 as it was cited in a Bloomberg news article published at 7:11 AM.  The article was titled "CIT Group-CIT volatility Elevated at 89 as shares approach five-year low" and was by theflyonthewall.com.

[2] The Bear Stearns report appears to have been issued after the market close on March 6, 2008 as the report references CIT's closing price of $15.86 on March 6, 2008, and the 22% decline that occurred over the course of the day.

**Appendix A - Table 1**
**CIT Group Inc.**
**Common Stock Weekly Trading Volume as a Percent of Shares Outstanding**
**December 12, 2006 through March 7, 2008**

| Week Beginning | Number of Trading Days | Percent Turnover[1] | Pro-Rata Turnover for 5 Day Week |
|:---:|:---:|:---:|:---:|
| (1) | (2) | (3) | (4) |
| | | | 5 * [ (3) / (2) ] |
| 12/12/2006 | 4 | 2.13 % | 2.66 % |
| 12/18/2006 | 5 | 2.65 | 2.65 |
| 12/25/2006 | 4 | 1.47 | 1.83 |
| 1/1/2007 | 3 | 2.24 | 3.73 |
| 1/8/2007 | 5 | 3.52 | 3.52 |
| 1/15/2007 | 4 | 5.41 | 6.77 |
| 1/22/2007 | 5 | 3.81 | 3.81 |
| 1/29/2007 | 5 | 4.76 | 4.76 |
| 2/5/2007 | 5 | 5.17 | 5.17 |
| 2/12/2007 | 5 | 3.83 | 3.83 |
| 2/19/2007 | 4 | 2.44 | 3.05 |
| 2/26/2007 | 5 | 5.00 | 5.00 |
| 3/5/2007 | 5 | 6.79 | 6.79 |
| 3/12/2007 | 5 | 6.74 | 6.74 |
| 3/19/2007 | 5 | 3.96 | 3.96 |
| 3/26/2007 | 5 | 3.03 | 3.03 |
| 4/2/2007 | 4 | 2.30 | 2.88 |
| 4/9/2007 | 5 | 3.64 | 3.64 |
| 4/16/2007 | 5 | 6.59 | 6.59 |
| 4/23/2007 | 5 | 4.49 | 4.49 |
| 4/30/2007 | 5 | 4.71 | 4.71 |
| 5/7/2007 | 5 | 3.06 | 3.06 |
| 5/14/2007 | 5 | 2.34 | 2.34 |
| 5/21/2007 | 5 | 2.98 | 2.98 |
| 5/28/2007 | 4 | 2.51 | 3.14 |
| 6/4/2007 | 5 | 2.91 | 2.91 |
| 6/11/2007 | 5 | 2.77 | 2.77 |
| 6/18/2007 | 5 | 3.24 | 3.24 |
| 6/25/2007 | 5 | 3.33 | 3.33 |
| 7/2/2007 | 4 | 1.94 | 2.43 |
| 7/9/2007 | 5 | 3.20 | 3.20 |
| 7/16/2007 | 5 | 7.62 | 7.62 |
| 7/23/2007 | 5 | 10.21 | 10.21 |
| 7/30/2007 | 5 | 13.79 | 13.79 |
| 8/6/2007 | 5 | 25.07 | 25.07 |
| 8/13/2007 | 5 | 16.21 | 16.21 |
| 8/20/2007 | 5 | 13.20 | 13.20 |
| 8/27/2007 | 5 | 8.58 | 8.58 |

| Week Beginning (1) | Number of Trading Days (2) | Percent Turnover[1] (3) | Pro-Rata Turnover for 5 Day Week (4) 5 * [ (3) / (2) ] |
|---|---|---|---|
| 9/3/2007 | 4 | 4.13 | 5.16 |
| 9/10/2007 | 5 | 5.95 | 5.95 |
| 9/17/2007 | 5 | 7.46 | 7.46 |
| 9/24/2007 | 5 | 4.59 | 4.59 |
| 10/1/2007 | 5 | 4.12 | 4.12 |
| 10/8/2007 | 5 | 3.90 | 3.90 |
| 10/15/2007 | 5 | 17.36 | 17.36 |
| 10/22/2007 | 5 | 8.42 | 8.42 |
| 10/29/2007 | 5 | 9.01 | 9.01 |
| 11/5/2007 | 5 | 9.05 | 9.05 |
| 11/12/2007 | 5 | 8.62 | 8.62 |
| 11/19/2007 | 4 | 11.61 | 14.51 |
| 11/26/2007 | 5 | 17.25 | 17.25 |
| 12/3/2007 | 5 | 9.91 | 9.91 |
| 12/10/2007 | 5 | 11.42 | 11.42 |
| 12/17/2007 | 5 | 10.28 | 10.28 |
| 12/24/2007 | 4 | 3.55 | 4.43 |
| 12/31/2007 | 4 | 6.47 | 8.09 |
| 1/7/2008 | 5 | 15.53 | 15.53 |
| 1/14/2008 | 5 | 14.06 | 14.06 |
| 1/21/2008 | 4 | 13.82 | 17.27 |
| 1/28/2008 | 5 | 15.20 | 15.20 |
| 2/4/2008 | 5 | 13.25 | 13.25 |
| 2/11/2008 | 5 | 10.08 | 10.08 |
| 2/18/2008 | 4 | 5.61 | 7.02 |
| 2/25/2008 | 5 | 7.99 | 7.99 |
| 3/3/2008 [2] | 5 | 33.07 | 33.07 |
| | | **Average** | **7.80 %** |
| | | **Median** | **5.95 %** |

**Notes and Sources:**

Common shares outstanding data obtained from SEC filings.  Common stock volume obtained from FactSet Research Systems, Inc.

[1] Weekly sum of the daily common stock turnover percentages. Daily turnover is equal to daily common volume divided by common shares outstanding.

[2] Includes dates through Friday, March 7, 2008.  Including dates only through March 5 gives a lower pro-rata turnover of 19.14%.

**Appendix A - Table 2**
**CIT Group Inc.**
**Number of Companies Providing Equity Coverage**

| Year | Number of Companies |
|:---:|:---:|
| (1) | (2) |
| 2006 | 11 |
| 2007 | 13 |
| 2008 | 15 |

**Notes and Sources:**
Data obtained from Thomson Reuters Investext
and Reuters Knowledge.

**Appendix A - Table 3**
**CIT Group Inc.**
**Common Stock Float as a Percent of Shares Outstanding**
**September 30, 2006 through March 31, 2008**

| Date | Shares Outstanding [1] | Insider Holdings [2] | Short Interest [3] | Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (2) - (3) + (4) | (5) / (2) |
| 9/30/2006 | 198,479,788 | 1,299,663 | 1,639,526 | 198,819,651 | 100.17% |
| 12/31/2006 | 198,295,376 | 1,299,663 | 2,230,585 | 199,226,298 | 100.47% |
| 3/31/2007 | 191,911,903 | 1,022,215 | 2,868,911 | 193,758,599 | 100.96% |
| 6/30/2007 | 190,706,063 | 1,022,215 | 2,339,198 | 192,023,046 | 100.69% |
| 9/30/2007 | 189,619,817 | 1,022,215 | 2,637,049 | 191,234,651 | 100.85% |
| 12/31/2007 | 189,925,903 | 1,022,215 | 5,341,868 | 194,245,556 | 102.27% |
| 3/31/2008 | 191,600,618 | 1,609,914 | 24,732,264 | 214,722,968 | 112.07% |
| **Average** | **192,934,210** | **1,185,443** | **5,969,914** | **197,718,681** | **102.50%** |

**Notes and Sources:**

[1] Common shares outstanding data obtained from SEC filings.

[2] Insider holdings of common stock obtained from SEC filings.

[3] Common stock short interest data obtained from Bloomberg Finance L.P.

**Appendix A - Table 4**
**CIT Group Inc.**
**Common Stock Short Interest as a Percent of Float**
**From November 15, 2006 through March 14, 2008**

| Date | Short Interest [1] | Float [2] | Short Interest As a Percent of Float |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) / (3) |
| 11/15/2006 | 2,591,700 | 199,590,802 | 1.30% |
| 12/15/2006 | 2,230,585 | 199,229,687 | 1.12% |
| 1/12/2007 | 2,207,404 | 199,203,117 | 1.11% |
| 2/15/2007 | 5,099,115 | 197,574,634 | 2.58% |
| 3/15/2007 | 2,868,911 | 195,344,430 | 1.47% |
| 4/13/2007 | 1,882,861 | 192,772,549 | 0.98% |
| 5/15/2007 | 2,252,108 | 193,014,881 | 1.17% |
| 6/15/2007 | 2,339,198 | 193,101,971 | 1.21% |
| 7/13/2007 | 3,122,586 | 192,806,434 | 1.62% |
| 8/15/2007 | 2,183,229 | 191,959,967 | 1.14% |
| 9/14/2007 | 3,013,467 | 192,790,205 | 1.56% |
| 9/28/2007 | 2,637,049 | 192,413,787 | 1.37% |
| 10/15/2007 | 2,528,078 | 191,125,680 | 1.32% |
| 10/31/2007 | 4,439,180 | 193,045,741 | 2.30% |
| 11/15/2007 | 6,233,190 | 194,839,751 | 3.20% |
| 11/30/2007 | 5,890,536 | 194,497,097 | 3.03% |
| 12/14/2007 | 5,949,643 | 194,556,204 | 3.06% |
| 12/31/2007 | 5,341,868 | 194,245,556 | 2.75% |
| 1/15/2008 | 6,788,787 | 195,692,475 | 3.47% |
| 1/31/2008 | 6,968,749 | 195,872,437 | 3.56% |
| 2/15/2008 | 10,025,239 | 199,646,632 | 5.02% |
| 2/29/2008 | 10,423,940 | 200,045,333 | 5.21% |
| 3/14/2008 | 20,071,440 | 209,691,096 | 9.57% |
| **Average** | **5,090,820** | **195,785,238** | **2.57%** |

**Notes and Sources:**

[1] Common stock short interest data were obtained from Bloomberg Finance L.P.

[2] Float is calculated by removing insider holdings from shares outstanding and adding in short interest. Common stock insider holdings and shares outstanding were obtained from SEC filings.

**Appendix A - Table 5**
**CIT Group Inc.**
**Common Stock Institutional Holdings as a Percent of Float**
**From September 30, 2006 through March 31, 2008**

| Date | Institutional Holdings [1] | Float [2] | Institutional Holdings As a Percent of Float |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) / (3) |
| 9/30/2006 | 180,246,792 | 198,819,651 | 90.66% |
| 12/31/2006 | 179,912,272 | 199,226,298 | 90.31% |
| 3/31/2007 | 173,964,940 | 193,758,599 | 89.78% |
| 6/30/2007 | 176,598,232 | 192,023,046 | 91.97% |
| 9/30/2007 | 180,105,146 | 191,234,651 | 94.18% |
| 12/31/2007 | 182,919,194 | 194,245,556 | 94.17% |
| 3/31/2008 | 208,932,122 | 214,722,968 | 97.30% |
| **Average** | **183,239,814** | **197,718,681** | **92.62%** |

**Notes and Sources:**

[1] Institutional holdings of common stock obtained from Thomson Financial.

[2] Float is calculated by removing insider holdings from shares outstanding and adding in short interest. Common stock insider holdings and shares outstanding were obtained from SEC filings. Common stock short interest data were obtained from Bloomberg Finance L.P.

**Appendix A - Table 6**
**CIT Group Inc.**
**Common Stock Market Capitalization**
**December 12, 2006 through March 5, 2008**

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
|  |  |  | (2) * (3) |
| 12/12/2006 | 198,298,765 | $ 53.41 | $ 10,591,137,039 |
| 12/13/2006 | 198,298,765 | 53.29 | 10,567,341,187 |
| 12/14/2006 | 198,298,765 | 53.13 | 10,535,613,384 |
| 12/15/2006 | 198,298,765 | 53.69 | 10,646,660,693 |
| 12/18/2006 | 198,298,765 | 53.21 | 10,551,477,286 |
| 12/19/2006 | 198,298,765 | 54.05 | 10,718,048,248 |
| 12/20/2006 | 198,298,765 | 55.32 | 10,969,887,680 |
| 12/21/2006 | 198,298,765 | 55.50 | 11,005,581,458 |
| 12/22/2006 | 198,298,765 | 55.56 | 11,017,479,383 |
| 12/26/2006 | 198,298,765 | 56.12 | 11,128,526,692 |
| 12/27/2006 | 198,298,765 | 56.35 | 11,174,135,408 |
| 12/28/2006 | 198,298,765 | 56.27 | 11,158,271,507 |
| 12/29/2006 | 198,298,765 | 55.77 | 11,059,122,124 |
| 1/3/2007 | 198,295,376 | 56.38 | 11,179,893,299 |
| 1/4/2007 | 198,295,376 | 56.31 | 11,166,012,623 |
| 1/5/2007 | 198,295,376 | 55.91 | 11,086,694,472 |
| 1/8/2007 | 198,295,376 | 56.12 | 11,128,336,501 |
| 1/9/2007 | 198,295,376 | 55.79 | 11,062,899,027 |
| 1/10/2007 | 198,295,376 | 55.94 | 11,092,643,333 |
| 1/11/2007 | 198,295,376 | 56.20 | 11,144,200,131 |
| 1/12/2007 | 198,295,376 | 55.93 | 11,090,660,380 |
| 1/16/2007 | 198,295,376 | 55.64 | 11,033,154,721 |
| 1/17/2007 | 198,295,376 | 56.54 | 11,211,620,559 |
| 1/18/2007 | 198,295,376 | 56.52 | 11,207,654,652 |
| 1/19/2007 | 198,295,376 | 57.10 | 11,322,665,970 |
| 1/22/2007 | 198,295,376 | 57.32 | 11,366,290,952 |
| 1/23/2007 | 198,295,376 | 57.67 | 11,435,694,334 |
| 1/24/2007 | 198,295,376 | 58.02 | 11,505,097,716 |
| 1/25/2007 | 198,295,376 | 58.05 | 11,511,046,577 |
| 1/26/2007 | 198,295,376 | 58.33 | 11,566,569,282 |
| 1/29/2007 | 198,295,376 | 58.08 | 11,516,995,438 |
| 1/30/2007 | 198,295,376 | 57.75 | 11,451,557,964 |
| 1/31/2007 | 198,295,376 | 58.96 | 11,691,495,369 |
| 2/1/2007 | 198,295,376 | 60.06 | 11,909,620,283 |
| 2/2/2007 | 198,295,376 | 60.47 | 11,990,921,387 |
| 2/5/2007 | 198,295,376 | 60.26 | 11,949,279,358 |
| 2/6/2007 | 198,295,376 | 60.92 | 12,080,154,306 |
| 2/7/2007 | 198,295,376 | 61.36 | 12,167,404,271 |
| 2/8/2007 | 198,295,376 | 59.89 | 11,875,910,069 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 2/9/2007 | 198,295,376 | 59.00 | 11,699,427,184 |
| 2/12/2007 | 198,295,376 | 58.90 | 11,679,597,646 |
| 2/13/2007 | 198,295,376 | 59.12 | 11,723,222,629 |
| 2/14/2007 | 198,295,376 | 59.82 | 11,862,029,392 |
| 2/15/2007 | 193,497,734 | 60.20 | 11,648,563,587 |
| 2/16/2007 | 193,497,734 | 59.83 | 11,576,969,425 |
| 2/20/2007 | 193,497,734 | 60.55 | 11,716,287,794 |
| 2/21/2007 | 193,497,734 | 60.34 | 11,675,653,270 |
| 2/22/2007 | 193,497,734 | 59.92 | 11,594,384,221 |
| 2/23/2007 | 193,497,734 | 59.14 | 11,443,455,989 |
| 2/26/2007 | 193,497,734 | 58.48 | 11,315,747,484 |
| 2/27/2007 | 193,497,734 | 56.62 | 10,955,841,699 |
| 2/28/2007 | 193,497,734 | 56.48 | 10,928,752,016 |
| 3/1/2007 | 193,497,734 | 56.30 | 10,893,922,424 |
| 3/2/2007 | 193,497,734 | 55.76 | 10,789,433,648 |
| 3/5/2007 | 193,497,734 | 52.34 | 10,127,671,398 |
| 3/6/2007 | 193,497,734 | 53.68 | 10,386,958,361 |
| 3/7/2007 | 193,497,734 | 53.73 | 10,396,633,248 |
| 3/8/2007 | 193,497,734 | 53.66 | 10,383,088,406 |
| 3/9/2007 | 193,497,734 | 53.69 | 10,388,893,338 |
| 3/12/2007 | 193,497,734 | 53.60 | 10,371,478,542 |
| 3/13/2007 | 193,497,734 | 50.96 | 9,860,644,525 |
| 3/14/2007 | 193,497,734 | 51.17 | 9,901,279,049 |
| 3/15/2007 | 193,497,734 | 52.22 | 10,104,451,669 |
| 3/16/2007 | 193,497,734 | 51.19 | 9,905,149,003 |
| 3/19/2007 | 192,486,419 | 51.35 | 9,884,177,616 |
| 3/20/2007 | 192,486,419 | 51.53 | 9,918,825,171 |
| 3/21/2007 | 192,486,419 | 53.56 | 10,309,572,602 |
| 3/22/2007 | 192,486,419 | 53.32 | 10,263,375,861 |
| 3/23/2007 | 192,486,419 | 53.69 | 10,334,595,836 |
| 3/26/2007 | 192,486,419 | 53.51 | 10,299,948,281 |
| 3/27/2007 | 192,486,419 | 53.29 | 10,257,601,269 |
| 3/28/2007 | 192,486,419 | 52.51 | 10,107,461,862 |
| 3/29/2007 | 192,486,419 | 53.21 | 10,242,202,355 |
| 3/30/2007 | 192,486,419 | 52.92 | 10,186,381,293 |
| 4/2/2007 | 191,911,903 | 53.31 | 10,230,823,549 |
| 4/3/2007 | 191,911,903 | 53.88 | 10,340,213,334 |
| 4/4/2007 | 191,911,903 | 54.08 | 10,378,595,714 |
| 4/5/2007 | 191,911,903 | 54.10 | 10,382,433,952 |
| 4/9/2007 | 191,911,903 | 53.94 | 10,351,728,048 |
| 4/10/2007 | 191,911,903 | 53.54 | 10,274,963,287 |
| 4/11/2007 | 191,911,903 | 52.80 | 10,132,948,478 |
| 4/12/2007 | 191,911,903 | 52.91 | 10,154,058,788 |
| 4/13/2007 | 191,911,903 | 52.99 | 10,169,411,740 |
| 4/16/2007 | 191,911,903 | 55.62 | 10,674,140,045 |
| 4/17/2007 | 191,911,903 | 55.15 | 10,583,941,450 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 4/18/2007 | 191,911,903 | 56.97 | 10,933,221,114 |
| 4/19/2007 | 191,911,903 | 57.87 | 11,105,941,827 |
| 4/20/2007 | 191,911,903 | 58.27 | 11,182,706,588 |
| 4/23/2007 | 191,911,903 | 58.31 | 11,190,383,064 |
| 4/24/2007 | 191,911,903 | 58.67 | 11,259,471,349 |
| 4/25/2007 | 191,911,903 | 59.35 | 11,389,971,443 |
| 4/26/2007 | 191,911,903 | 60.02 | 11,518,552,418 |
| 4/27/2007 | 191,911,903 | 60.40 | 11,591,478,941 |
| 4/30/2007 | 191,784,988 | 59.65 | 11,439,974,534 |
| 5/1/2007 | 191,784,988 | 60.15 | 11,535,867,028 |
| 5/2/2007 | 191,784,988 | 60.12 | 11,530,113,479 |
| 5/3/2007 | 191,784,988 | 59.71 | 11,451,481,633 |
| 5/4/2007 | 191,784,988 | 59.90 | 11,487,920,781 |
| 5/7/2007 | 191,784,988 | 60.43 | 11,589,566,825 |
| 5/8/2007 | 191,784,988 | 60.22 | 11,549,291,977 |
| 5/9/2007 | 191,784,988 | 60.98 | 11,695,048,568 |
| 5/10/2007 | 191,784,988 | 59.20 | 11,353,671,290 |
| 5/11/2007 | 191,784,988 | 59.83 | 11,474,495,832 |
| 5/14/2007 | 191,784,988 | 59.19 | 11,351,753,440 |
| 5/15/2007 | 191,784,988 | 59.03 | 11,321,067,842 |
| 5/16/2007 | 191,784,988 | 59.90 | 11,487,920,781 |
| 5/17/2007 | 191,784,988 | 59.87 | 11,482,167,232 |
| 5/18/2007 | 191,784,988 | 59.80 | 11,468,742,282 |
| 5/21/2007 | 191,784,988 | 60.10 | 11,526,277,779 |
| 5/22/2007 | 191,784,988 | 60.43 | 11,589,566,825 |
| 5/23/2007 | 191,784,988 | 59.94 | 11,495,592,181 |
| 5/24/2007 | 191,784,988 | 59.56 | 11,422,713,885 |
| 5/25/2007 | 191,784,988 | 59.39 | 11,390,110,437 |
| 5/29/2007 | 191,784,988 | 59.43 | 11,397,781,837 |
| 5/30/2007 | 191,784,988 | 59.94 | 11,495,592,181 |
| 5/31/2007 | 191,784,988 | 59.93 | 11,493,674,331 |
| 6/1/2007 | 191,784,988 | 61.11 | 11,719,980,617 |
| 6/4/2007 | 191,784,988 | 61.16 | 11,729,569,866 |
| 6/5/2007 | 191,784,988 | 61.13 | 11,723,816,316 |
| 6/6/2007 | 191,784,988 | 60.24 | 11,553,127,677 |
| 6/7/2007 | 191,784,988 | 59.25 | 11,363,260,539 |
| 6/8/2007 | 191,784,988 | 59.50 | 11,411,206,786 |
| 6/11/2007 | 191,784,988 | 59.18 | 11,349,835,590 |
| 6/12/2007 | 191,784,988 | 58.17 | 11,156,132,752 |
| 6/13/2007 | 191,784,988 | 58.54 | 11,227,093,198 |
| 6/14/2007 | 191,784,988 | 58.17 | 11,156,132,752 |
| 6/15/2007 | 191,784,988 | 58.08 | 11,138,872,103 |
| 6/18/2007 | 191,784,988 | 57.61 | 11,048,733,159 |
| 6/19/2007 | 191,784,988 | 57.65 | 11,056,404,558 |
| 6/20/2007 | 191,784,988 | 56.56 | 10,847,358,921 |
| 6/21/2007 | 191,784,988 | 57.23 | 10,975,854,863 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 6/22/2007 | 191,784,988 | 55.78 | 10,697,766,631 |
| 6/25/2007 | 191,784,988 | 55.35 | 10,615,299,086 |
| 6/26/2007 | 191,784,988 | 55.10 | 10,567,352,839 |
| 6/27/2007 | 191,784,988 | 54.98 | 10,544,338,640 |
| 6/28/2007 | 191,784,988 | 55.50 | 10,644,066,834 |
| 6/29/2007 | 190,041,603 | 54.83 | 10,419,981,092 |
| 7/2/2007 | 190,706,063 | 55.96 | 10,671,911,285 |
| 7/3/2007 | 190,706,063 | 56.74 | 10,820,662,015 |
| 7/5/2007 | 190,706,063 | 55.81 | 10,643,305,376 |
| 7/6/2007 | 190,706,063 | 55.72 | 10,626,141,830 |
| 7/9/2007 | 190,706,063 | 57.63 | 10,990,390,411 |
| 7/10/2007 | 190,706,063 | 55.32 | 10,549,859,405 |
| 7/11/2007 | 190,706,063 | 55.41 | 10,567,022,951 |
| 7/12/2007 | 190,706,063 | 56.80 | 10,832,104,378 |
| 7/13/2007 | 190,706,063 | 54.88 | 10,465,948,737 |
| 7/16/2007 | 190,706,063 | 55.19 | 10,525,067,617 |
| 7/17/2007 | 190,706,063 | 55.43 | 10,570,837,072 |
| 7/18/2007 | 190,706,063 | 49.17 | 9,377,017,118 |
| 7/19/2007 | 190,706,063 | 48.55 | 9,258,779,359 |
| 7/20/2007 | 190,706,063 | 46.95 | 8,953,649,658 |
| 7/23/2007 | 190,706,063 | 46.66 | 8,898,344,900 |
| 7/24/2007 | 190,706,063 | 44.85 | 8,553,166,926 |
| 7/25/2007 | 190,706,063 | 44.79 | 8,541,724,562 |
| 7/26/2007 | 190,706,063 | 43.47 | 8,289,992,559 |
| 7/27/2007 | 190,706,063 | 42.23 | 8,053,517,040 |
| 7/30/2007 | 190,706,063 | 41.82 | 7,975,327,555 |
| 7/31/2007 | 190,798,953 | 41.18 | 7,857,100,885 |
| 8/1/2007 | 190,798,953 | 40.00 | 7,631,958,120 |
| 8/2/2007 | 190,798,953 | 38.55 | 7,355,299,638 |
| 8/3/2007 | 190,798,953 | 36.68 | 6,998,505,596 |
| 8/6/2007 | 190,798,953 | 34.38 | 6,559,668,004 |
| 8/7/2007 | 190,798,953 | 33.60 | 6,410,844,821 |
| 8/8/2007 | 190,798,953 | 37.22 | 7,101,537,031 |
| 8/9/2007 | 190,798,953 | 34.81 | 6,641,711,554 |
| 8/10/2007 | 190,798,953 | 34.29 | 6,542,496,098 |
| 8/13/2007 | 190,798,953 | 35.86 | 6,842,050,455 |
| 8/14/2007 | 190,798,953 | 34.06 | 6,498,612,339 |
| 8/15/2007 | 190,798,953 | 33.80 | 6,449,004,611 |
| 8/16/2007 | 190,798,953 | 33.28 | 6,349,789,156 |
| 8/17/2007 | 190,798,953 | 34.80 | 6,639,803,564 |
| 8/20/2007 | 190,798,953 | 34.03 | 6,492,888,371 |
| 8/21/2007 | 190,798,953 | 35.05 | 6,687,503,303 |
| 8/22/2007 | 190,798,953 | 37.56 | 7,166,408,675 |
| 8/23/2007 | 190,798,953 | 37.37 | 7,130,156,874 |
| 8/24/2007 | 190,798,953 | 37.85 | 7,221,740,371 |
| 8/27/2007 | 190,798,953 | 37.20 | 7,097,721,052 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 8/28/2007 | 190,798,953 | 36.46 | 6,956,529,826 |
| 8/29/2007 | 190,798,953 | 36.93 | 7,046,205,334 |
| 8/30/2007 | 190,798,953 | 36.89 | 7,038,573,376 |
| 8/31/2007 | 190,798,953 | 37.57 | 7,168,316,664 |
| 9/4/2007 | 190,798,953 | 38.01 | 7,252,268,204 |
| 9/5/2007 | 190,798,953 | 36.58 | 6,979,425,701 |
| 9/6/2007 | 190,798,953 | 36.48 | 6,960,345,805 |
| 9/7/2007 | 190,798,953 | 35.65 | 6,801,982,674 |
| 9/10/2007 | 190,798,953 | 36.02 | 6,872,578,287 |
| 9/11/2007 | 190,798,953 | 36.70 | 7,002,321,575 |
| 9/12/2007 | 190,798,953 | 36.46 | 6,956,529,826 |
| 9/13/2007 | 190,798,953 | 37.40 | 7,135,880,842 |
| 9/14/2007 | 190,798,953 | 38.33 | 7,313,323,868 |
| 9/17/2007 | 190,798,953 | 38.02 | 7,254,176,193 |
| 9/18/2007 | 190,798,953 | 40.83 | 7,790,321,251 |
| 9/19/2007 | 190,798,953 | 41.89 | 7,992,568,141 |
| 9/20/2007 | 190,798,953 | 40.43 | 7,714,001,670 |
| 9/21/2007 | 190,798,953 | 40.02 | 7,635,774,099 |
| 9/24/2007 | 190,798,953 | 38.55 | 7,355,299,638 |
| 9/25/2007 | 190,798,953 | 38.92 | 7,425,895,251 |
| 9/26/2007 | 190,798,953 | 40.25 | 7,679,657,858 |
| 9/27/2007 | 190,798,953 | 40.10 | 7,651,038,015 |
| 9/28/2007 | 190,798,953 | 40.20 | 7,670,117,911 |
| 10/1/2007 | 189,619,817 | 41.26 | 7,823,713,649 |
| 10/2/2007 | 189,619,817 | 41.05 | 7,783,893,488 |
| 10/3/2007 | 189,619,817 | 40.48 | 7,675,810,192 |
| 10/4/2007 | 189,619,817 | 40.47 | 7,673,913,994 |
| 10/5/2007 | 189,619,817 | 41.85 | 7,935,589,341 |
| 10/8/2007 | 189,619,817 | 40.27 | 7,635,990,031 |
| 10/9/2007 | 189,619,817 | 39.94 | 7,573,415,491 |
| 10/10/2007 | 189,619,817 | 39.31 | 7,453,955,006 |
| 10/11/2007 | 189,619,817 | 39.92 | 7,569,623,095 |
| 10/12/2007 | 189,619,817 | 40.35 | 7,651,159,616 |
| 10/15/2007 | 189,619,817 | 38.98 | 7,391,380,467 |
| 10/16/2007 | 189,619,817 | 37.12 | 7,038,687,607 |
| 10/17/2007 | 189,619,817 | 34.98 | 6,632,901,199 |
| 10/18/2007 | 189,619,817 | 34.95 | 6,627,212,604 |
| 10/19/2007 | 189,619,817 | 34.29 | 6,502,063,525 |
| 10/22/2007 | 189,619,817 | 35.00 | 6,636,693,595 |
| 10/23/2007 | 189,619,817 | 34.45 | 6,532,402,696 |
| 10/24/2007 | 189,619,817 | 34.15 | 6,475,516,751 |
| 10/25/2007 | 189,619,817 | 32.96 | 6,249,869,168 |
| 10/26/2007 | 189,619,817 | 34.26 | 6,496,374,930 |
| 10/29/2007 | 189,619,817 | 34.97 | 6,631,005,000 |
| 10/30/2007 | 189,619,817 | 35.06 | 6,648,070,784 |
| 10/31/2007 | 189,628,776 | 35.24 | 6,682,518,066 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 11/1/2007 | 189,628,776 | 33.21 | 6,297,571,651 |
| 11/2/2007 | 189,628,776 | 32.01 | 6,070,017,120 |
| 11/5/2007 | 189,628,776 | 30.60 | 5,802,640,546 |
| 11/6/2007 | 189,628,776 | 31.87 | 6,043,469,091 |
| 11/7/2007 | 189,628,776 | 29.12 | 5,521,989,957 |
| 11/8/2007 | 189,628,776 | 30.79 | 5,838,670,013 |
| 11/9/2007 | 189,628,776 | 30.56 | 5,795,055,395 |
| 11/12/2007 | 189,628,776 | 30.46 | 5,776,092,517 |
| 11/13/2007 | 189,628,776 | 31.53 | 5,978,995,307 |
| 11/14/2007 | 189,628,776 | 31.65 | 6,001,750,760 |
| 11/15/2007 | 189,628,776 | 30.00 | 5,688,863,280 |
| 11/16/2007 | 189,628,776 | 29.52 | 5,597,841,468 |
| 11/19/2007 | 189,628,776 | 27.88 | 5,286,850,275 |
| 11/20/2007 | 189,628,776 | 25.60 | 4,854,496,666 |
| 11/21/2007 | 189,628,776 | 23.84 | 4,520,750,020 |
| 11/23/2007 | 189,628,776 | 28.46 | 5,396,834,965 |
| 11/26/2007 | 189,628,776 | 23.74 | 4,501,787,142 |
| 11/27/2007 | 189,628,776 | 24.47 | 4,640,216,149 |
| 11/28/2007 | 189,628,776 | 26.24 | 4,975,859,082 |
| 11/29/2007 | 189,628,776 | 24.00 | 4,551,090,624 |
| 11/30/2007 | 189,628,776 | 26.60 | 5,044,125,442 |
| 12/3/2007 | 189,628,776 | 26.43 | 5,011,888,550 |
| 12/4/2007 | 189,628,776 | 24.93 | 4,727,445,386 |
| 12/5/2007 | 189,628,776 | 25.36 | 4,808,985,759 |
| 12/6/2007 | 189,628,776 | 27.75 | 5,262,198,534 |
| 12/7/2007 | 189,628,776 | 27.65 | 5,243,235,656 |
| 12/10/2007 | 189,628,776 | 29.40 | 5,575,086,014 |
| 12/11/2007 | 189,628,776 | 26.03 | 4,936,037,039 |
| 12/12/2007 | 189,628,776 | 25.84 | 4,900,007,572 |
| 12/13/2007 | 189,628,776 | 25.96 | 4,922,763,025 |
| 12/14/2007 | 189,628,776 | 24.75 | 4,693,312,206 |
| 12/17/2007 | 189,628,776 | 24.93 | 4,727,445,386 |
| 12/18/2007 | 189,628,776 | 24.49 | 4,644,008,724 |
| 12/19/2007 | 189,628,776 | 23.52 | 4,460,068,812 |
| 12/20/2007 | 189,628,776 | 22.76 | 4,315,950,942 |
| 12/21/2007 | 189,628,776 | 23.78 | 4,509,372,293 |
| 12/24/2007 | 189,628,776 | 24.68 | 4,680,038,192 |
| 12/26/2007 | 189,628,776 | 24.39 | 4,625,045,847 |
| 12/27/2007 | 189,628,776 | 23.86 | 4,524,542,595 |
| 12/28/2007 | 189,628,776 | 23.37 | 4,431,624,495 |
| 12/31/2007 | 189,925,903 | 24.03 | 4,563,919,449 |
| 1/2/2008 | 189,925,903 | 23.84 | 4,527,833,528 |
| 1/3/2008 | 189,925,903 | 23.26 | 4,417,676,504 |
| 1/4/2008 | 189,925,903 | 21.99 | 4,176,470,607 |
| 1/7/2008 | 189,925,903 | 22.42 | 4,258,138,745 |
| 1/8/2008 | 189,925,903 | 20.00 | 3,798,518,060 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |
| 1/9/2008 | 189,925,903 | 21.22 | 4,030,227,662 |
| 1/10/2008 | 189,925,903 | 22.52 | 4,277,131,336 |
| 1/11/2008 | 189,925,903 | 24.52 | 4,656,983,142 |
| 1/14/2008 | 189,925,903 | 23.60 | 4,482,251,311 |
| 1/15/2008 | 189,925,903 | 21.43 | 4,070,112,101 |
| 1/16/2008 | 189,925,903 | 23.11 | 4,389,187,618 |
| 1/17/2008 | 189,925,903 | 21.15 | 4,016,932,848 |
| 1/18/2008 | 189,925,903 | 20.77 | 3,944,761,005 |
| 1/22/2008 | 189,925,903 | 21.25 | 4,035,925,439 |
| 1/23/2008 | 189,925,903 | 25.62 | 4,865,901,635 |
| 1/24/2008 | 189,925,903 | 24.14 | 4,584,811,298 |
| 1/25/2008 | 189,925,903 | 24.05 | 4,567,717,967 |
| 1/28/2008 | 189,925,903 | 25.60 | 4,862,103,117 |
| 1/29/2008 | 189,925,903 | 26.14 | 4,964,663,104 |
| 1/30/2008 | 189,925,903 | 26.03 | 4,943,771,255 |
| 1/31/2008 | 189,925,903 | 27.81 | 5,281,839,362 |
| 2/1/2008 | 189,925,903 | 30.68 | 5,826,926,704 |
| 2/4/2008 | 189,925,903 | 27.65 | 5,251,451,218 |
| 2/5/2008 | 189,925,903 | 25.36 | 4,816,520,900 |
| 2/6/2008 | 189,925,903 | 25.79 | 4,898,189,038 |
| 2/7/2008 | 189,925,903 | 25.97 | 4,932,375,701 |
| 2/8/2008 | 189,925,903 | 24.50 | 4,653,184,624 |
| 2/11/2008 | 189,925,903 | 25.01 | 4,750,046,834 |
| 2/12/2008 | 189,925,903 | 25.64 | 4,869,700,153 |
| 2/13/2008 | 189,925,903 | 25.42 | 4,827,916,454 |
| 2/14/2008 | 189,925,903 | 23.92 | 4,543,027,600 |
| 2/15/2008 | 191,231,307 | 24.20 | 4,627,797,629 |
| 2/19/2008 | 191,231,307 | 24.16 | 4,620,148,377 |
| 2/20/2008 | 191,231,307 | 25.13 | 4,805,642,745 |
| 2/21/2008 | 191,231,307 | 23.82 | 4,555,129,733 |
| 2/22/2008 | 191,231,307 | 24.73 | 4,729,150,222 |
| 2/25/2008 | 191,231,307 | 25.39 | 4,855,362,885 |
| 2/26/2008 | 191,231,307 | 25.41 | 4,859,187,511 |
| 2/27/2008 | 191,231,307 | 25.41 | 4,859,187,511 |
| 2/28/2008 | 191,231,307 | 24.43 | 4,671,780,830 |
| 2/29/2008 | 191,231,307 | 22.22 | 4,249,159,642 |
| 3/3/2008 | 191,231,307 | 21.27 | 4,067,489,900 |
| 3/4/2008 | 191,231,307 | 20.57 | 3,933,627,985 |
| 3/5/2008 | 191,231,307 | 20.36 | 3,893,469,411 |

| Date | Shares Outstanding [1] | Price [2] | Market Cap |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | | | (2) * (3) |

| | | |
|---|---|---|
| Average | $ | 8,407,905,308 |
| Median | $ | 8,415,858,560 |
| Minimum | $ | 3,798,518,060 |
| Maximum | $ | 12,167,404,271 |

**Notes and Sources:**
[1] Common shares outstanding data obtained from SEC filings.
[2] Common stock price data obtained from
FactSet Research Systems, Inc.