UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

In re CIT GROUP INC. SECURITIES
LITIGATION

——————————————————————

This Document Relates To:

    ALL ACTIONS.

—————————————————————— x

: Master File No. 1:08-cv-06613-BSJ-THK
:
: <u>CLASS ACTION</u>
:
:
:
:
:
: LEAD PLAINTIFF'S NOTICE OF MOTION
: AND MOTION FOR FINAL APPROVAL OF
SETTLEMENT AND PLAN OF
ALLOCATION OF SETTLEMENT
PROCEEDS; AND AWARD OF
ATTORNEYS' FEES AND EXPENSES AND
PLAINTIFFS' EXPENSES PURSUANT TO
15 U.S.C. §78u-4(a)(4) and 15 U.S.C. §77z-
1(a)(4)

PLEASE TAKE NOTICE that Lead Plaintiff hereby moves the Court for entry of orders and/or judgments (1) finally approving the settlement of the captioned Litigation, (2) approving the Plan of Allocation of settlement proceeds, (3) awarding Lead Counsel attorneys' fees of 26.5% of the Settlement Fund, plus expenses incurred in the Litigation; and (4) awarding Lead Plaintiff and proposed Class Representatives expenses pursuant to 15 U.S.C. §78u-4(a)(4) and 15 U.S.C. §77z-1(a)(4). This Motion is based upon the Settlement Agreement dated as of March 13, 2012 and the exhibits annexed thereto, the Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses and Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4) and 15 U.S.C. §77z-1(a)(4), the declarations filed in support thereof and all other proceedings herein. Accordingly, Lead Plaintiff by and through Lead Counsel, will request this Court, before the Honorable Barbara S. Jones, Daniel Patrick Moynihan United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York on June 13, 2012, at 2:00 p.m., to enter the [Proposed] Final Judgment and Order of Dismissal with Prejudice, the [Proposed] Order Approving Plan of Allocation of Settlement Proceeds, and the [Proposed] Order Awarding Attorneys' Fees and Expenses and Plaintiffs' Expenses Pursuant to 15 U.S.C. §78u-4(a)(4) and 15 U.S.C. §77z-1(a)(4).

709196_1

DATED:  May 16, 2012                    Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        JOY ANN BULL
                                        PATRICK W. DANIELS
                                        HENRY ROSEN
                                        TOR GRONBORG
                                        BRIAN O. O'MARA
                                        MATTHEW I. ALPERT


                                                  s/ Tor Gronborg
                                        _____
                                                 TOR GRONBORG

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        joyb@rgrdlaw.com
                                        patrickd@rgrdlaw.com
                                        henryr@rgrdlaw.com
                                        torg@rgrdlaw.com
                                        bomara@rgrdlaw.com
                                        malpert@rgrdlaw.com

                                        Lead Counsel for Plaintiffs

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 16, 2012.

s/ TOR GRONBORB
TOR GRONBORG

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:torg@rgrdlaw.com

709196_1

# Mailing Information for a Case 1:08-cv-06613-BSJ-THK

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew I. Alpert**
  malpert@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Randi Dawn Bandman**
  randib@rgrdlaw.com

- **William Edward Bernarduci**
  wbernarduci@izardnobel.com

- **Joy Ann Bull**
  joyb@rgrdlaw.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Israel David**
  israel.david@friedfrank.com,nydocketclrk@friedfrank.com

- **Francis A. DiGiacco**
  fdigiacco@rgrdlaw.com

- **Douglas H. Flaum**
  FlaumDo@ffhsj.com,nydocketclrk@ffhsj.com

- **Tor Gronborg**
  torg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Adam Michael Harris**
  adam.harris@friedfrank.com

- **Robert R. Henssler , Jr**
  bhenssler@rgrdlaw.com,karenc@rgrdlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Jeffrey R. Krinsk**
  fk@classactionlaw.com,anv@classactionlaw.com

- **Nancy A. Kulesa**

nkulesa@izardnobel.com

- **Jennifer Lai**
  jlai@csgrr.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)